**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____    Chapter ____11____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Spearman Aerospace, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 46-2339219 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9215 Greenleaf Ave. | |
| Number        Street | Number        Street |
| | P.O. Box |
| Santa Fe Springs       CA      90670 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number        Street |
| | |
| | City                    State        ZIP Code |

| | |
|---|---|
| **5. Debtor's website** (URL) | www.spearmanaerospace.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Spearman Aerospace, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ **X** None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

3327

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Spearman Aerospace, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number            Street

_____

_____
        City                                      State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

        Contact name    _____

        Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Spearman Aerospace, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/06/2025
    MM / DD /YYYY

✖ /s/ Scott Holland
Signature of authorized representative of debtor

Scott Holland
Printed name

Title President

**18. Signature of attorney**

✖ /s/ M. Douglas Flahaut
Signature of attorney for debtor

Date 02/06/2025
    MM / DD /YYYY

M. Douglas Flahaut
Printed name

Echo Park Legal, APC
Firm name

2210 Sunset Blvd. 301
Number    Street

Los Angeles
City

CA
State

90026
ZIP Code

310-709-0658
Contact phone

df@echoparklegal.com
Email address

245558
Bar number

CA
State

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Spearman Aerospace, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (if known):  _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule ____

☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  X Other document that requires a declaration List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/06/2025          **X** /s/ Scott Holland
MM / DD / YYYY          Signature of individual signing on behalf of debtor

Scott Holland
Printed name

President
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Spearman Aerospace, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fora Financial 1385 BROADWAY FL 15 New York, NY, 10018 | Stephen P. Penteck 212 416 4376 stephen.penteck@forafinancial.com | Monies Loaned / Advanced | Disputed | | | 190,000.00 |
| 2 | Selway Machine Tool Company 29250 Union City Blvd. Union City, CA, 94587-1209 | 888-735-9290 | Suppliers or Vendors | | | | 83,787.34 |
| 3 | HADCO P.O.Box 788587 Philadelphia, PA, 19178-8587 | 310-667-9004 ron 1056 | Suppliers or Vendors | | | | 59,974.37 |
| 4 | Superior Handforge P.O. Box 12738 Newport Beach, CA, 92658 | 562.941.1500 Ext 105 | Suppliers or Vendors | | | | 57,680.00 |
| 5 | PT Solutions PO Box 670587 Detroit, MI, 48267-0587 | 818-717-1965 LOCAL ext 1047 | Suppliers or Vendors | | | | 45,474.54 |
| 6 | Vanacore Engineering Inc 9801 Lurline Ave. Chatsworth, CA, 91311 | (818)772-5361 | Suppliers or Vendors | | | | 40,395.00 |
| 7 | MIRA D'ANGELO 16835 Algonquin St., 477 Huntington Beach, CA, 92649 | | Suppliers or Vendors | | | | 33,630.00 |
| 8 | Snowline Engineering 4261 Business Drive Cameron Park, CA, 95682 | | Suppliers or Vendors | | | | 20,221.07 |

Debtor ____Spearman Aerospace, Inc._____    Case number (if known)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  ALTEMP ALLOYS, LLC. 330 W. TAFT AVE. ORANGE, CA, 92865 | 714-279-0249 | Suppliers or Vendors | | | | 15,665.40 |
| 10  APTEK LABORATORIES INC 28570 Livingston Avenue Valencia, CA, 91355-4171 | | Suppliers or Vendors | | | | 15,092.00 |
| 11  H & N Machine Co 14022 Parsons Place Garden Grove, CA, 92843 | 714.636.1798 | Suppliers or Vendors | | | | 15,000.00 |
| 12  Wynn Precision, LLC 13862 A Better Way STE 8E Garden Grove, CA, 92843 | 714.539.3191 | Suppliers or Vendors | | | | 15,000.00 |
| 13  Walker Brothers 3839 E. Coronado St. Anaheim, CA, 92807 | | Suppliers or Vendors | | | | 14,705.00 |
| 14  3P Processing 1702 S Knight St Wichita, KS, 67213 | 316.943.0731 | Suppliers or Vendors | | | | 13,867.00 |
| 15  Accurate Steel Treating, Inc. 10008 Miller Way South Gate, CA, 90280 | 562-927-6528 | Suppliers or Vendors | | | | 13,859.60 |
| 16  Bisco Industries P.O. Box 68062 Anaheim, CA, 92817 | 714-876-2450 | Suppliers or Vendors | | | | 11,987.24 |
| 17  Sunshine Metals PO Box 8332 Pasadena, CA, 91109 | 847.313.6438 | Suppliers or Vendors | | | | 11,893.50 |
| 18  Ellison Technologies P. O. Box 880962 Los Angeles, CA, 90088-0962 | | Suppliers or Vendors | | | | 11,098.63 |
| 19  The Home Depot PO Box 9001030 Louisville, KY, 40290-1030 | 1800-685-6691 | Suppliers or Vendors | | | | 8,686.12 |
| 20  Omni Metal Finishing 11665 Coley River Circle Fountain Valley, CA, 92708 | 714-979-9414 | Suppliers or Vendors | | | | 8,173.42 |

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Spearman Aerospace, Inc.
_____ Chapter  _____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| SPAC Holdings I, LLC 254 N. Lake Ave., No. 873, Pasadena, CA 91101 | 100% | Stock |

1

**Spearman Aerospace, Inc.**

Board Resolutions Relating to the Commencing of a Chapter 11 Bankruptcy Case

The undersigned, as the sole member of the Board of Directors of Spearman Aerospace, Inc., (the "Corporation") which is properly organized and existing under the laws of California; does hereby adopt the following resolutions by unanimous written consent:

WHEREAS Scott Holland is the sole member of the Board of Directors and President of the Corporation; and

WHEREAS the Corporation is unable to pay its debts as they come due.

NOW, THEREFORE:

IT IS HEREBY RESOLVED THAT the Corporation shall be and is specifically authorized to (i) file a petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

IT IS FURTHER RESOLVED that Scott Holland (the "Designated Person") is specifically authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (i) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as such Designated Person, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Person); (ii) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's Chapter 11 case in such form or forms as such Designated Person may approve; and (iv) execute and verify any and all complaints commencing adversary proceedings necessary or desirable in connection with the foregoing;

IT IS FURTHER RESOLVED that the Designated Person shall be and hereby is authorized, directed and empowered to retain, on behalf of the Corporation, Echo Park Legal, APC as general restructuring counsel, and such additional professionals, including attorneys, accountants, financial advisors, restructuring advisors, consultants, or brokers, in each case as in such Designated Person's judgment may be necessary in connection with the Corporation's Chapter 11 case and other related matters;

IT IS FURTHER RESOLVED that the law firm of Echo Park Legal, APC and any additional counsel selected by the Designated Person, if any, shall be and hereby are authorized, empowered and directed to represent the Corporation, as a debtor and debtor-in-possession, in connection with any Chapter 11 case and related adversary proceedings commenced by or against it under the Bankruptcy Code;

1

IT IS FURTHER RESOLVED that in addition to the specific authorizations heretofore conferred upon the Designated Person, the Designated Person is hereby authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such Designated Person's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

IT IS FURTHER RESOLVED that all acts lawfully done or actions lawfully taken or to be taken by the Designated Person of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved.

Dated: February 6, 2025.

By: Scott Holland, President and Sole Member of the Board of Directors of Spearman Aerospace, Inc.

2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Central District of California

In re  Spearman Aerospace, Inc.

Case No. _____

**Debtor**

Chapter ___11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[ ] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

[✓] RETAINER

                                                         26,750.00
    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____
    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $680.00_____

    Debtor(s) have agreed to pay all Court approved fees and expenses
    exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who
are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to serve as general bankruptcy and
    restructuring counsel as will be more particularly described in the employment application of
    Echo Park Legal, APC to be filed.  That employment application and any order approving it will
    control the scope of engagement and compenstion.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/06/2025

*Date*

/s/ M. Douglas Flahaut, 245558

*Signature of Attorney*

Echo Park Legal, APC

*Name of law firm*

United States Bankruptcy Court

Central District of California

In re:  Spearman Aerospace, Inc.

                             Case No.

                             Chapter    11

              Debtor(s)

## **Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____02/06/2025_____

                /s/ Scott Holland
_____
Signature of Individual signing on behalf of debtor

                President
_____
Position or relationship to debtor

**3P Processing**
**1702 S Knight St**
**Wichita, KS 67213**


**Accurate Steel Treating, Inc.**
**10008 Miller Way**
**South Gate, CA 90280**


**ADP**
**PO Box 31001-1874**
**Pasadena, CA 91110-1874**


**Advanced Aero Coatings, LLC**
**P.O. BOX 1724**
**HURST, TX 76053**


**ADVANCED MACHINE PRODUCTS INC.**
**13032 PARK ST.**
**SFS, CA 90670**


**AFCO**
**PO Box 2292**
**Gardena, CA 90247**


**Allied/ Inland Empire**
**2901 S. Riverside Ave.**
**Ste A**
**Colton, CA 92324**


**Alloy Metals Company LLC**
**3400 East 69th Street**
**Long Beach, CA 90805**

**Ally Bank**
**2911 Lake Vista Blvd.**
**Lewisville, TX 75067**


**ALTEMP ALLOYS, LLC.**
**330 W. TAFT AVE.**
**ORANGE, CA 92865**


**American Communication Cables & Equip.**
**821 S. Raymond Ave.**
**Alhambra, CA 91803**


**American Compressor Company**
**10144 Freeman Ave**
**Santa Fe Springs, CA 90670-0213**


**American Express**
**80 Minuteman Road**
**Andover, MA 01810-1008**


**APTEK LABORATORIES INC**
**28570 Livingston Avenue**
**Valencia, CA 91355-4171**


**Assn Company**
**PO Box 2576**
**Springfield, IL 62708**


**ATS Systems**
**30222 Esperanza**
**RSM, CA 92688**

**AUTOMATED MANUFACTURING INC**
P.O. BOX 3771
CHATSWORTH, CA 91313


**Bisco Industries**
P.O. Box 68062
Anaheim, CA 92817


**BMO Bank**
1625 W. Fountainhead Pkwy, FL10
Tempe, AZ 85282


**Bodycote – HP Division**
9921 Romandel Ave
Santa Fe Springs, CA 90670


**Boeing Distribution Services, Inc**
88289 Expedite Way
Chicago, IL 60695-0001


**Bowman Plating Co**
PO Box 5205
Compton, CA 90224


**C&H Hydraulics**
1585 Monrovia Ave
Newport Beach, CA 92663


**California Department of Tax & Fee Admin**
P.O. Box 942879
Sacramento, CA 94279--6029

**California Metal & Supply Inc**
**10230 Freeman Ave**
**Santa Fe Springs, CA 90670**

**Castle Metals**
**P.O. Box 514670**
**Los Angeles, CA 90051-4670**

**Celtic Capital Corporation**
**23622 Calabas Rd.**
**Ste. 323**
**Calabasas, CA 91302**

**Cintas**
**23 Corporate Plaza Dr., Ste. 150**
**Newport Beach, CA 92660**

**CISCO, Inc.**
**1702 Townshurst Dr.**
**Houston, TX 77043**

**CitiBank, N.A. Its branches, subsidiaries and**
**388 Greenwich St.**
**10th Floor**
**New York, NY 10013**

**City of Santa Fe Springs Water**
**P.O. Box 2120**
**Santa Fe Springs, CA 90670-0120**

**Continental Heat Treating**
**10643 S. Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

CULLIGAN OF SANTA ANA
502 S. LYON
SANTA ANA, CA 92701


CYBER AEROSPACE CORP.
7425 LAMPSON AVE
GARDEN GROVE, CA 92841


Cypress LLP
1925 Century Park East
Suite 1700
Los Angeles, CA 90067


D'Angelo Family Trust
16835 Algonquin St.
Huntington Beach, CA 92649


Digital Service Co.
3185 Airway Ave.
Bldg E
Costa Mesa, CA 92626


EAGLE REGISTRATIONS, INC.
40 N. MAIN STREET
SUITE 1880
DAYTON, OH 45423


EDD Employment Development Department
PO BOX 989061
WEST SACRAMENTO, CA 95798-9061


Edwin Abramian
645 Balboa Ave
Glendale, CA 91206

**Electrolurgy**
**1121 Duryea Ave**
**Irvine, CA 92614**


**Ellison Technologies**
**P. O. Box 880962**
**Los Angeles, CA 90088-0962**


**Fastenal Company**
**1008 Mattlind Way**
**Milford, DE 19963**


**FedEx**
**P.O. BOX 7221**
**PASADENA, CA 91109-7321**


**Financial Agent Services**
**PO Box 2576**
**Springfield, IL 62708**


**Fine Quality Metal Finishing, Inc**
**524 W. 17th Street**
**Long Beach, CA 90813**


**FIRST-CITIZENS BANK & TRUST CO (CIT)**
**155 COMMERCE WAY**
**PORTSMOUTH, NH 3801**


**Flagstar Bank**
**Corporate Drive, E-203-1**
**Troy, MI 48098**

**Fora Financial**
1385 BROADWAY FL 15
New York, NY 10018


**Frog Environmental**
965 E. WILLOW ST.
SIGNAL HILL, CA 90755-2738


**Fusion Cloud Services**
PO Box 51538
Los Angeles, CA 90051-5838


**Futura Energy Inc**
13142 Barton Rd.
Whittier, CA 90605


**Futura Energy Inc.**
13142 Barton Rd.
Whittier, CA 90605


**Greenbaum Law Group LLP**
160 Newport Center Dr.
Ste 110
Newport Beach, CA 92660


**H & N Machine Co**
14022 Parsons Place
Garden Grove, CA 92843


**HADCO**
P.O.Box 788587
Philadelphia, PA 19178-8587

Herrera Window Cleaning LLC
1000 W 8th St.
Unit 5206
Los Angeles, CA 90017


Hexagon Manufacturing Intelligence, Inc
Lockbox 771742
1742 Solutions Center
Chicago, IL 60677-1007


Huntington Bank, attn: Yolanda Hunter
11100 Wayzata Boulevard, Suite 700
Hopkins, MN 55305


Industrial Formulators Inc.
15631 Graham Street
Unit E
Huntington Beach, CA 92649


Infor (US), Inc.
P.O. BOX 847798
Los Angeles, CA 90084-7798


Intech Funding Corp
201 East Huntington Drive,
Ste. 201
Monrovia, CA 91016


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Iron Mountain
PO BOX 601002
PASADENA, CA 91189-1002


Land Rover
PO Box 78074
Phoenix, AZ 85062-8074


LASCARIS DELI
14104 Lambert Rd
Whittier, CA 90603


Leadership CNC Service Inc
7161 East Ave
Unit #24
Rancho Cucamonga, CA 91739


Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242


Los Angeles Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0888


Lucas Horsfall Accountants + Advisors
299 N. Euclid Avenue
2nd Floor
Pasadena, CA 91101


M. L. Winters Co. LLC
8467 Loch Lomond Drive
Pico Rivera, CA 90660

**Manufacturers Financing Services**
**10370 Slusher Dr.**
**Ste. 10**
**Santa Fe Springs, CA 90670**


**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**


**Menke Marking Devices**
**PO Box 2986**
**Santa Fe Springs, CA 90670**


**MetLife**
**PO Box 804466**
**Kansas City, MO 64180-4466**


**Midland States Bank**
**18400 Von Karman Avenue, Suite 800**
**Irvine, CA 92612**


**Midland States Bank**
**18400 Von Karma Ave.**
**Ste. 800**
**Irvine, CA 92612**


**MIRA D'ANGELO**
**16835 Algonquin St., 477**
**Huntington Beach, CA 92649**


**Morrell's Electro Plating, Inc.**
**432 Euclid Ave.**
**Compton, CA 90222**

**NEU Investments**
**2030 Main Street, Suite 1300**
**Irvine, CA 92614**

**Neu Investments, L.L.C.**
**2030 Main St.**
**Ste. 1300**
**Irvine, CA 92614**

**ODK Capital**
**3914 Murphy Canyon Rd. #A125**
**San Diego, CA 92123**

**Omni Metal Finishing**
**11665 Coley River Circle**
**Fountain Valley, CA 92708**

**ON-GARD METALS, INC.**
**8638 CLETA ST.**
**DOWNEY, CA 90241**

**Orkin**
**P.O. BOX 740300**
**CINCINNATI, OH 45274**

**Pacific Premier Bank**
**131 W. Commonwealth Avenue**
**Fullerton, CA 92832**

**Pacific Premier Bank**
**19800 MacArthur Blvd.**
**Ste. 1000**
**Irvine, CA 92612**

**Paragon Enterprises**
**26608 Purple Martin Ct**
**Canyon Country, CA 91351**


**Patel, Ayaz**
**18104 Hoffman Ave.**
**Cerritos, CA 90703**


**Paychex**
**1175 John St.**
**West Henrietta, NY 14586-9199**


**Pitney Bowes**
**PO Box 981022**
**Boston, MA 02298-1022**


**PONAM PRECISION GAGES**
**439 W. ACACIA AVE**
**GLENDALE, CA 91204**


**Precision I.D. Specialties**
**6259 Stearns St.**
**Riverside, CA 92504**


**Pride Carbide Cutting Tools**
**14020 Shoemaker Ave**
**Norwalk, CA 90650**


**PT Solutions**
**PO Box 670587**
**Detroit, MI 48267-0587**

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


QA Lubricants / Far West Oil
12223 Highland Ave
Unit 106-372
Rancho Cucamonga, CA 91739


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


S & D INDUSTRIAL TOOL SUPPLY
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660


S&D Industrial Tool Supply, Inc.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660


Selway Machine Tool Company
29250 Union City Blvd.
Union City, CA 94587-1209


Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin, NJ 08830


Sierra Alloys Company
160 Newport Center Drive Ste. 110
Newport Beach, CA 92660

**Signature Financial and Leasing LLC**
**225 Broadhollow Rd.**
**Ste. 132W**
**Melville, NY 11747**


**Sky Geek**
**30 Airway Drive**
**LaGrangeville, NY 12540**


**SMT SMITH MACHINE & TOOL**
**5601 Research Drive**
**Huntington Beach, CA 92649**


**Snowline Engineering**
**4261 Business Drive**
**Cameron Park, CA 95682**


**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772-0001**


**Star      Auto      Care      Inc.**
**13028      Los      Nietos      Rd**
**Santa Fe Springs, CA 90670**


**Sunshine Metals**
**PO Box 8332**
**Pasadena, CA 91109**

**Superior Handforge**
**P.O. Box 12738**
**Newport Beach, CA 92658**


**The Home Depot**
**PO Box 9001030**
**Louisville, KY 40290-1030**


**TimePayment**
**PO Box 88232**
**Milwaukee, WI 53288-8232**


**UPS**
**PO Box 894820**
**Los Angeles, CA 90189-4820**


**UPTIME USA**
**3470 MT. DIABLO BLVD**
**SUITE A130**
**LAFAYETTE, CA 94549**


**Urio Zanetti**
**Zwicker & Associates**
**Los Angeles, CA 90048**


**Urio Zanetti**
**8500 Burton Way #510**
**Los Angeles, CA 90048**


**US Bank Equipment Finance**
**1210 Madrid St.**
**Marshall, MN 56258**

**Valley Acquisition Corporation DBA Valley For**


**Vanacore Engineering Inc**
**9801 Lurline Ave.**
**Chatsworth, CA 91311**


**VIDEOJET**
**12113 COLLECTION CENTER DR**
**CHICAGO, IL 60693**


**Walker Brothers**
**3839 E. Coronado St.**
**Anaheim, CA 92807**


**Wells Fargo**
**P.O. Box 030310**
**Los Angeles, CA 90030-0310**


**Wencor Group**
**416 Dividend Drive**
**Peachtree City, GA 30269**


**Wynn Precision, LLC**
**13862 A Better Way**
**STE 8E**
**Garden Grove, CA 92843**