M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA  90026
Telephone:    310.709.0658
Email: df@echoparklegal.com
*Proposed* Counsel for Debtor and Debtor-in-Possession Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**NOTICE OF HEARINGS ON:**<br><br>**(1) DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL;**<br>**(2) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO HONOR CERTAIN PREPETITION EMPLOYEE BENEFITS AND WAGES IN THE ORDINARY COURSE; AND**<br>**(3) DEBTOR'S EMERGENCY MOTION TO MAINTAIN CERTAIN ELEMENTS OF THE DEBTOR'S CASH MANAGEMENT SYSTEM INCLUDING PRE-PETITION ACCOUNTS**<br><br>**Emergency Hearing:**<br>**Date:** February 11, 2025<br>**Time:** 1:00 p.m.<br>**Location:** Courtroom 1639 (or via Zoom.gov)<br>255 East Temple<br>Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on February 11, 2025 at 1:00 p.m. pacific standard time in Courtroom 1639 the Honorable Deborah Saltzman, United States Bankruptcy Court Judge for the Central District of California, will hold hearings on the above-captioned debtor's (1) *Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral* (the "Cash Collateral Motion"); (2) *Emergency Motion for Order Authorizing Debtor and Debtor-in-Possession to Honor Certain Prepetition Employee Benefits and Wages in the Ordinary Course of Business* (the "Wages Motion"); and (3) *Emergency Motion to Maintain Certain Elements of the Debtor's Cash Management System Including Certain Pre-Petition Accounts* (the "Cash Management Motion" and collectively with the Cash Collateral Motion and Wages Motion, the "Emergency Motions"). A copy of the Court's Order setting the emergency motions for hearing is attached hereto as **Exhibit 1**. Appearances may be made in person or via Zoom.gov and Judge Saltzman's instructions for appearing via Zoom.gov at the February 11, 2025 hearing can be found at http://ecf-ciao.cacb.uscourts.gov/kioskPDF/DS_021125.pdf.

**PLEASE TAKE FURTHER NOTICE THAT** as set forth in the attached Order, any party wishing to oppose the relief sought in one or more of the Emergency Motions must file a written opposition with the Court by 9:00 a.m. pacific standard time on February 11, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** replies, if any, may be made orally at the February 11, 2025 hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to obtain a copy of the Cash Collateral Motion, the Wages Motion, or the Cash Management Motion should contact proposed counsel for the Debtor, M. Douglas Flahaut by email at df@echoparklegal.com or by phone at (310) 709 0658.

RESPECTFULLY SUBMITTED,

DATED: February 7, 2025                         **ECHO PARK LEGAL, APC**

/s/ M. Douglas Flahaut.
*Proposed* Counsel for Debtor and Debtor-in-Possession Spearman Aerospace, Inc.

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**FEB 07 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SPEARMAN AEROSPACE, INC.<br><br><br><br><br><br><br>                                             Debtor(s). | CASE NO.: 2:25-bk-10917-DS<br>CHAPTER: 11<br><br>**ORDER SETTING HEARINGS ON SHORTENED NOTICE** |
|---|---|

1. The Debtor filed the following motions together with supporting declarations and (if any) supporting documents:

    a. *Titles of motions*:

    Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral (the "Cash Collateral Motion," Docket No. 3)

    Debtor's Emergency Motion for Order Authorizing Debtor and Debtor-In-Possession to Honor Certain Prepetition Employee Benefits and Wages in the Ordinary Course of Business (Docket No. 4)

    Debtor's Emergency Motion to Maintain Certain Elements of the Debtor's Cash Management System Including Pre-Petition Accounts (Docket No. 5)

    b. *Date of filing of motions:* February 7, 2025

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                         **F 9075-1.1.ORDER.SHORT.NOTICE**

2. It is hereby ordered that:

(1) ☒ Hearings on the motions will take place as follows:

| | |
|---|---|
| **Hearing date: February 11, 2025** | **Place:** |
| **Time: 1:00 p.m.** | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom: 1639 (via Zoom for Government – connection information is posted on the court's calendar on the court's website)** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*
Date:

Time:

(B) *Persons/entities to be provided with telephonic notice:*

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearings** ~~and a copy of this order~~ must be served upon all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☒ NEF

(B) *Deadlines:*
Date: **February 7, 2025**

Time:

(C) *Persons/entities to be served with written notice and a copy of this order:*

**Pacific Premier Bank**
**Midland States Bank**
**Valley Acquisition Corporation**
**Celtic Capital Corporation**
**ASSN Company**

☐ See attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the **Cash Collateral Motion**, declarations, and supporting documents (if any), must be served on all persons/entities listed using:

☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ NEF

(B) *Deadlines:*
Date: **February 7, 2025**

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

**Pacific Premier Bank**
**Midland States Bank**
**Valley Acquisition Corporation**
**Celtic Capital Corporation**
**ASSN Company**

☐ See attached page

(D) *Service is also required upon*:

(5) ☒ Regarding **opposition to any of the motions**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to any of the motions** must be filed with the court and served upon all persons/entities listed using:

☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ NEF

(B) *Deadlines:*
Date: **February 11, 2025**

Time: **9:00 a.m.**

(C) *Persons/entities to be served with written opposition to any of the motions:*

**The Debtor**

(D) *Service is also required upon*:

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* Page 3 **F 9075-1.1.ORDER.SHORT.NOTICE**

| | |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, the Debtor must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice of the motions, and service of the Cash Collateral Motion and this order was completed as set forth above, ~~and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| |
|---|
| ☐ at least 2 days before the hearing.<br>☒ no later than:    Date: **February 10, 2025**    Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 7, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARINGS ON: (1) DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL; (2) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO HONOR CERTAIN PREPETITION EMPLOYEE BENEFITS AND WAGES IN THE ORDINARY COURSE; AND (3) DEBTOR'S EMERGENCY MOTION TO MAINTAIN CERTAIN ELEMENTS OF THE DEBTOR'S CASH MANAGEMENT SYSTEM INCLUDING PRE-PETITION ACCOUNTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **M Douglas Flahaut**   df@echoparklegal.com
   - **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
   - **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
   - **David L Oberg**   david@oberglawapc.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 7, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   **X** Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/7/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVED BY OVERNIGHT DELIVERY**:

Potential Secured Creditors With An Interest In Cash Collateral

Pacific Premier Bank
19800 McArthur Blvd.
Suite 1000
Irvine, CA 92612

Midland States Bank
5401 Olympic Drive, Suite 200
Gig Harbor, WA 98335

Valley Acquisition Corporation
c/o Greenbaum Law Group LLP
160 Newport Center Dr
Ste 110
Newport Beach, CA 92660

Celtic Capital Corporation
23622 Calabasas Rd., Suite 323
Calabasas, CA 91302

ASSN Company
P.O. Box 2576
Springfield, IL 62708

Other UCC-1 Filing Entities

Citibank, N.A.
338 Greenwich Street
10th Floor
New York, NY 10013

Financial Agent Services
P.O. Box 2576
Springfield, IL 62708

Manufacturers Financing Services
10370 Slusher Drive, Suite 10
Santa Fe Springs, CA 90670

Siemens Financial Services, Inc.
(assignee from Manufacturers Financing Services)
170 Wood Avenue South
Iselin, NJ 08830

Signature Financial and Leasing
(assignee from Manufacturers Financing Services)
225 Broadhollow Rd.
Suite 132W
Melville, NY 11747

U.S. Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258