M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA 90026
Telephone:     310.709.0658
Email: df@echoparklegal.com
*Proposed* Counsel for Debtor and Debtor-in-
Possession, Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-10917-DS |
| **Spearman Aerospace, Inc.** | |
| Debtor and Debtor-in-Possession | Chapter 11, Subchapter V |
| | **SPECIFIC NOTES, METHODOLOGY, AND DISCLAIMERS, AND RESERVATION OF RIGHTS REGARDING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

Spearman Aerospace, Inc., as debtor and debtor-in-possession in the above-captioned

chapter 11 case ("Spearman" or "Debtor") files its Schedules of Assets and Liabilities (the

"Schedules") and Statement of Financial Affairs (the "SOFA") concurrently herewith. These

Specific Notes, Methodology and Disclaimers, Reservation of Rights Regarding the Debtor's

Schedules and SOFA (the "Specific Notes") pertain to, are incorporated by reference in, and

comprise an integral part of the Debtor's Schedules and/or SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in

accordance with General Accepted Accounting Principles in the United States ("GAAP"), nor are

they intended to be fully reconciled with the financial statements of the Debtor. As noted in the

First Day Declaration filed by Scott Holland filed in this case, on October 10, 2024, SPAC

Holdings I, LLC ("Shareholder") acquired 100% of the stock of Debtor from Urio Zanetti and his

solely controlled entity, Arca Investments, LLC (collectively "Zanetti").  Since that time Debtor

and Shareholder have engaged outside legal and financial advisors in an attempt to reconcile the

Debtor's books and records which were previously maintained and controlled by Zanetti.  Those

records are deficient and appear to contain multiple omissions and false representations.  While

investigation is ongoing, the omissions and misrepresentations were serious enough to support a

claim and on December 24, 2024, Shareholder and Debtor commenced an action against Zanetti

for fraud, etc., which action is pending in the Los Angeles Superior Court as Case Number

24STCV34051.

Notwithstanding the foregoing, and the fact the Debtor's investigation into the full nature

and extent of the actual state of the omissions and misrepresentations made by the prior owner of

the Debtor is ongoing, the Debtor has made diligent efforts to complete the Bankruptcy Schedules

and Statement of Financial Affairs ("SOFA") to the best of its ability after consulting with its

legal and financial advisors.  However, because the records upon which Debtor has relied are not

full and complete, the Debtor acknowledges that it may need to amend its Schedules and/or

SOFA if / when additional information is discovered.  As such, the Schedules and SOFA contain

unaudited information that is subject to further review, potential adjustment, and reflect the

Debtor's best commercially reasonable efforts to report the assets and liabilities of the Debtor.

## I.    OVERVIEW OF METHODOLOGY AND DISCLAIMERS

**Recharacterization:** Notwithstanding the Debtor's commercially reasonable efforts to

properly characterize, classify, categorize, or designate certain claims assets, executory contracts,

unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may

nevertheless have improperly characterized, classified categorized, designated, or omitted certain

items.  Accordingly, the Debtor reserves all its rights to recharacterize, reclassify, recategorize,

redesignate, add, or delete items reported in the Schedules of SOFA at a later time as is necessary

or appropriate as additional information becomes available, including, without limitation, whether

contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and

remain executory and unexpired post-petition.  Disclosure of information in one or more

Schedules, one or more SOFA questions, or one or more exhibits or attachments to the Schedules or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFA, and/or the exhibits and attachments thereto.

**Liabilities:**  The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.  Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and SOFA as is appropriate.

**Excluded Assets and Liabilities:**  The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including without limitation, goodwill. The Debtor has also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.

**Insiders:**  For purposes of the Schedules and SOFA, the Debtor defined 'insiders' pursuant to Section 101(31) of the Bankruptcy Code.  Persons listed as 'insiders' have been included for informational purposes only and the inclusion of them in the Schedules and/or SOFA shall not constitute an admission that those persons are insiders for purposes of Section 101(31) of the Bankruptcy Code.  Moreover, the Debtor does not take any position with respect to: (1) any insider's influence or control over the Debtor; (2) the management responsibilities or functions of any such insider; (3) the decision making or corporate authority of any such insider; or (4) whether the Debtor or any such insider could successfully argue that he or she is not an 'insider' under applicable law or with respect to any theories of liability or for any other purpose.

**Classifications:**  Listing (1) a claim on Schedule D as 'secured'; (2) a claim on Schedule E/F as 'priority'; (3) a claim on Schedule E/F as 'unsecured'; or (4) a contract on Schedule G as 'executory' or 'unexpired' does not constitute an admission of the Debtor regarding the legal rights of the claimant or a waiver of any party-in-interests rights to seek to recharacterize or reclassify such claims or contracts and/or to setoff against such claims.

**Causes of Action:**  Despite making commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy law to recover or avoid transfers.  The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability damage, judgment, account, defense, power, privilege, and license, of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively the "Causes of Action") it may have, and neither these Specific Notes nor the Schedules and SOFA shall be deemed a waiver of any such Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

**Summary of Significant Reporting Policies:**  The description of an amount as 'unknown' or leaving the amount blank is not intended to reflect upon the materiality of such amount.  If the dollar amount is left blank (rather than listed as $0), that is because the amount is unknown or undetermined.  All totals that are included in the Schedules and SOFA represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Currency:**  Unless otherwise indicated, all amounts are reflected in U.S. Dollars.

**Specific Notes Control:** In the Schedules or SOFA differ from any of the specific notes below, the Specific Notes shall control.

<u>**SPECIFIC NOTES**</u>

**Schedule A/B General Statement:** The Debtor is in the possession of an appraisal dated July 13, 2023 and created by Maynards.  For purposes of these Schedules the Debtor has used

Maynards' 2023 OLV valuation for the items of equipment scheduled.  Recognizing that the

Maynards' appraisal is nearly two years old and that all of the equipment loses value on account

of wear and tear, the Debtor believes the actual value of these items of equipment is likely

significantly lower as of the February 6, 2025 petition date and reserves all rights whatsoever

with respect to valuation.

Furthermore, the Debtor has not sold, disposed of, or transferred any equipment since the

Current Owner acquired the Debtor on 10/10/2024.  As such, the Debtor has described existing

equipment in as much detail as possible (including serial numbers where available).  However, on

information and belief it appears that Zanetti may have sold and/or otherwise transferred

equipment prior to 10/10/2024 and/or that lenders may have repossessed valuable items of

equipment prior to 10/10/2024.

**Schedule A/B, Part 1, Question 3:**  In addition to the accounts listed, the Debtor also had

a 401K account at BMO Bank (6661) with a balance of $100.62.; a California SDI account at

BMO Bank (6831) with a balance of $100.53; a FICA account at BMO Bank (6696) with a

balance of $100.00; a Healthcare account at BMO Bank (6696) with a balance of $100.37; and an

IRS 941 account at BMO Bank (6858) with a balance of $100.00.

**Schedule A/B, Part 5, Question 18:**  As of the petition date, the Debtor had no

appreciable "inventory".  The Debtor does, however, have various scrap items, models, samples,

etc… at its facility but the total OLV of such items is estimated to be less than $500.

**Schedule D General Statement:**  The Debtor does not have in its possession copies of

any of the underlying financing agreements and representations made by the prior owner

regarding the Debtor's liabilities have proved unreliable.  Notwithstanding this, the Debtor has

made its best efforts to list every potential secured creditor who may have a validly perfected

security interest in its collateral by performing a detailed search of all parties that filed a UCC-1

or Abstract of Judgement with the California Secretary of State and have scheduled those who

have not subsequently filed a termination.  Furthermore, the Debtor has included a description of

collateral contained in the Secretary of State filings.

Certain creditors appear to have asserted blanket UCC-1 liens and/or judgment liens, and other creditors appear to have filed a UCC-1 statements asserting a security interest in a particular item or items of equipment or other more narrowly described collateral, which may or may not have been a purchase money security interest.  Unfortunately, collateral descriptions overlap and none of the collateral descriptions filed with the Secretary of State contain serial numbers.  As such, all rights regarding the validity and priority of all asserted liens are reserved.

**Schedule D: 2.12;** Manufacturers Financing Services filed multiple UCC-1 financings statements.  Descriptions of collateral contained in those financing statements filed by Manufacturers Financing Services and that have not been subsequently terminated and/or lapsed are as follows:

File No. U210022510008 – "One (1) Doosan CNC Lathe, Model No. PUMA 2600SY II Equipped with Turbo side discharge chip conveyor, MP Systems high pressure coolant unit, and with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U220179059433 – "One (1) Doosan CNC Vertical Machining Center, Model No. DVF 6500 Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto. One (1) Sharp Lathe, Model No. 1860LV Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U210039900832 – "One (1) Doosan CNC Vertical Machining Center, Model No. DNM 5700 Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U210059649935 (Assigned to Siemens Financial Services per File No. U210077787434) – "One (1) Doosan CNC Vertical Machining Center, Model No. DVF 5000 Equipped with MP Systems AK-VR8-SD high pressure coolant unit and with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U220236101422 – "One (1) Matsuura Vertical Machining Center, Model No. MX-850 Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U210102640717 – "One (1) Used 2017 Doosan CNC Vertical Machining Center, Model# DNM 350 One (1) Used 2016 Matsuura 5 Axis Machining Center, Model# MX-330 One (1) Used 2017 Matsuura 5 Axis Machining Center, Model# MX-330 One (1) Used 2017 Doosan CNC Vertical Machining Center, Model# DNM-5700 One (1) Used 2018 Doosan CNC Vertical Machining Center, Model# DNM-750-II Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

File No. U210103511513 (Assigned to Signature Financial and Leasing LLC per File No. U210111530715) – "One (1) Used 2018 Matsuura CNC 5-Axis Vertical Machining Center, Model No. MX-330, One (1) Used 2019 Fanuc Robot, Model No. M-20iA/35, One (1) Used 2019 Trinity Automated Pallet System, Model No. AX3, Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto." And "One (1) Used 2018 Matsuura CNC 5-Axis Vertical Machining Center, Model No. MX3300 One (1) Used 2019 Fanuc Robot, Model No. M-20iA/35 One (1) Used 2019 Trinity Automated Pallet System, Model No. AX3 Equipped with all standard and together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto."

**Schedule E/F Part 1, 2.1-2.4** – The Debtor believes it is substantially current on its tax liability but lists these agencies for notice purposes.

**Schedule E/F Part 2 General Statement:** The Debtor has included the description "No evidence to support claim" where the debtor has been made aware of a creditor, bill and/or claim, but has no evidence re the validity or amount of the claim.

**Schedule H General Statement:** The Debtor has listed Urio Zanetti as a co-debtor for obligations where it possesses information indicating same.  However, the Debtor believes Mr. Zanetti may be personally liable on other debts of the Debtor and failure to list him as a co-debtor

here should not be construed as a statement of the Debtor that he is not a co-debtor on additional

obligations.  Thus, all rights are reserved.

### **RESERVATION OF RIGHTS**

Reasonable efforts have been made to prepare and file complete and accurate Schedules

and SOFA; however, inadvertent errors or omission may exist.  The Debtor reserves all right to

(i) amend or supplement the Schedules and/or SOFA from time to time, in all respects, as may be

necessary or appropriate; (ii) dispute or otherwise assert offsets or defenses to any claim reflected

in the Schedules or SOFA as to amount, liability, priority, status, or classification; (iii)

subsequently designate any claim as disputed, contingent, or unliquidated; or object to the extent,

validity, enforceability, priority, or avoidability of any claim. Furthermore, nothing contained in

the Schedules or SOFA shall constitute a waiver of rights with respect to the Debtor's chapter 11

case, including without limitation, issues involving claims, substantive consolidation, defenses,

equitable subordination, and/or causes of action arising under the provisions of Chapter 5 of the

Bankruptcy Code and any other relevant non-bankruptcy law to recover assets or avoid transfers.

Any specific reservation of rights contained elsewhere in these Specific Notes does not limit in

any respect this general reservation of rights.

**Fill in this information to identify the case and this filing:**

Debtor Name   Spearman Aerospace, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (if known):    2:25-bk-10917-DS

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/19/2025          ✗ _____
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Scott Holland_____
                                    Printed name

                                    President
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____Spearman Aerospace, Inc._____

United States Bankruptcy Court for the: _____Central District of California_____

Case number (if known): _____2:25-bk-10917-DS_____          (State)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets—Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..............................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..............................................

    $ _____1,853,765.88

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..............................................

    $ _____1,853,765.88

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................

    $ _____1,462,271.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..............................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..............................

    +$ _____863,672.75

4. **Total liabilities** ...............................................
    Lines 2 + 3a + 3b

    $ _____2,325,943.93

**Fill in this information to identify the case:**

Debtor name ___Spearman Aerospace, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): ___2:25-bk-10917-DS___

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

   $ 1,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BMO Bank | Checking | 6  4  8  3 | $ 8,064.84 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 5,201.04 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 14,265.88

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of
   debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____  $_____
   7.2. _____  $_____

| Debtor | Spearman Aerospace, Inc. | Case number (if known) 2:25-bk-10917-DS |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. 90 days old or less: | 15,000.00 | – | 0.00 | = .......➔ | $ 15,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = .......➔ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 15,000.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

| Debtor | Spearman Aerospace, Inc. | | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|---|
| | Name | | | |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Spearman Aerospace, Inc.
_____    Case number (if known) 2:25-bk-10917-DS
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Tables / Chairs / Computers | $_____ | Est. OLV | $ 1,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer Server | $_____ | Est. OLV | $ 1,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Spearman Aerospace, Inc. | | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|---|
| | Name | | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2018 Ford T150 (VIN...3456) | $ 0.00 | OLV | $ 7,500.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 1,291,561.00 | | $ 1,815,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,822,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Lease - 9225 Greenleaf Ave. | Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | Lease - 9215 Greenleaf Ave. | Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>_____ | $_____ | _____ | $_____ |
| 61. | Internet domain names and websites<br>www.spearmanaerospace.com | $_____ | _____ | 0.00<br>$_____ |
| 62. | Licenses, franchises, and royalties<br>_____ | $_____ | _____ | $_____ |
| 63. | Customer lists, mailing lists, or other compilations<br>_____ | $_____ | _____ | $_____ |
| 64. | Other intangibles, or intellectual property<br>_____ | $_____ | _____ | $_____ |
| 65. | Goodwill<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 6

Debtor    Spearman Aerospace, Inc.       Case number *(if known)* 2:25-bk-10917-DS
     Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    0.00   –   0.00   = ➜   $ 0.00
                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $ _____
_____    Tax year _____   $ _____
_____    Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Lawsuit against Arca Investments, LLC; Urio Zanetti; and Ayaz Pate

**Nature of claim**    Fraud; breach of contract; etc.     $ Unknown

**Amount requested**    $ 5,000,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $ _____

**Nature of claim**    _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

_____     $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Misc. Tools and Shop Items     $ Unknown

   $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.     $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 14,265.88 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 15,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 2,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 1,822,500.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. .......................91a. | $ 1,853,765.88 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. 1,853,765.88  ................................................  $ 1,853,765.88

| Debtor 1 | Spearman Aerospace, Inc. | | | Case number *(if known)* | 2:25-bk-10917-DS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

### 3) Checking, savings, money market, or financial brokerage accounts

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| BMO Bank | Savings | 5204 |
| Balance: 100.00 | | |
| BMO Bank | Checking | 6475 |
| Balance: 4,897.47 | | |
| Citi National Bank | Checking | 2720 |
| Balance: 203.57 | | |

### 50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Forklift | 5,000.00 | | 5,000.00 |
| DOOSAN DNM 500 II (MV0010-003614) | 35,000.00 | OLV | 35,000.00 |
| DOOSAN DNM 5700 (MV0091-001254) | 57,500.00 | OLV | 57,500.00 |
| DOOSAN DNM 5700 (MV0091-000411) | 55,000.00 | OLV | 55,000.00 |
| MATSUURA MX-330 (20444) | 195,597.00 | OLV | 205,000.00 |
| MATSUURA MX-850 (22477) | 0.00 | OLV | 350,000.00 |
| MATSUURA MX-330 (21166) | 165,964.00 | OLV | 260,000.00 |
| DOOSAN DNM 350/5AX (MV0053-000278) | 150,000.00 | | 150,000.00 |
| DOOSAN DNM 750L II (MV0062-000785) | 105,000.00 | OLV | 105,000.00 |
| HEXAGON MODEL NO GLOBAL S GREEN | 0.00 | OLV | 35,000.00 |
| DOOSAN PUMA GT2600 (ML0258-000203) | 25,000.00 | | 25,000.00 |
| DOOSAN DNM 5700 (MV0091-003576) | 25,000.00 | OLV | 25,000.00 |
| DOOSAN PUMA 2600SY II (ML0372-000388) | 155,000.00 | OLV | 155,000.00 |

Debtor 1    Spearman Aerospace, Inc.
First Name    Middle Name    Last Name

Case number *(if known)* 2:25-bk-10917-DS

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| **HWACHEON VESTA-1000 (M281361B2N A)** | 35,000.00 | OLV | 35,000.00 |
| **DOOSAN DNM 5700 (MV0091-000316)** | 77,500.00 | OLV | 77,500.00 |
| **DOOSAN DVF 5000 (MV0111-000328)** | 205,000.00 | OLV | 205,000.00 |
| **HWACHEON Vesta 100 (M281361K4NC)** | 0.00 | OLV | 35,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Spearman Aerospace, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | 2:25-bk-10917-DS |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Ally Bank | Describe debtor's property that is subject to a lien<br>2018 Ford T150 (VIN...3456) | $ 23,450.00 | $ 7,500.00 |

**2.1** Creditor's name
Ally Bank

Describe debtor's property that is subject to a lien
2018 Ford T150 (VIN...3456)

$ 23,450.00          $ 7,500.00

Creditor's mailing address
2911 Lake Vista Blvd.
Lewisville, TX 75067

Creditor's email address, if known

Date debt was incurred    Pre-10/10/24
Last 4 digits of account number

Describe the lien
Title lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**2.2** Creditor's name
Altemp Alloys LLC

Creditor's mailing address
330 West Taft Ave.
Orange, CA 92865

Creditor's email address, if known

Date debt was incurred    Pre 10/10/24
Last 4 digits of account number

Describe debtor's property that is subject to a lien
See Specific Notes Re Schedule D. UCC-1 filed on 11/8/2024 as File No. U240086638834. Collateral described as "AR Age Analysis - Spearman Aerospace.PDF,Final Notice - Certified Mail.PDF,Final Notice - Spearman Aerospace.pdf,Invoice 20383.PDF,Invoice 20699.PDF"

$Unknown          $Unknown

Describe the lien
UCC-1,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,462,271.18

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Assn Company

Describe debtor's property that is subject to a lien

See Specific Note Re Schedule D. Blanket UCC-1 Filed 9/16/2023 - File No. U230065354936

$Unknown          $Unknown

Creditor's mailing address

PO Box 2576
Springfield, IL 62708

Creditor's email address, if known

Date debt was incurred    Pre-10/10/24

Last 4 digits of account number

Describe the lien

UCC-1,

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.4** Creditor's name
BMO Bank

Describe debtor's property that is subject to a lien

See Specific Note Re Schedule D. No UCC-1 or Judgment Lien filed in BMO Bank's name found.

$Unknown          $ Unknown

Creditor's mailing address

1625 W. Fountainhead Pkwy, FL10
Tempe, AZ 85282

Creditor's email address, if known

vincent.covena@ bmo.com

Date debt was incurred    Pre-10/10/24

Last 4 digits of account number

Describe the lien

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5 Creditor's name**
Celtic Capital Corporation

**Describe debtor's property that is subject to a lien**
See Specific Note Re Schedule D. Blanket UCC-1 filed on 9/26/23 as File No. U230068105216.

$Unknown        $Unknown

**Creditor's mailing address**

23622 Calabas Rd.
Ste. 323, Calabasas, CA 91302

**Creditor's email address, if known**

_____

**Date debt was incurred** Pre-10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.6 Creditor's name**
CitiBank, N.A. its branches, subsidiaries and affiliates

**Describe debtor's property that is subject to a lien**
See Specific Note Re Schedule D. UCC-1 filed on 9/5/2023 as File No. U230062494131 asserting a lien over all accounts receivable from Raytheon Technologies Corp.

$Unknown        $Unknown

**Creditor's mailing address**

388 Greenwich St.
10th Floor, New York, NY 10013

**Creditor's email address, if known**

_____

**Date debt was incurred** Pre-10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7 Creditor's name**
Financial Agent Services

**Describe debtor's property that is subject to a lien**

See Specific Notes Re Schedule D. UCC-1 Filed on 4/13/2023 as File No. U230026072324 describing the following collateral: "VJ1580 STD, ENGLISH (US), IP65, 70 MICRON, 6M STRAIGHT (1) STAND (1000 SERIES)."

$ Unknown           $ Unknown

**Creditor's mailing address**

PO Box 2576
Springfield, IL 62708

**Creditor's email address, if known**

_____

**Date debt was incurred**   Pre-10/10/24
**Last 4 digits of account number**   _____

**Describe the lien**

UCC-1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.8 Creditor's name**
Flagstar Bank

**Describe debtor's property that is subject to a lien**

See Specific Note Re Schedule D. No UCC-1 or Judgment Lien filing in Flagstar's Bank's name found.

$ Unknown           $ Unknown

**Creditor's mailing address**

Corporate Drive, E-203-1
Troy, MI 48098

**Creditor's email address, if known**

_____

**Date debt was incurred**   Pre-10/10/24
**Last 4 digits of account number**   _____

**Describe the lien**

,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

**Part 1:    Additional Page**

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9  Creditor's name**
Huntington Bank

**Describe debtor's property that is subject to a lien**

See Specific Note Re Schedule D. No UCC-1 or Judgment Lien filing in Huntington Bank's name found.

$Unknown          $Unknown

**Creditor's mailing address**

11100 Wayzata Boulevard, Suite 700
Attn: Yolanda Hunter, Hopkins, MN 55305

**Creditor's email address, if known**

Yolanda.hunter@financediv.com

**Date debt was incurred**   Pre-10/10/24

**Describe the lien**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.10  Creditor's name**
Intech Funding Corp

**Describe debtor's property that is subject to a lien**

See Specific Note Re Schedule D. UCC-1 financing statements have been filed but have lapsed.

$0.00          $Unknown

**Creditor's mailing address**

201 East Huntington Drive,
Ste. 201, Monrovia, CA 91016

**Creditor's email address, if known**

**Date debt was incurred**   Pre-10/10/24

**Describe the lien**

**Last 4 digits of account number**

UCC-1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11 Creditor's name**
Manufacturers Capital

**Creditor's mailing address**

227 West Trade Street
Suite 1450, Charlotte, NC 28202

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

See Specific Notes Re Schedule D. UCC-1 filed 1/28/2019 as File No. 19-7694182168. UCC-1 Filing has subsequently been terminated and lapsed.

$0.00              $Unknown

**Date debt was incurred** Pre 10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.12 Creditor's name**
Manufacturers Financing Services

**Creditor's mailing address**

10370 Slusher Drive
Suite 10, Santa Fe Springs, CA 90670

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

See Specific Notes Re Schedule D. Multiple UCC-1s filed: File Nos. U210022510008 filed 2/8/2021; U220179059433 filed 3/28/2022; U210039900832 filed 4/21/2021; U210102640717 filed 11/15/2021; and U210103511513 filed 11/17/2021. UCC-1 filings describe various equipment.

$Unknown              $Unknown

**Date debt was incurred** Pre 10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Spearman Aerospace, Inc. | Case number *(if known)* | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13 Creditor's name**
Midland States Bank

**Describe debtor's property that is subject to a lien**

See Specific Notes Re Schedule D. Judgement lien filed on 9/10/2024 as File No. U240071087625. On information and belief this was satisfied in whole or in part via repossession / foreclosure prior to 10/10/2024.

$ Unknown          $ Unknown

**Creditor's mailing address**

5403 Olympic Drive
Suite 200, Gig Harbor, WA 98335

**Creditor's email address, if known**

_____

**Date debt was incurred** 9/10/2024
**Last 4 digits of account number** _____

**Describe the lien**

Judgment,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.14 Creditor's name**
Pacific Premier Bank c/o Polis & Associates

**Describe debtor's property that is subject to a lien**

See Specific Note Re Schedule D. Judgement Lien filed as File No. U250100591720 on 1/6/2025. Blanket UCC-1 filed as File No. 197743222229 on 10/29/2019.

$ 1,383,417.91          $ Unknown

**Creditor's mailing address**

19800 MacArthur Blvd.
Suite 1000, Irvine, CA 92612

**Creditor's email address, if known**

_____

**Date debt was incurred** Pre 10/10/24
**Last 4 digits of account number** _____

**Describe the lien**

Judgment,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**
Siemens Financial Services, Inc.

**Describe debtor's property that is subject to a lien**

See Specific Note re Schedule D. Assignee of Manufacturers Financing Services per File No. U210077787434.

$ Unknown    $ Unknown

**Creditor's mailing address**

170 Wood Ave. South
Iselin, NJ 08830

**Creditor's email address, if known**

**Date debt was incurred** Pre-10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.16 Creditor's name**
Signature Financial and Leasing LLC

**Describe debtor's property that is subject to a lien**

See Specific Notes Re Schedule D. Assignee of Manufacturers Financing Services with respect to UCC-1 File No. U210103511513.

$ Unknown    $ Unknown

**Creditor's mailing address**

225 Broadhollow Rd.
Ste. 132W, Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred** Pre-10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17 Creditor's name**
U.S. Bank Equipment Finance, A Division of US Bank National Association

**Describe debtor's property that is subject to a lien**
See Specific Notes Re Schedule D. UCC-1 filed on 4/19/2017 as File No. 17-7581054563 - Collateral described as "One (1) Matsuura MX-330 D Axis Machining Center with Fanuc GTech 311 CNS Control LNS Turbo SF Compact Chip Conveyor, EZ-5 Calibration Software and Complete Posting & Verification Software" Continuation filed on 11/9/2021 as File No. U210101099222.

$ Unknown    $ Unknown

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** Pre 10/10/24
**Last 4 digits of account number**

**Describe the lien**
UCC-1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.18 Creditor's name**
Valley Acquisition Corporation DBA Valley Force Inc.

**Describe debtor's property that is subject to a lien**
See Specific Note Re Schedule D. Judgment Lien filed on 4/22/2024 as File No. U240035359132.

$ 55,403.27    $ Unknown

**Creditor's mailing address**
c/o Greenbaum Law Group LLP 160 Newpc Ste 110, Newport Beach, CA 92660

**Creditor's email address, if known**

**Date debt was incurred** 04/22/24
**Last 4 digits of account number**

**Describe the lien**
Judgment, UCC-1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Greenbaum Law Group LLP 160 Newport Center Dr. Ste 110 Newport Beach, CA, 92660 | Line 2. 18 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D                    Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property                    page 10 of 10

**Fill in this information to identify the case:**

Debtor    Spearman Aerospace, Inc.

United States Bankruptcy Court for the:   Central District of California

Case number   2:25-bk-10917-DS
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>California Department of Tax & Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279--6029 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $_____ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** |  |  |
| **2.2** | **Priority creditor's name and mailing address**<br>EDD Employment Development Department<br>PO BOX 989061<br>WEST SACRAMENTO, CA 95798-9061 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $_____ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** |  |  |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $_____ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** |  |  |

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim     Priority amount

**2.** 4   **Priority creditor's name and mailing address**

Los Angeles Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0888

$ Unknown     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number *(if known)* | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
3P Processing
1702 S Knight St
Wichita, KS 67213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 13,867.00

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
Accurate Steel Treating, Inc.
10008 Miller Way
South Gate, CA 90280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 13,859.60

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
ADP
PO Box 31001-1874
Pasadena, CA 91110-1874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Advanced Aero Coatings, LLC
P.O. BOX 1724
HURST, TX 76053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 1,937.50

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
ADVANCED MACHINE PRODUCTS INC.
13032 PARK ST.
SFS, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
AFCO
PO Box 2292
Gardena, CA 90247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (*if known*) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

| 3.7 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 237.44 |
|---|---|---|

Allied/ Inland Empire
2901 S. Riverside Ave.
Ste A
Colton, CA 92324

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|

Alloy Metals Company LLC
3400 East 69th Street
Long Beach, CA 90805

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 15,665.40 |
|---|---|---|

ALTEMP ALLOYS, LLC.
330 W. TAFT AVE.
ORANGE, CA 92865

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 295.20 |
|---|---|---|

American Communication Cables & Equip.
821 S. Raymond Ave.
#25
Alhambra, CA 91803

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,279.17 |
|---|---|---|

American Compressor Company
10144 Freeman Ave
Santa Fe Springs, CA 90670-0213

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 4 of 23

| Debtor | Spearman Aerospace, Inc. | Case number (*if known*) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|---|

American Express
80 Minuteman Road
Andover, MA 01810-1008

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    9100

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 15,092.00 |
|---|---|---|---|

APTEK LABORATORIES INC
28570 Livingston Avenue
Valencia, CA 91355-4171

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,016.67 |
|---|---|---|---|

ATS Systems
30222 Esperanza
RSM, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 720.00 |
|---|---|---|---|

AUTOMATED MANUFACTURING INC
P.O. BOX 3771
CHATSWORTH, CA 91313

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 11,987.24 |
|---|---|---|---|

Bisco Industries
P.O. Box 68062
Anaheim, CA 92817

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address

Bodycote - HP Division
9921 Romandel Ave
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.18** Nonpriority creditor's name and mailing address

Boeing Distribution Services, Inc
88289 Expedite Way
Chicago, IL 60695-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,828.85

---

**3.19** Nonpriority creditor's name and mailing address

Bowman Plating Co
PO Box 5205
Compton, CA 90224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.20** Nonpriority creditor's name and mailing address

C&H Hydraulics
1585 Monrovia Ave
Newport Beach, CA 92663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,590.00

---

**3.21** Nonpriority creditor's name and mailing address

California Metal & Supply Inc
10230 Freeman Ave
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,122.50

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Castle Metals
P.O. Box 514670
Los Angeles, CA 90051-4670

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Cintas
23 Corporate Plaza Dr., Ste. 150
Newport Beach, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

CISCO, Inc.
1702 Townshurst Dr.
Houston, TX 77043

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

City of Santa Fe Springs Water
P.O. Box 2120
Santa Fe Springs, CA 90670-0120

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 449.02

Basis for the claim: Utility Services

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Continental Heat Treating
10643 S. Norwalk Blvd.
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,575.79

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number *(if known)* | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27  Nonpriority creditor's name and mailing address**

CULLIGAN OF SANTA ANA
502 S. LYON
SANTA ANA, CA 92701

As of the petition filing date, the claim is:   $ 65.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28  Nonpriority creditor's name and mailing address**

CYBER AEROSPACE CORP.
7425 LAMPSON AVE
GARDEN GROVE, CA 92841

As of the petition filing date, the claim is:   $ Unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**

Cypress LLP
1925 Century Park East
Suite 1700
Los Angeles, CA 90067

As of the petition filing date, the claim is:   $ Unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**

Digital Service Co.
3185 Airway Ave.
Bldg E
Costa Mesa, CA 92626

As of the petition filing date, the claim is:   $ 1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**

EAGLE REGISTRATIONS, INC.
40 N. MAIN STREET
SUITE 1880
DAYTON, OH 45423

As of the petition filing date, the claim is:   $ 6,231.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address

Edwin Abramian
645 Balboa Ave
#3B
Glendale, CA 91206

As of the petition filing date, the claim is: **$750.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: Prior to 10/10/24
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

Electrolurgy
1121 Duryea Ave
Irvine, CA 92614

As of the petition filing date, the claim is: **$6,595.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: Prior to 10/10/24
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

Ellison Technologies
P. O. Box 880962
Los Angeles, CA 90088-0962

As of the petition filing date, the claim is: **$11,098.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: Prior to 10/10/24
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

Fastenal Company
1008 Mattlind Way
Milford, DE 19963

As of the petition filing date, the claim is: **$Unknown**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

Date or dates debt was incurred: Prior to 10/10/24
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

FedEx
P.O. BOX 7221
PASADENA, CA 91109-7321

As of the petition filing date, the claim is: **$142.76**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: Prior to 10/10/24
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

Fine Quality Metal Finishing, Inc
524 W. 17th Street
Long Beach, CA 90813

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Unknown

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

FIRST-CITIZENS BANK & TRUST CO (CIT)
155 COMMERCE WAY
PORTSMOUTH, NH 3801

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Unknown

Basis for the claim: No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Fora Financial
1385 BROADWAY FL 15
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 190,000.00

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Frog Environmental
965 E. WILLOW ST.
SIGNAL HILL, CA 90755-2738

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,704.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Fusion Cloud Services
PO Box 51538
Los Angeles, CA 90051-5838

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,946.97

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address

Futura Energy Inc
13142 Barton Rd.
Whittier, CA 90605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 4,575.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred        Prior to 10/10/24
Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

H & N Machine Co
14022 Parsons Place
Garden Grove, CA 92843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15,000.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred        Prior to 10/10/24
Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

HADCO
P.O.Box 788587
Philadelphia, PA 19178-8587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 59,974.37**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred        Prior to 10/10/24
Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Herrera Window Cleaning LLC
1000 W 8th St.
Unit 5206
Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 240.00**

Basis for the claim: Services

Date or dates debt was incurred        Prior to 10/10/24
Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Hexagon Manufacturing Intelligence, Inc
Lockbox 771742
1742 Solutions Center
Chicago, IL 60677-1007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,000.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred        Prior to 10/10/24
Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3. 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 887.27 |

Industrial Formulators Inc.
15631 Graham Street
Unit E
Huntington Beach, CA 92649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3. 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,229.60 |

Infor (US), Inc.
P.O. BOX 847798
Los Angeles, CA 90084-7798

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3. 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |

Iron Mountain
PO BOX 601002
PASADENA, CA 91189-1002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3. 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |

Land Rover
PO Box 78074
Phoenix, AZ 85062-8074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3. 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 316.13 |

LASCARIS DELI
14104 Lambert Rd
Whittier, CA 90603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (*if known*) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 52    **Nonpriority creditor's name and mailing address**

Leadership CNC Service Inc
7161 East Ave
Unit #24
Rancho Cucamonga, CA 91739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 932.50

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 53    **Nonpriority creditor's name and mailing address**

Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 54    **Nonpriority creditor's name and mailing address**

Lucas Horsfall Accountants + Advisors
299 N. Euclid Avenue
2nd Floor
Pasadena, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 55    **Nonpriority creditor's name and mailing address**

M. L. Winters Co. LLC
8467 Loch Lomond Drive
Pico Rivera, CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 124.51

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 56    **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,163.88

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address

Menke Marking Devices
PO Box 2986
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 115.48

Date or dates debt was incurred     Prior to 10/10/24

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

MetLife
PO Box 804466
Kansas City, MO 64180-4466

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 74.04

Date or dates debt was incurred     Prior to 10/10/24

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Midland States Bank
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Deficiency claim; repossessed collateral

$ Unknown

Date or dates debt was incurred     Prior to 10/10/24

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

MIRA D'ANGELO
16835 Algonquin St., 477
Huntington Beach, CA 92649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 33,630.00

Date or dates debt was incurred     Prior to 10/10/24

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Morrell's Electro Plating, Inc.
432 Euclid Ave.
Compton, CA 90222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

$ Unknown

Date or dates debt was incurred     Prior to 10/10/24

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number *(if known)* 2:25-bk-10917-DS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** **62** **Nonpriority creditor's name and mailing address**

NEU Investments
2030 Main Street, Suite 1300
Irvine, CA 92614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Real property - lease

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **63** **Nonpriority creditor's name and mailing address**

ODK Capital
3914 Murphy Canyon Rd. #A125
San Diego, CA 92123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **64** **Nonpriority creditor's name and mailing address**

Omni Metal Finishing
11665 Coley River Circle
Fountain Valley, CA 92708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,173.42

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **65** **Nonpriority creditor's name and mailing address**

ON-GARD METALS, INC.
8638 CLETA ST.
DOWNEY, CA 90241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,239.00

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **66** **Nonpriority creditor's name and mailing address**

Orkin
P.O. BOX 740300
CINCINNATI, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 299.44

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Paragon Enterprises
26608 Purple Martin Ct
Canyon Country, CA 91351

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Patel, Ayaz
18104 Hoffman Ave.
Cerritos, CA 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Paychex
1175 John St.
West Henrietta, NY 14586-9199

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    7335

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Pitney Bowes
PO Box 981022
Boston, MA 02298-1022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 225.14

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

PONAM PRECISION GAGES
439 W. ACACIA AVE
GLENDALE, CA 91204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,867.75

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number *(if known)* | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.72** Nonpriority creditor's name and mailing address

Precision I.D. Specialties
6259 Stearns St.
Riverside, CA 92504

As of the petition filing date, the claim is: $358.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.73** Nonpriority creditor's name and mailing address

Pride Carbide Cutting Tools
14020 Shoemaker Ave
Norwalk, CA 90650

As of the petition filing date, the claim is: $3,523.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.74** Nonpriority creditor's name and mailing address

PT Solutions
PO Box 670587
Detroit, MI 48267-0587

As of the petition filing date, the claim is: $45,474.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.75** Nonpriority creditor's name and mailing address

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

As of the petition filing date, the claim is: $10.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.76** Nonpriority creditor's name and mailing address

QA Lubricants / Far West Oil
12223 Highland Ave
Unit 106-372
Rancho Cucamonga, CA 91739

As of the petition filing date, the claim is: $7,562.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred     Prior to 10/10/24
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.77** Nonpriority creditor's name and mailing address

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 293.83

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.78** Nonpriority creditor's name and mailing address

S & D INDUSTRIAL TOOL SUPPLY
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

$ 73,800.82

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.79** Nonpriority creditor's name and mailing address

Selway Machine Tool Company
29250 Union City Blvd.
Union City, CA 94587-1209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 83,787.34

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.80** Nonpriority creditor's name and mailing address

Sierra Alloys Company
160 Newport Center Drive Ste. 110
Newport Beach, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.81** Nonpriority creditor's name and mailing address

Sky Geek
30 Airway Drive
LaGrangeville, NY 12540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,469.97

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.82 Nonpriority creditor's name and mailing address**

SMT SMITH MACHINE & TOOL
5601 Research Drive
Hintington Beach, CA 92649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 2,486.25

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83 Nonpriority creditor's name and mailing address**

Snowline Engineering
4261 Business Drive
Cameron Park, CA 95682

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,221.07

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
✓ No
☐ Yes

---

**3.84 Nonpriority creditor's name and mailing address**

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,045.81

Basis for the claim: Utility Services

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
✓ No
☐ Yes

---

**3.85 Nonpriority creditor's name and mailing address**

Star Auto Care Inc.
13028 Los Nietos Rd
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 510.68

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86 Nonpriority creditor's name and mailing address**

Sunshine Metals
PO Box 8332
Pasadena, CA 91109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,893.50

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number    _____

Is the claim subject to offset?
✓ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.87** Nonpriority creditor's name and mailing address

Superior Handforge
P.O. Box 12738
Newport Beach, CA 92658

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 57,680.00

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

The Home Depot
PO Box 9001030
Louisville, KY 40290-1030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,686.12

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

TimePayment
PO Box 88232
Milwaukee, WI 53288-8232

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 552.45

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

UPS
PO Box 894820
Los Angeles, CA 90189-4820

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,009.61

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

UPTIME USA
3470 MT. DIABLO BLVD
SUITE A130
LAFAYETTE, CA 94549

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: No evidence to support claim

$ Unknown

Date or dates debt was incurred    Prior to 10/10/24
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Vanacore Engineering Inc
9801 Lurline Ave.
Chatsworth, CA 91311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 40,395.00

---

**3.93** Nonpriority creditor's name and mailing address

VIDEOJET
12113 COLLECTION CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 498.51

---

**3.94** Nonpriority creditor's name and mailing address

Walker Brothers
3839 E. Coronado St.
Anaheim, CA 92807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,705.00

---

**3.95** Nonpriority creditor's name and mailing address

Wells Fargo
P.O. Box 030310
Los Angeles, CA 90030-0310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,482.61

---

**3.96** Nonpriority creditor's name and mailing address

Wencor Group
416 Dividend Drive
Peachtree City, GA 30269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  No evidence to support claim

Date or dates debt was incurred    Prior to 10/10/24

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.97** Nonpriority creditor's name and mailing address

Wynn Precision, LLC
13862 A Better Way
STE 8E
Garden Grove, CA 92843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 15,000.00

Date or dates debt was incurred    Prior to 10/10/24

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 863,672.75 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 863,672.75 |

**Fill in this information to identify the case:**

Debtor name  Spearman Aerospace, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known):  2:25-bk-10917-DS                    Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease - 9215 Greenleaf Ave. Lessee | Neu Investments, L.L.C. 2030 Main St. Ste. 1300 Irvine, CA, 92614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease - 9225 Greenleaf Ave. Lessee | D'Angelo Family Trust 16200 Bimini Lane Huntington Beach, CA, 92649 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name  Spearman Aerospace, Inc. |
| United States Bankruptcy Court for the:  Central District of California |
| Case number (If known):  2:25-bk-10917-DS |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Urio Zanetti | 8500 Burton Way #510 Los Angeles, CA 90048 | Land Rover | ☐ D ☑ E/F ☐ G |
| 2.2 | Urio Zanetti | 8500 Burton Way #510 Los Angeles, CA 90048 | American Express | ☐ D ☑ E/F ☐ G |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    Spearman Aerospace, Inc.

United States Bankruptcy Court for the:   Central District of California

Case number (if known):    2:25-bk-10917-DS

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 12,750.00 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,316,808.83 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,406,548.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor ___Spearman Aerospace, Inc._____     Case number (*if known*) __2:25-bk-10917-DS__
    Name

---

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Uriel Zanetti<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ Unknown | |
| 4.2. | Arca Investments, LLC<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ Unknown | |

---

Debtor    Spearman Aerospace, Inc.    Case number (if known) 2:25-bk-10917-DS
_____
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Midland States Bank<br>Creditor's name<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 | Repossession of machinery | 06/2024 | $ 350,000.00 |
| 5.2. | _____<br>Creditor's name | | | $ _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $ _____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Futura Energy Inc. v. Spearman Aerospace Inc.<br><br>Case number<br>25BFSC00132 | Breach of contract | Los Angeles Superior Court - Bellflower Courthouse<br><br>10025 E. Flower St.<br>Bellflower, CA 90706 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Midland Bank v. Spearman Aerospace<br><br>Case number<br>24STCV15866 | Repossession of machinery | Court or agency's name and address<br>Los Angeles Superior Court<br><br>111 N. Hill St.<br>Los Angeles, CA 90012 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| IP theft by Zanetti and Patel, Complaint filed. Unknown value but believed to be substantial. | _____ | 10/2024 | $0.00 |

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ECHO PARK LEGAL, APC | | 02/03/25 | $ 26,750.00 |
| | **Address** | | | |
| | 2210 Sunset Blvd. #301 Los Angeles, CA 90026 | | | |

**Email or website address**
df@echoparklegal.com

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    Spearman Aerospace, Inc.
_____    Case number (if known) 2:25-bk-10917-DS
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | | | From _____ | To _____ |
| 14.2. | | | From _____ | To _____ |

Debtor    Spearman Aerospace, Inc.
_____    Case number (if known) 2:25-bk-10917-DS
Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
    Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

        Has the plan been terminated?
        ☐ No
        ☐ Yes

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| Debtor | Spearman Aerospace, Inc. | Case number (*if known*) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | Name | | EIN: _____<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |

---

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|--------|--------------------------|------------------------|------------------|
|        | Name                     |                        |                  |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

| | | **Dates of service** |
|---|---|---|
| 26a.1. | Elisabeth Zanetti | From 01/26/2015 |
| | Name | To 10/10/2024 |
| | 8500 Burton Way #510, Los Angeles, CA 90048 | |

**Name and address**

| | | **Dates of service** |
|---|---|---|
| 26a.2. | Tricia Knopf | From 10/10/2024 |
| | Name | To 02/06/2025 |
| | 254 N. Lake Ave., No. 873, Pasadena, CA 91101 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**Name and address**

| | | **Dates of service** |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

**Name and address**

| | | **Dates of service** |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

| | | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | Urio Zanetti | |
| | Name | |
| | 8500 Burton Way #510, Los Angeles, CA 90048 | |

Debtor    Spearman Aerospace, Inc.
_____
Name

Case number (if known)    2:25-bk-10917-DS
_____

Name and address

If any books of account and records are
unavailable, explain why

26c.2.    Tricia Knopf
_____
Name
254 N. Lake Ave., No. 873, Pasadena, CA 91101

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

26d.1.    _____
Name

Name and address

26d.2.    _____
Name

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.1.    _____
Name

Debtor  Spearman Aerospace, Inc.
        _____        Case number (if known) 2:25-bk-10917-DS
        Name                                                    _____

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.  _____
       Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SPAC Holdings I, LLC | 254 N. Lake Ave., No. 873, Pasadena, CA 91101 | Shareholder | 100 |
| Tricia Knopf | 254 N. Lake Ave., No. 873, Pasadena, CA 91101 | Secretary, CFO | |
| Scott Holland | 254 N. Lake Ave., No. 873, Pasadena, CA 91101 | President | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Urio Zanetti | 8500 Burton Way #510, Los Angeles California 90048 | Owner of Arca Investments, LLC; President and Director | 01/26/2015  To 10/10/2024 |
| Richard Oak | 1107 S. Wilson Drive, West Covina, CA 91791 | Director, president | 10/10/2024  To 11/05/2024 |
| Arca Investments, LLC | 8500 Burton Way #510, Los Angeles California 90048 | Shareholder | 01/26/2015  To 10/10/2024 |
| Alex Spearman | PO Box 1956, Tacoma, WA 98401 | Shareholder | 03/21/2013  To 10/10/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Inland Empire Group, Inc. (Robert Diaz) | 5,000.00 | _____ | Compensation |
| | Name | | | |
| | 5940 S. Rainbow Blvd | | _____ | |
| | Las Vegas, NV 89118 | | | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Former President | | | |

| Debtor | Spearman Aerospace, Inc. | Case number (if known) | 2:25-bk-10917-DS |
|---|---|---|---|
| | Name | | |

|  |  |  |  |
|---|---|---|---|
| 30.2 | **Name and address of recipient**<br><br>Urio Zanetti<br>Name<br>8500 Burton Way #510<br>Los Angeles, CA 90048 | 100,000.00 | |
| | **Relationship to debtor**<br>Previous principal | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

## Part 14:    Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/19/2025
MM / DD / YYYY

✗ _____    Printed name  Scott Holland
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

Debtor Name   Spearman Aerospace, Inc.                              Case number (if known)   2:25-bk-10917-DS

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Tricia Knopf                              $12,000.00


Robert Diaz                               Unknown


**7) Legal Actions**

Smith Machine and Tool LLC v. Spearman Aerospace, Inc.

24BFSC01785

Breach of contract

Los Angeles Superior Court - Bellflower Courthouse

10025 E. Flower ST., Bellflower, CA 90706

Pending

-------

Neu Investments L.L.C., v Spearman Aerospace Inc.

24NWUD02267

Unlawful detainer

Los Angeles Superior Court - Norwalk Courthouse

12720 Norwalk Blvd., Norwalk, CA 90650

Pending

-------

Pacific Premier Bank v. Spearman Aerospace, Inc.

30-2024-01400908-CU-BC-CJC

Breach of contract

Orange County Superior Court

700 Civic Center Drive West, Santa Ana, CA 92701

Pending

-------

Midland States Bank v. Spearman Aerospace, Inc.

24STCV15866

Official Form 207                    Statement of Financial Affairs for Non-Individuals

Debtor Name   Spearman Aerospace, Inc.                                    Case number (if known)   2:25-bk-10917-DS

## Continuation Sheet for Official Form 207

Breach of equipment lease

Los Angeles Superior Court

111 N. Hill St., Los Angeles, CA 90012

Pending

-------

S&D Industrial Tool Supply, Inc. v. Spearman Aerospace, Inc.

30-2025-01451206-CU-BC-NJC

Breach of contract/ warranty

Orange County Superior Court

700 Civic Center Drive West, Santa Ana, CA 92701

Pending

-------

Sierra Alloys Company v. Spearman Aerospace, Inc.

24NWCV03723

Collections

Los Angeles Superior Court - Norwalk Courthouse

12720 Norwalk Blvd., Norwalk, CA 90650

Pending

-------

29) Former partners

Robert Diaz          5940 S. Rainbow       11/05/2024        01/21/2025
                     Blvd, Las Vegas,
                     NV 89118

30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Tricia Knopf

254 N. Lake Ave., No. 873
Pasadena, CA 91101

Amount of money or description: $12,500.00

Dates: - , - , -

Reason: Compensation for work performed

| | |
|---|---|
| **Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address**<br><br>M. Douglas Flahaut SBN 245558<br>Echo Park Legal, APC<br>2210 Sunset Blvd. #301<br>Los Angeles, CA 90026<br>df@echoparklegal.com<br>(310) 709-0658 | **FOR COURT USE ONLY** |
| ☒ *Attorney for:* Debtor and Debtor-in-Possession | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

</div>

| | |
|---|---|
| In re:<br><br>Spearman Aerospace, Inc.<br><br><div align="right">Debtor(s).</div> | CASE NO.: 2:25-bk-10917-DS<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
| <br><br><br><div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Scott Holland_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.    ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of
        any class of the corporation's(s') equity interests:

    SPAC Holdings I, LLC _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity
        interest.

Date:  02/19/2025 _____          By: _____
                                           Signature of Debtor, or attorney for Debtor


                                       Name:  Scott Holland _____
                                           Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                 **F 1007-4.CORP.OWNERSHIP.STMT**

In re Spearman Aerospace, Inc.
Case No. 2:25-bk-10917-DS

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Pasadena_____, California                    _____
                                                            Signature of Debtor 1

Date: _____2/19/25_____                                      _____
                                                            Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.