1  M. Douglas Flahaut (SBN 245558)
   **ECHO PARK LEGAL, APC**
2  2210 Sunset Blvd. # 301
   Los Angeles, CA  90026
3  Telephone:      310.709.0658
   Email:  df@echoparklegal.com
4  *Proposed* Counsel for Debtor and Debtor-in-
   Possession Spearman Aerospace, Inc.
5

6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                     **LOS ANGELES DIVISION**

11  In re                                    Case No. 2:25-bk-10917-DS

12  **Spearman Aerospace, Inc.**
                                             Chapter 11, Subchapter V
13              Debtor and Debtor-in-Possession
                                             **SUPPLEMENT TO SUBCHAPTER V
14                                           STATUS REPORT [LOCAL
                                             BANKRUPTCY FORM 2015-3.1]**
15

16
                                             **Status Conference:**
17
                                             **Date:** March 13, 2025
18                                           **Time:** 1:00 p.m.
                                             **Location:**
19                                           Courtroom 1639
                                             255 East Temple
20                                           Los Angeles, CA 90012
21

22

23

24

25

26

27

28

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

The Debtor submits this supplement to the Mandatory Local Bankruptcy Form 2015-3.1 Subchapter V Status Report (to be filed concurrently herewith) to comply with the *Court's Order Setting Scheduling and Case Management Conference* [Dkt. No 13], specifically Paragraph 2 of the Court's Order.

*A brief description of the debtor's business and operations, if any, and the principal assets and liabilities of the estate:*  As described in the First Day Declaration of Scott Holland filed [Dkt. No. 2] (the "Holland Declaration"), the Debtor is a California corporation and is in the business of making specialized aerospace parts and components out of steel, aluminum, titanium and other metals for its customers, which include Lockheed, Ducommun, Boeing, and other aerospace companies.  The components made by the Debtor are designed and/or machined in the Debtor's facility located in Santa Fe Springs, California and then shipped nationally.  The Debtor specializes in fabricating highly specialized components for both commercial and military applications, in addition to supporting fabrication of components used on aircraft platforms that are classified as being Top Secret and are controlled by the Department of Defense of the United States of America.  Furthermore, the Debtor is ITAR certified and D.O.D cyber security certified as it is required to be a custodian of the technical data essential to fabricating the components it produces.

The principal assets of the Debtor consist of certain valuable items of machinery described more-particularly in the Debtor's Schedule A/B filed as Dkt. No. 44.  The Debtor's secured liabilities consist of multiple asserted secured claims and filed judgment liens described in its Schedule D, the amount of which vastly exceed the value of the Debtor's equipment.  The Debtor's unsecured liabilities consist of various trade debt and other liabilities described in Schedule E/F.  Substantially all the Debtor's liabilities were incurred prior to October 10, 2024.

*What participated to the filing of the case?:*  As described in the Holland Declaration, on October 10, 2024, SPAC Holdings I, LLC (the "Current Owner") acquired 100% of the

stock of the Debtor from Urio Zanetti and his solely controlled entity Arca Investments, LLC (collectively "Zanetti").  Since October 10, 2024, the Current Owner has engaged outside legal and financial advisors in an attempt to reconcile the Debtor's books and records which were previously maintained and controlled by Zanetti.  Unfortunately, these records are severely deficient and appear to contain multiple omissions and false representations.  On December 24, 2024, the Debtor and the Current Owner commenced an action against Zanetti for Fraud, etc… related to, among other things, the omissions and false representations discussed above.  That action is currently pending in the Los Angeles County Superior Court as Case No. 24STCV34051.  The severity of the omissions and misrepresentations was so great that the Debtor has been unable to reliably produce monthly and annual cash reconciliation since the October 10, 2024 purchase.

Suffice it to say, the financial condition of the Debtor was significantly worse than was represented in connection with the acquisition.  Owing to the Debtor's poor financial condition, the Debtor has been unable to pay its debts and in the past months has faced significant negative collection actions, including a bank levy and the filing of an unlawful detainer action by its landlord.  To comprehensively address its cash flow issues, prepare accurate financial records, and maximize the value of its business operations for the benefit of all creditors and interest holders, the Debtor made the difficult decision to seek bankruptcy relief and elected to file a voluntary petition on February 6, 2025.

_What does the debtor hope to accomplish in this case?:_   Debtor is optimistic this case and its plan will not be particularly controversial or contested.  The Debtor intends to value the secured creditors' collateral and bifurcate the claims into secured and unsecured claims. Secured claims will be paid in full up to the value of the underlying collateral securing those claims and unsecured creditors will receive their share of the Debtor's projected disposable income.

_What are the principal business and financial problems facing the debtor and how does the debtor intend to address these problems?:_   The Debtor's cash flow is likely to be tight during this bankruptcy case and the Debtor is looking for DIP financing and/or exit financing to address these concerns.

1    *What are the main legal disputes facing the debtor and likely to be encountered during*

2    *this case, and how does the Debtor recommend that these disputes be resolved?:*  Debtor is

3    optimistic this case and its plan will not be particularly controversial or contested.  Purported

4    secured creditors may have disputes amongst each other as to priority.  Furthermore, the valuation

5    of the Debtor's equipment could be challenged.  However, because the Debtor's assets consist of

6    used machines that were appraised in July 2023 and appear to have a readily ascertainable market

7    value, the Debtor believes valuing its equipment will not be particularly difficult and is optimistic

8    its valuations will not be the subject of protracted disputes.

9    *What is the debtor's estimate regarding timing for confirmation of a plan?:*  The Debtor is

10    working diligently to file its plan prior to the March 13, 2025 status conference such that the

11    Debtor can discuss proposed confirmation dates with the Court on March 13, 2025.  As such, the

12    Debtor is aiming for a confirmation hearing in late April or early May 2025.  Regardless, the

13    Debtor will file a plan within the 90-day Subchapter V plan filing deadline.

14    *Is the debtor a "health care business" as defined in 11 U.S.C. 101(27A)?:*  No.

15    *Is the debtor a small business debtor as defined by 11 U.S.C. 101(51D)?:*  Yes.

16    *Has the debtor complied with all of its duties under 11 U.S.C. 521, 1106, 1107, and (if*

17    *applicable) 1116, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States*

18    *Trustee?:*  Yes.  The Debtor believes it is in substantiation compliance.  The Debtor is, however,

19    continuing to work with the Office of the United States Trustee to supplement a few outstanding

20    items related to the 7 Day Package.

21    *Do any parties claim an interest in cash collateral of the debtor?  Is the debtor using cash*

22    *that any party claims as its cash collateral, and if so, on what date did the debtor obtain an order*

23    *authorizing the use of such cash or the consent of the party?:*  Various parties have an interest in

24    cash collateral or may have an interest in cash collateral.  These issues are discussed in more

25    detail in the Debtor's Cash Collateral Motion [Dkt. No. 3] and the interim order thereon

26    approving the use of cash collateral [Dkt. No. 35].

27    *The identity of all professionals retained or to be retained by the estate, the dates on*

28    *which applications for employment of such professionals were filed or submitted to the United*

*Staes Trustee, the dates on which orders were entered regarding such applications (if any), and a general description of the services to be rendered by each such professional.  The initial status report should include an estimate of the expected amount of compensation for each professional. Subsequent status reports should provide estimates of the amounts actually incurred, as well as updated estimates of the additional fees and expenses anticipated:*  The Debtor intends to file its employment application for its proposed general bankruptcy counsel Echo Park Legal, APC shortly.  Additionally, the Debtor expects to file employment applications for special litigation and corporate counsel and an accountant to prepare and file its tax returns in the next few weeks. While it is very difficult to estimate fees at this early stage in the case, the Debtor's proposed bankruptcy counsel, Echo Park Legal APC, estimates total fees through confirmation will be between $75,000 and $125,000.  If/when the Debtor decides to employ special litigation and corporate counsel and/or the accountant, an estimate of fees for such professionals can be formulated.

*Evidence regarding projected income, expenses, and cash flow:*  The Debtor filed a budget through March 31, 2025 attached as an exhibit to the Holland Declaration.  *See* Dkt. No. 2.  This is the most current budget.  The Debtor is working on a budget beyond that date and will likely need to seek approval of its use of cash collateral beyond March 31, 2025 pursuant to an updated budget shortly.

*Proposed deadlines for the filing of claims:*  Because this is a Subchapter V case, the claims bar date has been automatically set.  *See* Dkt. No. 27.  Thus, the general claims bar date is April 17, 2025 and the governmental claims bar date is August 5, 2025.

*A discussion of the unexpired leases and executory contracts to which the debtor is a party, including the debtor's intentions, a proposed timetable for addressing such leases and contracts, and the status of those efforts:*  As set forth in the Debtor's Schedule G filed as Dkt. No. 44, the Debtor has two leases – 9215 Greenleaf Ave. and 9225 Greenleaf Ave.  The Debtor's intent is to assume these leases pursuant to its plan.

*Whether the debtor anticipates the sale of any estate assets by motion or in connection with a plan:* Debtor does not currently anticipate the sale of any assets by motion or in connection with a plan.

*The efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:* Counsel for the Debtor has begun speaking with creditors and the Subchapter V Trustee.  These discussions will continue, with the goal being a consensual plan.

RESPECTFULLY SUBMITTED,

DATED: February 27, 2025                    **ECHO PARK LEGAL, APC**

                                        */s/ M. Douglas Flahaut*
                                        *Proposed* Counsel for Debtor and Debtor-in-
                                        Possession Spearman Aerospace, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026.

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENT TO SUBCHAPTER V STATUS REPORT will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Karen L Belair**    kbelair@zwickerpc.com; **M Douglas Flahaut**    df@echoparklegal.com; **Robert Paul Goe (TR)** bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com; **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net; **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov; **Sean A OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com; **David L Oberg**    david@oberglawapc.com; **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com; **Amitkumar Sharma**    amit.sharma@aisinfo.com; **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On February 27, 2025, I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*I caused the document noted above to be served utilizing the services of BK Attorney Services, LLC d/b/a certificatofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) as provided in the following pages.*

**X** Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/27/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

Spearman Aerospace, Inc.

CASE NO: 25-10917

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 2/27/2025, a copy of the following documents, described below,

Order Setting Scheduling and Case Management Conference

Subchapter V Status Report

Supplement to Subchapter V Status Report [Local Bankruptcy Form 2015-3.1]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Douglas Flahaut
Echo Park Legal,APC
2210 Sunset Blvd. #301
Los Angeles, CA  90026

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ALLY BANK
2911 LAKE VISTA BLVD.
LEWISVILLE, TX 75067

ALTEMPS ALLOYS LLC
330 WEST TAFT AVE.
ORANGE, CA 92865

BMO BANK
1625 W. FOUNTAINHEAD PKWY, FL 10
TEMPE, AZ 85282

FLAGSTAR BANK
CORPORATE DRIVE E-203-1
TROY, MI 48098

HUNTINGTON BANK
ATTN: YOLANDA HUNTER
11100 WAYZATA BOULEVARD, SUITE 700
HOPKINS, MN 55305

INTECH FUNDING CORP.
201 EAST HUNTINGTON DRIVE
STE. 201
MONROVIA, CA 91016

MANUFACTURERS CAPITAL
227 WEST TRADE STREET
SUITE 1450 CHARLOTTE, NC 28202

MIDLAND STATES BANK
5401 OLYMPIC DRIVE, SUITE 200
GIG HARBOR, WA 98335

VALLEY ACQUISITION CORPORATION
C/O GREENBAUM LAW GROUP LLP
160 NEWPORT CENTER DR
STE 110
NEWPORT BEACH, CA 92660

CELTIC CAPITAL CORPORATION
23622 CALABASAS RD., SUITE 323
CALABASAS, CA 91302

ASSN COMPANY
P.O. BOX 2576
SPRINGFIELD, IL 62708

CITIBANK, N.A.
338 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

FINANCIAL AGENT SERVICES
P.O. BOX 2576
SPRINGFIELD, IL 62708

MANUFACTURERS FINANCING SERVICES
10370 SLUSHER DRIVE, SUITE 10
SANTA FE SPRINGS, CA 90670

SIEMENS FINANCIAL SERVICES, INC.
170 WOOD AVENUE SOUTH
ISELIN, NJ 08830

SIGNATURE FINANCIAL AND LEASING
225 BROADHOLLOW RD.
SUITE 132W
MELVILLE, NY 11747

U.S. BANK EQUIPMENT FINANCE
1310 MADRID ST.
MARSHALL, MN 56258

FORA FINANCIAL
1385 BROADWAY FL 15
NEW YORK, NY, 10018

SELWAY MACHINE TOOL COMPANY
29250 UNION CITY BLVD.
UNION CITY, CA, 94587-1209

HADCO
P.O.BOX 788587
PHILADELPHIA, PA, 19178-8587

SUPERIOR HANDFORGE
P.O. BOX 12738
NEWPORT BEACH, CA, 92658

PT SOLUTIONS
PO BOX 670587
DETROIT, MI, 48267-0587

VANACORE ENGINEERING INC
9801 LURLINE AVE.
CHATSWORTH, CA, 91311

MIRA D'ANGELO
16835 ALGONQUIN ST., 477
HUNTINGTON BEACH, CA, 92649

SNOWLINE ENGINEERING
4261 BUSINESS DRIVE
CAMERON PARK, CA, 95682

APTEK LABORATORIES INC
28570 LIVINGSTON AVENUE
VALENCIA, CA, 91355-4171

H & N MACHINE CO
14022 PARSONS PLACE
GARDEN GROVE, CA, 92843

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

WYNN PRECISION, LLC
13862 A BETTER WAY
STE 8E
GARDEN GROVE, CA, 92843

WALKER BROTHERS
3839 E. CORONADO ST.
ANAHEIM, CA, 92807

3P PROCESSING
1702 S KNIGHT ST
WICHITA, KS, 67213

ACCURATE STEEL TREATING, INC.
10008 MILLER WAY
SOUTH GATE, CA, 90280

BISCO INDUSTRIES
P.O. BOX 68062
ANAHEIM, CA, 92817

SUNSHINE METALS
PO BOX 8332
PASADENA, CA, 91109

ELLISON TECHNOLOGIES
P. O. BOX 880962
LOS ANGELES, CA, 90088-0962

THE HOME DEPOT
PO BOX 9001030
LOUISVILLE, KY, 40290-1030

OMNI METAL FINISHING
11665 COLEY RIVER CIRCLE
FOUNTAIN VALLEY, CA, 92708