Robert P. Goe
SubChapter V Trustee
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614
bktrsutee@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re:<br><br>Spearman Aerospace, Inc.<br><br><br>Debtor. | Case No. 2:25-bk-10917-DS<br><br>Chapter 11<br>Sub-Chapter V<br><br>**SUB V TRUSTEE'S STATUS REPORT**<br><br><u>Hearing</u><br>Date:          March 13, 2025<br>Time:          1:00 p.m.<br>Courtroom:  1639 – Virtual, Zoom.gov |
|---|---|

**TO THE HONORABLE SCOTT CLARKSON UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Robert P. Goe, the SubChapter V Trustee ("Trustee") hereby submits his Status Report as follows:

I attended the Initial Debtor's Interview on February 18, 2025, and the Debtor's 341(a) Meeting of Creditors on March 04, 2025, where a few creditors attended. I have had an opportunity to speak with the Debtor's attorney who has indicated a draft plan will be circulated before filing prior to the 90-day deadline.

Filings to date have included:

On February 06, 2025, Debtor filed Ch 11 Voluntary Petition Non-Individual [Docket No. 1].

1. On February 07, 2025, Debtor filed Declaration of Scott Holland In support Of Debtor's Emergency First Day Motions [Docket No. 2].

2. On February 07, 2025, Debtor filed an Emergency Motion for Interim and Final Orders Authorizing the Use Of Cash collateral [Docket No. 3].

3. On February 07, 2025, Debtor filed Emergency Motion For Order Authorizing Debtor And debtor-In-Possession To Honor Certain Prepetition employee Benefits And Wages In The Ordinary Course Of business [Docket No. 4].

4. On February 7, 2025, Debtor filed Emergency Motion To Maintain Certain Elements Of Cash Management System Including Pre-Petition Accounts [Docket No. 5].

5. On February 7, 2025, Court entered Order Setting Hearings on Shortened Notice, Regarding Debtor's Emergency Motions [Docket No. 10].

6. On February 7, 2025, U.S. Trustee filed Notice of Appointment of Trustee with Verified Statement of Sub V Trustee [Docket No. 11].

7. On February 7, 2025, Court entered Order Setting Scheduling and Case Management Conference [Docket No. 13].

8. On February 7, 2025, Debtor filed Notice of Hearing Regarding Emergency Motions [Docket No. 15].

9. On February 8, 2025, Debtor filed Statement Regarding Cash Collateral or Debtor in Possession Financing [Docket No. 18].

10. On February 10, 2025, Debtor filed Declaration of M. Douglas Flahaut Re Notice and Service in Compliance with the Requirements Contained in this Court's Order Setting Hearings on Shortened Notice [Docket No. 24].

11. On February 11, 2025, U.S. Trustee filed Objection To Debtor's Emergency Motion To Maintain Cash Management System Including Pre-Petition Accounts [Docket No. 26].

12. On February 11, 2025, Court entered Order setting Meeting of Creditors 341(a) [Docket No. 27].

13. On February 11, 2025, Court entered Order granting emergency motion for order authorizing debtor in possession to honor certain pre-petition employee benefits and wages

Page 2

[Docket No. 28].

On February 12, 2025, Court entered Interim order granting debtor's emergency motion to maintain certain cash management system including pre-petition accounts [Docket No. 32].

On February 13, 2025, Court entered Interim order authorizing the use of cash collateral [Docket No. 35].

On February 17, 2025, Debtor filed Statement of Operations for Small Business, Cash Flow Statement for Small Business, Balance Sheet [Docket No. 43].

On February 19, 2025, Debtor filed Declaration Under Penalty of Perjury for Non-Individual Debtors [Docket No. 44].

On February 20, 2025, Debtor filed Notice of Continued Hearings On: (1) Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral; and (2) Debtor's Emergency Motion to Maintain Certain Elements of the Debtor's Cash Management System Including Pre-Petition Accounts [Docket No. 47].

On February 27, 2025, Debtor filed Application to Employ Echo Park Legal, APC as Bankruptcy Counsel with Notice of Opportunity to Request Hearing [Docket No. 48-49].

On February 27, 2025, Debtor filed Status Report and Supplemental Status Report for Status Conference [Docket No. 50-51].

In sum, Debtor is moving the case forward and Trustee suggests plan confirmation hearing be scheduled along with related deadlines.

Respectfully submitted,

Dated: March 7, 2025

/s/ Robert P. Goe
By: Robert P. Goe
Sub Chapter V Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

- 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **SUB V TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/07/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karen L Belair**    kbelair@zwickerpc.com
- **M Douglas Flahaut**    df@echoparklegal.com
- **Robert Paul Goe (TR)**    bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff**    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Sean A OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg**    david@oberglawapc.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/07/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/07/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- **Honorable Deborah J. Saltzman**
  255 E. Temple Street, Suite 1634
  Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2025 | Karina E. Wareh | Karina E. Wareh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.