M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA  90026
Telephone:	310.709.0658
Email:  df@echoparklegal.com
*Proposed* Counsel for Debtor and Debtor-in-Possession Spearman Aerospace, Inc.

FILED & ENTERED

MAR 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-10917-DS |
| SPEARMAN AEROSPACE, INC. | Chapter 11 |
| Debtor and Debtor-in-Possession | **SCHEDULING ORDER RE: PLAN CONFIRMATION**<br><br>Hearing:<br>Date:      March 13, 2025<br>Time:     1:00 p.m.<br>Location: Courtroom 1639 (Via ZoomGov)<br>               255 E. Temple Street<br>               Los Angeles, CA 90012 |

The court held an initial status conference at the above time and place in the bankruptcy case of Spearman Aerospace, Inc. (the "Debtor").  Appearances were noted on the record.  Based on the Debtor's "Subchapter V Status Report" (Docket No. 50), the Debtor's "Supplement to Subchapter V Status Report" (Docket No. 51), and the "Sub V Trustee's Status Report" (Docket No. 52), as well as the record in this case and the statements of counsel at the status conference, for the reasons stated by the court on the record at the status conference,

IT IS HEREBY ORDERED that:

1. A confirmation hearing regarding the Debtor's Subchapter V plan will take place on May 6, 2025 at 1:00 p.m.
2. The Debtor must file and serve notice of the May 6, 2025 confirmation hearing, along with its Subchapter V Plan and ballots, on or before April 1, 2025.
3. Ballots to accept or reject the Debtor's Subchapter V plan must be received by counsel for the Debtor on or before April 22, 2025.
4. Any opposition to confirmation of the Debtor's Subchapter V plan must be filed with the court and served on counsel for the Debtor on or before April 22, 2025.
5. The deadline for any creditor in this case to make an election pursuant to section 1111(b) of the bankruptcy code is April 22, 2025.
6. The Debtor must file its confirmation brief, ballot summary, evidence in support of confirmation, and replies to any oppositions on or before April 29, 2025.

###

Date: March 18, 2025

Deborah J. Saltzman
United States Bankruptcy Judge