| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Douglas Flahaut SBN 245558<br>Echo Park Legal, APC<br>2210 Sunset Blvd. #301<br>Los Angeles, CA 90026<br>df@echoparklegal.com<br>(310) 709-0658<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Spearman Aerospace, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-10917-DS<br>CHAPTER: 11<br><br>**STATEMENT REGARDING**<br>**CASH COLLATERAL OR**<br>**DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: 4/8/2025<br>TIME: 1:00 p.m.<br>COURTROOM: 1639<br>ADDRESS: 255 E. Temple St.<br>Los Angeles, CA 90012 |
|---|---|

Secured party(ies): Purchase Money Equipment Lenders and Premier Pacific Bank as more particularly described in the Debtor's DIP Financing Motion.

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| | Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|---|
| ☒ | (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 7-8 | Sect. V(d)-(e) |
| ☐ | (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim"<br>☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law<br>☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | |
|---|---|---|---|
| *Continued from page 1* | | | |
| ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" <br> ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" <br> ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☒ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | 7-8 | Sect. V(d) |
| **Additional Disclosures Required by LBR 4001-2** | | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

3/18/2025    M. Douglas Flahaut          s/ M. Douglas Flahaut
*Date*        *Printed Name*              *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026.
A true and correct copy of the foregoing document entitled (*specify*): STATEMENT REGADING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**X** Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On March 18, 2025, I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*I caused the document noted above to be served utilizing the services of BK Attorney Services, LLC d/b/a certificatofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) as provided in the following pages.*

**X** Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/18/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:25-bk-10917-DS |
|---|---|
| Spearman Aerospace, Inc. | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 3/18/2025, a copy of the following documents, described below,

NOTICE OF MOTION FOR: DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF SCOTT HOLLAND IN SUPPORT THEREOF

STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Douglas Flahaut
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA  90026

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CITIBANK NA
ATTN: CEO
388 GREENWHICH STREET 26TH FLOOR
NEW YORK NY 10013

MIDLAND STATES BANK
1201 NETWORK CENTRE DR
EFFINHAM IL 63401

PURCHASE POWER
CO PITNEY BOWES BANK INC
PO BOX 981026
BOSTON MA 02298-1026

MANUFACTURERS FINANCING SERVICES
ATTN DONALD A BENDIX
9912 SOUTH PIONEER BLVD
SANTA FE SPRINGS CA 90670

INTECH FUNDING CORP
4400 S SOTO ST
VERNON CA 90058

ALLY BANK
2911 LAKE VISTA BLVD.
LEWISVILLE, TX 75067

ALTEMPS ALLOYS LLC
330 WEST TAFT AVE.
ORANGE, CA 92865

BMO BANK
1625 W. FOUNTAINHEAD PKWY, FL 10
TEMPE, AZ 85282

FLAGSTAR BANK
CORPORATE DRIVE E-203-1
TROY, MI 48098

HUNTINGTON BANK
ATTN: YOLANDA HUNTER
11100 WAYZATA BOULEVARD, SUITE 700
HOPKINS, MN 55305

INTECH FUNDING CORP.
201 EAST HUNTINGTON DRIVE
STE. 201
MONROVIA, CA 91016

MANUFACTURERS CAPITAL
227 WEST TRADE STREET
SUITE 1450 CHARLOTTE, NC 28202

MIDLAND STATES BANK
5401 OLYMPIC DRIVE, SUITE 200
GIG HARBOR, WA 98335

VALLEY ACQUISITION CORPORATION
C/O GREENBAUM LAW GROUP LLP
160 NEWPORT CENTER DR
STE 110
NEWPORT BEACH, CA 92660

CELTIC CAPITAL CORPORATION
23622 CALABASAS RD., SUITE 323
CALABASAS, CA 91302

ASSN COMPANY
P.O. BOX 2576
SPRINGFIELD, IL 62708

CITIBANK, N.A.
338 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

FINANCIAL AGENT SERVICES
P.O. BOX 2576
SPRINGFIELD, IL 62708

MANUFACTURERS FINANCING SERVICES
10370 SLUSHER DRIVE, SUITE 10
SANTA FE SPRINGS, CA 90670

SIEMENS FINANCIAL SERVICES, INC.
170 WOOD AVENUE SOUTH
ISELIN, NJ 08830

SIGNATURE FINANCIAL AND LEASING
225 BROADHOLLOW RD.
SUITE 132W
MELVILLE, NY 11747

U.S. BANK EQUIPMENT FINANCE
1310 MADRID ST.
MARSHALL, MN 56258

FORA FINANCIAL
1385 BROADWAY FL 15
NEW YORK, NY, 10018

SELWAY MACHINE TOOL COMPANY
29250 UNION CITY BLVD.
UNION CITY, CA, 94587-1209

HADCO
P.O.BOX 788587
PHILADELPHIA, PA, 19178-8587

SUPERIOR HANDFORGE
P.O. BOX 12738
NEWPORT BEACH, CA, 92658

PT SOLUTIONS
PO BOX 670587
DETROIT, MI, 48267-0587

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

VANACORE ENGINEERING INC
9801 LURLINE AVE.
CHATSWORTH, CA, 91311

MIRA D'ANGELO
16835 ALGONQUIN ST., 477
HUNTINGTON BEACH, CA, 92649

SNOWLINE ENGINEERING
4261 BUSINESS DRIVE
CAMERON PARK, CA, 95682

APTEK LABORATORIES INC
28570 LIVINGSTON AVENUE
VALENCIA, CA, 91355-4171

H & N MACHINE CO
14022 PARSONS PLACE
GARDEN GROVE, CA, 92843

WYNN PRECISION, LLC
13862 A BETTER WAY
STE 8E
GARDEN GROVE, CA, 92843

WALKER BROTHERS
3839 E. CORONADO ST.
ANAHEIM, CA, 92807

3P PROCESSING
1702 S KNIGHT ST
WICHITA, KS, 67213

ACCURATE STEEL TREATING, INC.
10008 MILLER WAY
SOUTH GATE, CA, 90280

BISCO INDUSTRIES
P.O. BOX 68062
ANAHEIM, CA, 92817

SUNSHINE METALS
PO BOX 8332
PASADENA, CA, 91109

ELLISON TECHNOLOGIES
P. O. BOX 880962
LOS ANGELES, CA, 90088-0962

THE HOME DEPOT
PO BOX 9001030
LOUISVILLE, KY, 40290-1030

OMNI METAL FINISHING
11665 COLEY RIVER CIRCLE
FOUNTAIN VALLEY, CA, 92708

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:    7332336082

(U.S. Trustee)
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
represented by:
Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Noreen.Madoyan@usdoj.gov

James S Livermon, III
Womble Bond Dickinson (US) LLP
555 Fayetteville St Suite 1100
Raleigh, NC 27601

(Creditor)
The Huntington National Bank
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive Suite 1700
Irvine, CA 92618United States
represented by:
David A Berkley
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive
Ste 1700
Irvine, CA 92612

david.berkley@wbd-us.com

Dylan J Yamamoto
2210 Sunset Blvd.
Ste #301
Los Angeles, CA 90026

dylan@echoparklegal.com

(Debtor)
Spearman Aerospace, Inc.
9215 Greenleaf Ave,
Santa Fe Springs, CA 90670
Tax ID / EIN: 46-2339219
represented by:
M Douglas Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd.
Ste 310
Los Angeles, CA 90026

df@echoparklegal.com

SPAC Holdings I, LLC
254 N. Lake Ave.
No. 873
Pasadena, CA 91101
(Stockholder)
represented by:
David L Oberg
Oberg Law Group, APC
23679 Calabasas Rd.
Suite 541
Calabasas, CA 91302

david@oberglawapc.com

(Creditor)
S&D Industrial Tool Supply, Inc.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92665United States
represented by:
Arnold L Graff
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 200
Newport Beach, CA 92660

agraff@wrightlegal.net

(Creditor)
Pacific Premier Bank
c/o Polis & Associates, APLC
19800 MacArthur Blvd.
Suite 1000
Irvine, CA 92612
represented by:
Thomas J Polis
Polis & Associates, APLC
19800 MacArthur Blvd
Ste 1000
Irvine, CA 92612-2433

tom@polis-law.com

(Creditor)
NEU Investments, LLC
C/O OKeefe & Associates Law Corp.
26 Executive Park. Ste. 250
Irvine
represented by:
Sean A OKeefe
OKeefe & Assoc. Law Corp., P.C.
26 Executive Park
Suite 250
Irvine, CA 92614

sokeefe@okeefelc.com

(Trustee)
Robert Paul Goe (TR)
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614

bktrustee@goeforlaw.com

(Interested Party)
represented by:
Madison B Oberg
Oberg Law Group APC
23679 Calabasas Rd Ste 541
Calabasas, CA 91302

madison@oberglawapc.com

(Creditor)
American Express National Bank c/o
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
represented by:
Karen L Belair
Zwicker and Associates PC
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041

kbelair@zwickerpc.com

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS: 7332336082

(Creditor)
Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Amitkumar Sharma
AIS Portfolio Services, LLC
4515 N Santa Fe Ave.
Dept.Aps
Oklahoma City, OK 73118

amit.sharma@aisinfo.com