Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Senior Secured Creditor, Pacific Premier Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.,**<br><br>Debtor. | Case No.: 2:25-bk-10917-DS<br><br>Chapter 11<br><br>**SENIOR SECURED CREDITOR PACIFIC PREMIER BANK'S EVIDENTIARY OBJECTIONS TO SCOTT HOLLAND'S DECLARATION RE DEBTOR'S DIP FINANCING MOTION**<br><br>[Opposition to DIP Financing Motion and Request for Judicial Notice Filed and Served Concurrenlty Herewith]<br><br><u>Hearing</u>:<br>Date: April 8, 2025<br>Time: 1:00 p.m.<br>Ctrm: 1639, 16th Floor<br>       US Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

1

**TO THE HONORABLE DEBORAH SALTZMAN, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE DEBTOR'S SUBCHAPTER V TRUSTEE; AND OTHER PARTIES ENTITLED TO NOTICE:**

Senior Secured Creditor, Pacific Premier Bank ("Pacific Premier Bank"), submits the following *Evidentiary Objections to the Declaration of Scott Holland Re: Debtor's DIP Financing Motion* ("*Evidentiary Objections*").  As detailed herein, Pacific Premier Bank shows that substantial portions of Declarant Scott Holland's Declaration are inadmissible and should be disregarded by the Court.

| | **Inadmissible Statement** | **FRE** | **Basis Evidentiary Objections** |
|---|---|---|---|
| 1. | Pg. 11, lines 10-12<br><br>"I have carefully reviewed the Debtor's cash needs to maintain its operations and thereby preserve value for the estate and have carefully evaluated all possible way to conserve cash while still operating and maintaining revenue." | 601 & 602 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement. Specifically, Pacific Premier Bank is informed that Declarant has only recently become associated with the Debtor, thus additional foundational information is certainly necessary to provide a foundation for Declarant's personal knowledge. Further, it certainly appears the Declarant is biased since the Declarant is associated with both the Debtor/Borrower and the Lender, the Debtor's 100% sole shareholder. |
| 2. | P. 11, lines 12-14<br><br>"After this analysis, I believe that the Debtor will require additional DIP funding to maintain the Debtor's operations through the confirmation of a plan of reorganization and potentially to consummate its plan of reorganization." | 601 & 602 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement. Specifically, Pacific Premier Bank is informed that Declarant has only recently become associated with the Debtor, thus additional foundational information is certainly necessary to provide a foundation for Declarant's personal knowledge. Further, it certainly appears the Declarant is biased since the Declarant is associated with both the Debtor/Borrower and the Lender, the Debtor's 100% sole shareholder. |

| | | | |
|---|---|---|---|
| 3. | Pg. 11, lines 14-16<br><br>"Without such additional funding, I believe the value of the Debtor is likely to decrease significantly, thereby harming all creditors and interest holders." | 601 & 602 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement. Specifically, Pacific Premier Bank is informed that Declarant has only recently become associated with the Debtor, thus additional foundational information is certainly necessary to provide a foundation for Declarant's personal knowledge. Further, it certainly appears the Declarant is biased since the Declarant is associated with both the Debtor/Borrower and the Lender, the Debtor's 100% sole shareholder. |
| 4. | Pg. 11, lines 16-18<br><br>"More specifically, the DIP Loan will allow the Debtor to continue to operate and confirm a plan of reorganization, which will pay creditors the projected disposable income of the Detor over three years." | 601 & 602 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement. Specifically, Pacific Premier Bank is informed that Declarant has only recently become associated with the Debtor, thus additional foundational information is certainly necessary to provide a foundation for Declarant's personal knowledge. Further, it certainly appears the Declarant is biased since the Declarant is associated with both the Debtor/Borrower and the Lender, the Debtor's 100% sole shareholder. |
| | | 701 & 702 | **FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant has not shown how he has experience or other expertise to testify as what's needed to confirm a Chapter 11 Plan of Reorganization. |
| 5. | Pg. 11, lines 18-20<br><br>"If, however, the Debtor cannot continue to operate and converts to chapter 7 unsecured creditors (including the deficiency claims of purported secured creditors' above the value of the collateral) are expected to receive nothing." | 601 & 602 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement. Specifically, Pacific Premier Bank is informed that Declarant has only recently become associated with the Debtor, thus |

3

| | | | |
|---|---|---|---|
| | | | additional foundational information is certainly necessary to provide a foundation for Declarant's personal knowledge. Further, it certainly appears the Declarant is biased since the Declarant is associated with both the Debtor/Borrower and the Lender, the Debtor's 100% sole shareholder. |
| | | 701 & 702 | **FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant has not shown how he has experience or other expertise to testify as what's needed to confirm a Chapter 11 Plan of Reorganization. |
| 6. | Pg. 13, lines 6-9<br><br>"I am experienced in the aerospace manufacturing business, and I have reached out to banking relationships that I have and have confirmed such financial institutions would absolutely not provide the Debtor with either (i) junior secured post-petition financing (i.e., financing secured by a lien junior to all existing liens), or (ii) unsecured post-petition financing." | 801 & 802 | **FRE 801 & 802 – Hearsay –** Declarant is attempting to testify about out of court statements offered for the truth of the matters asserted, thus these statements are inadmissible hearsay statements. |
| 7. | Pg. 13, lines 9-12<br><br>"As such, based on my experience and the discussions I had above, I believe the DIP Loan (including its very favorable interest and payment terms) is at least as favorable or more favorable than the Debtor could timely get from any third-party lender not affiliated with the Debtor." | 801 & 802 | **FRE 801 & 802 – Hearsay –** Declarant is attempting to testify about out of court statements offered for the truth of the matters asserted, thus these statements are inadmissible hearsay statements. |

**Dated: March 25, 2025**　　　　　　　　　　**POLIS & ASSOCIATES, APLC**

　　　　　　　　　　　　　　　　　　　　　　**By:   /s/ Thomas J. Polis**
　　　　　　　　　　　　　　　　　　　　　　　　**Thomas J. Polis, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　**Counsel for Senior Secured Creditor,**
　　　　　　　　　　　　　　　　　　　　　　　　**Pacific Premier Bank**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document **SENIOR SECURED CREDITOR PACIFIC PREMIER BANK'S EVIDENTIARY OBJECTIONS TO SCOTT HOLLAND'S DECLARATION RE DEBTOR'S DIP FINANCING MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☒    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **March 25, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Spearman Aerospace, 9215 Greenleaf Ave., Santa Fe Springs, CA 90670

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on.    ,
**2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

%

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 25, 2025 | Cristina Allen | /s/ Cristina Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## **PROOF OF SERVICE CONTINUED PAGE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Karen L Belair**    kbelair@zwickerpc.com
- **David A Berkley**    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **M Douglas Flahaut**    df@echoparklegal.com
- **Robert Paul Goe (TR)**    bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff**    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Sean A OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg**    david@oberglawapc.com
- **Madison B Oberg**    madison@oberglawapc.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**    dylan@echoparklegal.com