M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd., 301
Los Angeles, CA 90026
Telephone:  310.709.0658
Email: df@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>         Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**STIPULATION BETWEEN DEBTOR, PROPOSED LENDER, AND SUBCHAPTER V TRUSTEE REGARDING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN [Dkt. No. 69]**<br><br>**Hearing:**<br><br>**Date:** April 8, 2025<br>**Time:** 1:00 p.m.<br>**Location:**<br>Courtroom 1639<br>255 East Temple<br>Los Angeles, CA 90012 |

**WHEREFORE**, the above-captioned debtor-in-possession ("Debtor"), the proposed lender SPAC Holdings I, LLC ("Lender"), and Robert Goe, solely in his capacity as the Subchapter V Trustee in the above-captioned case ("Trustee") enter into this Stipulation. Collectively the Debtor, Lender, and Trustee are referred to herein as the "Parties".

## RECITALS

A. On February 6, 2025, the Debtor filed its voluntary petition and elected to proceed under Subchapter V. On February 7, 2025 the Trustee was appointed.

B. On March 18, 2025 the Debtor filed *Debtor's Motion for Order Authorizing Debtor to Obtain Post-Petition Loan* [Dkt. No. 69] ("DIP Financing Motion"). The DIP Financing Motion included as Exhibit 1 a proposed Post-Petition Secured Promissory Note ("Note") and sought Court approval of the Note.

C. The Trustee reviewed the DIP Financing Motion and the Note and raised certain concerns with respect to same. To allow the Parties sufficient time to resolve the Trustee's concerns, the Debtor agreed via email to extend the Trustee's deadline to respond to the DIP Financing Motion through and including March 28, 2025. Based on such discussions the Parties have agreed to modify the proposed post-petition financing and the Note as set forth below.

## STIPULATION

Based upon the Recitals set forth above, which are incorporated into this Stipulation, the Parties stipulate and agree as follows:

1. Paragraph 3 of the Note shall be modified to remove the sentence that currently reads, "In addition, if the Debtor's case is converted to Chapter 7, then Lender shall be deemed to have a duly perfected lien against all of the Debtor's assets subordinate only to the interest held by any duly perfected purchase money security interest of an equipment lender." As such, notwithstanding anything in the DIP Financing Motion and /or Note to the contrary, the Lender agrees that the Note will not have a priming feature.

2. To address the Trustee's request for a carve out or agreement to subordinate Lender's administrative claim under the Note to the administrative claims of estate professionals, the Parties agree that if the DIP Financing Motion is approved (as modified herein) and so long as

the Debtor remains a debtor-in-possession in a Subchapter V case and the Debtor is not in default under the terms of the Note, that $2,000 per month from the proceeds of the DIP Financing will be paid by the Debtor to the Trustee, and the Trustee shall hold the same in his client trust account as an advance against the (Not a Cap) fees he incurs in this case. However, the Trustee shall not apply any portion of the funds without further order of the Court, i.e. entry of an order approving fees on an interim or final basis. These payments will be made by the Debtor on the first of each calendar month, provided that the $2,000 payment for the month of March and the $2,000 payment for the month of April 2025 shall be made within ten (10) days of the entry of an order approving the DIP Financing Motion.

3.  With the modifications described herein, the Trustee supports the approval of the DIP Financing Motion.

**SO STIPULATED.**

DATED: March 28, 2025                **ECHO PARK LEGAL, APC**

/s/ M. Douglas Flahaut
M. Douglas Flahaut
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

DATED: March 28, 2025                **ROBERT GOE**

Solely in his capacity as Subchapter V Trustee

DATED: March 28, 2025                **OBERG LAW GROUP, A.P.C.**

David Oberg
Counsel for Proposed Lender, SPAC Holdings I, LLC

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026. A true and correct copy of the foregoing document entitled (*specify*): STIPULATION BETWEEN DEBTOR, PROPOSED LENDER, AND SUBCHAPTER V TRUSTEE REGARDING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN [Dkt. No. 69] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/31/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    - **Karen L Belair**   kbelair@zwickerpc.com
    - **M Douglas Flahaut**   df@echoparklegal.com
    - **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
    - **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
    - **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
    - **Sean A OKeefe**   sokeefe@okeefelc.com, seanaokeefe@msn.com
    - **David L Oberg**   david@oberglawapc.com
    - **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
    - **Amitkumar Sharma**   amit.sharma@aisinfo.com
    - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
    - **David A Berkley**   david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
    - **Madison B Oberg**   madison@oberglawapc.com
    - **Dylan J Yamamoto**   dylan@echoparklegal.com

    ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/31/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  **F 9013-3.1.PROOF.SERVICE**