M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd., 301
Los Angeles, CA 90026
Telephone:    310.709.0658
Email: df@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**STATUS UPDATE RE EFFECT OF COURT'S RULING ON MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN [Dkt. No. 69] ON DEBTOR'S ABILITY TO PROPOSE A VIABLE PLAN AND REQUEST FOR MODIFICATION OF THIS COURT'S SCHEDULING ORDER ENTERED AS DKT. NO. 68**<br><br>**Hearing:**<br><br>**Date:** April 8, 2025<br>**Time:** 1:00 p.m.<br>**Location:**<br>Courtroom 1639<br>255 East Temple<br>Los Angeles, CA 90012 |

1 **TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES**
2 **BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES.**

3 On March 13, 2025 this Court held an initial status conference in the above-captioned case. Then on March 18, 2025 this Court entered a scheduling order as Dkt. No. 68 (the "Scheduling Order") setting plan confirmation dates and deadlines in this case based on the Debtor filing and serving its plan today on April 1, 2025. The Debtor had already circulated a draft plan to the Subchapter V trustee prior to the March 13, 2025 status conference and believed up until recently that it would be able to file its plan and serve it out today, April 1, 2025. To that end, it moved forward with *Debtor's Motion for Order Authorizing Debtor to Obtain Post-Petition Loan* [Dkt. No. 69] (the "DIP Financing Motion") on March 18, 2025.

However, in light of Pacific Premier Bank's recent opposition [Dkt. No. 85] (the "Opposition") to the *Debtor's Motion for Order Authorizing Debtor to Obtain Post-Petition Loan* [Dkt. No. 69] (the "DIP Financing Motion"), there is now uncertainty regarding the Debtor's ability to borrow funds from SPAC Holdings I, LLC, which funds are currently believed to be necessary for the Debtor to propose a viable plan. Moreover, the uncertainty as to whether the Debtor will have access to all or part of the $500,000 contemplated in the proposed DIP Financing Motion, makes finalizing realistic projections for the Debtor practically impossible at this time. As such, the Debtor is unable to file a viable plan today and believes having some additional time to obtain the Court's ruling on its DIP Financing Motion and discuss its options in light of that ruling with the Subchapter V Trustee and other interested parties will give the Debtor its best chance of proposing a viable plan. The Debtor has discussed the forgoing issues with the Subchapter V Trustee and understands he would support an amended scheduling order so long as the plan is filed within the 90-day statutory deadline.

The 90-day statutory deadline for filing a plan in this Subchapter V case is not until May 7, 2025. Thus, after the Court has ruled on the DIP Financing Motion on April 8, 2025, the Debtor would request that the Court agree to enter an Amended Scheduling Order providing a new (later)

1  confirmation hearing date at a date convenient to the Court with further updated dates and deadlines
2  related to such confirmation hearing.[1]

3  DATED: April 1, 2025                          **ECHO PARK LEGAL, APC**

4                                                /s/ M. Douglas Flahaut
   M. Douglas Flahaut
5  Counsel for Debtor and Debtor-in-Possession
   Spearman Aerospace, Inc.

---

[1] The Debtor has not yet served the original Scheduling Order or notice of the confirmation hearing on all creditors as the Debtor planned to do so at the same time it served the plan, ballots, and notice of the confirmation hearing. Thus, creditors will not be prejudiced or confused by entry of an Amended Scheduling Order.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026.

A true and correct copy of the foregoing document entitled (*specify*): STATUS UPDATE RE EFFECT OF COURT'S RULING ON MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN [DKT. NO. 69] ON DEBTOR'S ABILITY TO PROPOSE A VIABLE PLAN AND REQUEST FOR MODIFICATION OF THIS COURT'S SCHEDULING ORDER ENTERED AS DKT. NO. 68 DECLARATION RE DEBTOR'S DIP FINANCING MOTION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/1/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karen L Belair**   kbelair@zwickerpc.com
- **David A Berkley**   david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **M Douglas Flahaut**   df@echoparklegal.com
- **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Sean A OKeefe**   sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg**   david@oberglawapc.com
- **Madison B Oberg**   madison@oberglawapc.com
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**   dylan@echoparklegal.com

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (date_), 2025, I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/1/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
|---|---|---|
| Date | Printed Name | Signature |