Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Senior Secured Creditor, Pacific Premier Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Spearman Aerospace, Inc.,<br><br>　　　　　　　　　　　　　　Debtor. | Case No.: 2:25-bk-10917-DS<br><br>Chapter 11<br><br>**SENIOR SECURED CREDITOR PACIFIC PREMIER BANK'S EVIDENTIARY OBJECTIONS TO SCOTT HOLLAND'S DECLARATION RE DEBTOR'S MOTION FOR SETTING PROPERTY VALUE** (ECF NO. 90)<br><br>[Opposition to Debtor's Valuation Motion and Declaration Filed and Served Concurrenlty Herewith]<br><br><u>Hearing</u>:<br>Date:  April 22, 2025<br>Time:  1:00 p.m.<br>Ctrm:  1639, 16th Floor<br>　　　　US Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH J. SALTZMAN, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE DEBTOR'S SUBCHAPTER V TRUSTEE; AND OTHER PARTIES ENTITLED TO NOTICE:**

　　　　Senior Secured Creditor, Pacific Premier Bank ("Pacific Premier Bank"), submits the following *Evidentiary Objections to the Declaration of Scott Holland Re: Debtor's Motion Re: Setting Property Value* ("*Evidentiary Objections*").  As detailed herein, Pacific Premier Bank shows that substantial portions of Declarant Scott Holland's Declaration are inadmissible and should be disregarded by the Court.

///

| | **Inadmissible Statement** | **FRE** | **Basis Evidentiary Objections** |
|---|---|---|---|
| 1. | Pg. 18, lines 17-18<br><br>"There are many prepetition UCC-1 filings and filed judgment liens related to the Debtor, and the Debtor does not possess most of the underlying contracts." | 801 & 802 | **FRE 801 & 802 – Hearsay –** Declarant is attempting to testify about out of court statements offered for the truth of the matters asserted, thus these statements are inadmissible hearsay statements. |
| 2. | P. 18, lines 19-24<br><br>"Notwithstanding this, the Debtor made its best efforts to list in its Schedules [Dkt. No. 44] every potential secured creditor who could possibly have a validly perfected security interest in the Debtor's Collateral by performing a detailed search of all parties that filed a UCC-1 or Abstract of Judgement [sic]with the California's Secretary of State. The Debtor has scheduled those entities in its Schedule D. At my direction notice of the foregoing motion will be served on, *inter alia*, all potentially secured creditors listed on the Debtor's Schedule D." | 601 & 602<br><br><br><br><br><br><br>701 & 702 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement.<br><br>**FRE 701 & 702 – Expert Testimony By A Lay Witness –** The Declarant is attempting to testify about the legal effect of a UCC-1 and Abstract of Judgment, yet the Declarant has not established he has any legal expertise. |
| 3. | Pg. 19, lines 14-17<br><br>"I believe the replacement value of the items/categories 3-8 above has not changed materially since February 6, 2025 and believe the valuations ascribed to such collateral in Paragraph 6 above and in the Schedules remains accurate as of the filing of this Declaration as the reasonable replacement value of such items and categories of Non-Machinery Collateral." | 601 & 602<br><br><br><br><br><br>701 & 702 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement.<br><br>**FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant has not shown how he has experience or other expertise to testify the replacement values. |
| 4. | Pg. 20, lines 1-4<br><br>"I have personal knowledge of the items and categories of Non-Machinery Collateral set forth above and believe the values set forth above constitute reasonable replacement valued for purposes of this Motion and Section 506 of the Bankruptcy Code as set forth above." | 601 & 602<br><br><br><br><br><br>701 & 702 | **FRE 601 & 602 – Lack of Personal, Knowledge** – Declarant does not lay the foundation as to how he has any personal knowledge for this general statement.<br><br>**FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant is not a bankruptcy attorney, thus Declarant cannot render a legal conclusion. |

| | | | |
|---|---|---|---|
| 5. | Pg. 20, lines 5-8<br><br>"A true and correct copy of the proposed Order granting the Motion, determining the value of the Collateral as requested in the Motion, and extinguishing purported liens (or portions of liens) asserted by creditors in excess of the value of the underlying Collateral securing such liens as determined by the Court is attached hereto as Exhibit 1." | 701 & 702 | **FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant is not a bankruptcy attorney, or possess other legal expertise to testify to the Court's Order. |
| 6. | Pg. 20, lines 9-15<br><br>"The Debtor intends to file its subchapter V plan of reorganization on April 1, 2025 in order to reorganize and continue its operations. By valuing the Debtor's assets which constitutes collateral of the purported secured creditors, the Debtor can move forward with paying its valid secured creditors in full up to the value of their collateral and paying its unsecured creditors (including the claims of the Wholly Underwater Creditors as well as the unsecured portion of any Secured Creditor's claim in excess of the value of such creditor's collateral) a *pro rata* share of the Debtor's projected disposable income as provided in the plan." | 701 & 702 | **FRE 701 & 702 – Expert Testimony By A Lay Witness –** Declarant is not a bankruptcy attorney, or possess other expertise to testify to the requirements of Subchapter V Plan. |

Dated: April 8, 2025                                    POLIS & ASSOCIATES, APLC


                                                        By:  /s/ Thomas J. Polis
                                                        **Thomas J. Polis, Esq.**
                                                        **Counsel for Senior Secured Creditor,**
                                                        **Pacific Premier Bank**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document **SENIOR SECURED CREDITOR PACIFIC PREMIER BANK'S EVIDENTIARY OBJECTIONS TO SCOTT HOLLAND'S DECLARATION RE DEBTOR'S MOTION FOR SETTING PROPERTY VALUE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☒    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **April 8, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Spearman Aerospace, 9215 Greenleaf Ave., Santa Fe Springs, CA 90670

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    **,  2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2025 | Cristina Allen | /s/ Cristina Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**PROOF OF SERVICE CONTINUED PAGE**

4

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Karen L Belair**     kbelair@zwickerpc.com
- **David A Berkley**     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **M Douglas Flahaut**     df@echoparklegal.com
- **Robert Paul Goe (TR)**     bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff**     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan**     Noreen.Madoyan@usdoj.gov
- **Sean A OKeefe**     sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg**     david@oberglawapc.com
- **Madison B Oberg**     madison@oberglawapc.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma**     amit.sharma@aisinfo.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto**     dylan@echoparklegal.com