1    M. Douglas Flahaut (SBN 245558)
2    **ECHO PARK LEGAL, APC**
     2210 Sunset Blvd. # 301
3    Los Angeles, CA  90026
     Telephone:    310.709.0658
     Email:  df@echoparklegal.com
4    Counsel for Debtor and Debtor-in-Possession
     Spearman Aerospace, Inc.
5

6

7

FILED & ENTERED

APR 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

8                    **UNITED STATES BANKRUPTCY COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                          **LOS ANGELES DIVISION**

| | |
|---|---|
| 11   In re | Case No. 2:25-bk-10917-DS |
| 12   SPEARMAN AEROSPACE, INC. | Chapter 11 |
| 13            Debtor and Debtor-in-Possession | |
| 14 | **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION LOAN** |
| 15 | |
| 16 | <u>Hearing</u>: |
| 17 | Date:      April 8, 2025 |
|    | Time:      1:00 p.m. |
| 18 | Location:  Courtroom 1639 |
|    |            255 E. Temple Street |
| 19 |            Los Angeles, CA 90012 |
| 20 | |
| 21 | |
| 22 | |

23          At the above time and place, the court held a hearing on the "Debtor's Motion for Order

24   Authorizing Debtor to Obtain Post-Petition Loan" (the "DIP Financing Motion," Docket No. 69).

25   M. Douglas Flahaut appeared on behalf of the above-captioned debtor and debtor-in-possession

26   (the "Debtor").  All other appearances were noted on the record.  The court having reviewed and

27   considered the DIP Financing Motion, the notice of the DIP Financing Motion (Docket No. 75),

28   the "Statement Regarding Cash Collateral or Debtor in Possession Financing" (Docket No. 77),

1   the opposition filed by Pacific Premier Bank ("PPB") (the "PPB Opposition," Docket No. 85),

2   PPB's evidentiary objections (the "Evidentiary Objections," Docket No. 86), PPB's request for

3   judicial notice (Docket No. 87), the "Stipulation Between Debtor, Proposed Lender, and

4   Subchapter V Trustee Regarding Debtor's Motion for Order Authorizing Debtor to Obtain Post-

5   Petition Loan" (the "Stipulation," Docket No. 89), the Debtor's reply (the "Reply," Docket No.

6   92), the Debtor's responses to PPB's Evidentiary Objections (Docket No. 96), the record in this

7   case, and the arguments and statements of counsel at the hearing, for the reasons stated by the

8   court on the record at the hearing,

9   IT IS HEREBY ORDERED THAT:

10       1.      The Stipulation is approved.

11       2.      The DIP Financing Motion, as modified by the Stipulation, is granted.

12       3.      The PPB Opposition and Evidentiary Objections are overruled.

13       4.      The Debtor is authorized to enter into the Post-Petition Secured Promissory Note

14   in substantially the same form as was attached as Exhibit 1 to the Reply (the "Note").

15       5.      Pursuant to section 364(c)(1) of the Bankruptcy Code[1], lender SPAC Holdings I,

16   LLC (the "Lender") is granted administrative priority over all administrative expenses of the kind

17   specified in section 503(b) and 507(b) with respect to all amounts owed to it by the Debtor under

18   the Note.

19       6.      Pursuant to section 364(c)(2) and (3), the Note is secured by a lien on all

20   unencumbered assets of the Debtor's bankruptcy estate, including but not limited to the claims of

21   the Debtor's bankruptcy estate that arise under chapter 5 of the Bankruptcy Code and the

22   Debtor's bankruptcy estate's rights in and to the Zanetti Action.[2]  For the avoidance of doubt,

23   notwithstanding any language in the DIP Financing Motion to the contrary, the lien(s) granted in

24   favor of the Lender herein do not prime any secured creditor pursuant to section 364(d) or

25   otherwise grant to the Lender a lien with priority over any valid pre-petition lien in property of

26   the Debtor's bankruptcy estate constituting collateral of such secured creditor.

27

28
[1] All statutory references are to the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, unless otherwise stated.
[2] Capitalized terms not defined herein have the meanings ascribed to them in the DIP Financing Motion.

7.      No further document, filing, or recording will be required to perfect or evidence the Lender's security interests granted herein, and this order is evidence of the validity, priority, and perfection of the Lender's security interests granted herein and in the Note.

###

Date: April 15, 2025

Deborah J. Saltzman
United States Bankruptcy Judge