M. Douglas Flahaut (SBN 245558)
Dylan J. Yamamoto (SBN 324601)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd., 301
Los Angeles, CA 90026
Telephone:    310.709.0658
Email:   df@echoparklegal.com
             dylan@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**NOTICE OF CONFIRMATION HEARING**<br><br><br>**Hearing:**<br><br>**Date:** May 27, 2025<br>**Time:** 1:00 p.m.<br>**Location:**<br>Courtroom 1639 (via ZoomGov)<br>255 East Temple<br>Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held on May 27, 2025, at 1:00 p.m. (Pacific) at the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Courtroom 1639, Los Angeles, CA 90012, via ZoomGov, to consider the *Plan of Reorganization for Small Business Under Chapter 11, dated April 22, 2025* (the "Plan") filed by Spearman Aerospace, Inc, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("Debtor"), pursuant to the Court's *Amended Scheduling Order Re: Plan Confirmation* [Dkt. No. 121] (the "Amended Scheduling Order")[1] attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the related Plan Ballot are being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that Ballots to accept or reject the Debtor's Plan must be received by counsel for the Debtor on or before May 13, 2025, at:

Echo Park Legal, APC
Attn: M. Douglas Flahaut
2210 Sunset Blvd., #301
Los Angeles, California 90026
df@echoparklegal.com

**PLEASE TAKE FURTHER NOTICE** that any opposition or other response to confirmation of the Plan must comply with Local Bankruptcy Rule 9013-1(f)(1), and must be in writing and filed with the Clerk of the United States Bankruptcy court and served upon the Debtor and its counsel at the address indicated in the upper left corner of the first page of this Notice, and upon the United States Trustee, on or before May 13, 2025.

**PLEASE TAKE FURTHER NOTICE** that the deadline for any creditor in this case to make an election pursuant to Section 1111(b) of the Bankruptcy Code is May 13, 2025.

///

///

///

---

[1] As noted by the Court in the Amended Scheduling Order, the Amended Scheduling Order amends and supersedes the Court's earlier scheduling order entered as Dkt. No. 68.

**PLEASE TAKE FURTHER NOTICE** that the Debtor is required to file its brief in support of Plan Confirmation, ballot summary, evidence in support of Plan Confirmation, and replies to any opposition to the Plan on or before May 20, 2025.

DATED: April 22, 2025                              **ECHO PARK LEGAL, APC**

/s/ M. Douglas Flahaut
M. Douglas Flahaut
Dylan J. Yamamoto
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# Exhibit 1

|   |   |
|---|---|
| M. Douglas Flahaut (SBN 245558)<br>**ECHO PARK LEGAL, APC**<br>2210 Sunset Blvd. # 301<br>Los Angeles, CA  90026<br>Telephone:     310.709.0658<br>Email:  df@echoparklegal.com<br>Counsel for Debtor and Debtor-in-Possession<br>Spearman Aerospace, Inc. | **FILED & ENTERED**<br><br>APR 21 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPEARMAN AEROSPACE, INC.,<br><br>    Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11<br><br>**AMENDED SCHEDULING ORDER RE PLAN CONFIRMATION**<br><br>Hearing:<br>Date:        March 13, 2025<br>Time:       1:00 p.m.<br>Location:  Courtroom 1639<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |

      The court held an initial status conference at the above time and place in the bankruptcy case of Spearman Aerospace, Inc. (the "Debtor").  Additionally, on April 8, 2025 a hearing was held on the "Debtor's Motion for Order Authorizing Debtor to Obtain Post-Petition Loan" (Docket No. 69).  Appearances were noted on the record at both hearings.  Based on the Debtor's "Subchapter V Status Report" (Docket No. 50), the Debtor's "Supplement to Subchapter V Status Report" (Docket No. 51), the "Sub V Trustee's Status Report" (Docket No. 52), the "Status Update re Effect of Court's Ruling on Motion for Order Authorizing Debtor to Obtain Post-

Petition Loan on Debtor's Ability to Propose a Viable Plan and Request for Modification of this Court's Scheduling Order Entered as Dkt. No. 68" (Docket No. 97), the record in this case, and the statements of counsel at the March 13, 2025 hearing and subsequent April 8, 2025 hearing,

IT IS HEREBY ORDERED that:

1. This Amended Scheduling Order re Plan Confirmation amends and supersedes the earlier scheduling order entered as Docket. No. 68.
2. A confirmation hearing regarding the Debtor's Subchapter V plan will take place on May 27, 2025 at 1:00 p.m.
3. The Debtor must file and serve notice of the May 27, 2025 confirmation hearing along with its Subchapter V plan and ballots, on or before April 22, 2025.
4. Ballots to accept or reject the Debtor's Subchapter V plan must be received by counsel for the Debtor on or before May 13, 2025.
5. Any opposition to confirmation of the Debtor's Subchapter V plan must be filed with the court and served on counsel for the Debtor on or before May 13, 2025.
6. The deadline for any creditor in this case to make an election pursuant to section 1111(b) of the bankruptcy code in this case is May 13, 2025.
7. The Debtor must file its confirmation brief, a ballot summary, evidence in support of confirmation, and any reply on or before May 20, 2025.

###

Date: April 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONFIRMATION HEARING** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/22/25 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

        **X** Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On 4/22/25, I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*I caused the document noted above to be served utilizing the services of BK Attorney Services, LLC d/b/a certificatofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) as provided in the following pages.*

        **X** Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/22/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Karen L Belair** kbelair@zwickerpc.com
- **David A Berkley** david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **M Douglas Flahaut** df@echoparklegal.com
- **Robert Paul Goe (TR)** bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
- **Arlen Moradi** amoradi@buchalter.com
- **Anthony J Napolitano** anapolitano@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg** david@oberglawapc.com
- **Madison B Oberg** madison@oberglawapc.com
- **Valerie Bantner Peo** vbantnerpeo@buchalter.com
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto** dylan@echoparklegal.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2-25-bk-10917-DS |
|---|---|
| SPEARMAN AEROSPACE, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 4/22/2025, a copy of the following documents, described below,

Notice of Confirmation Hearing (With Court's Scheduling Order as Exhibit 1 Thereto)

Spearman Aerospace's Plan of Reorganization, Dated April 22, 2025

Ballot - Spearman Aerospace

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
M. Douglas Flahaut
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA  90026

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 2-25-BK-10917-DS
CENTRAL DISTRICT OF CALIFORNIA
TUE APR 22 15-55-49 PST 2025

ALLY BANK CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

AMERICAN EXPRESS NATIONAL BANK CO ZWICKER
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER   MA 01810-0943

~~EXCLUDE~~

~~(U)COURTESY NEF~~

ECHO PARK LEGAL   APC
2210 SUNSET BLVD 301
LOS ANGELES   CA 90026-3002

~~EXCLUDE~~

~~(U)MIDLAND STATES BANK~~

~~EXCLUDE~~

~~(U)NEU INVESTMENTS   LLC~~
~~CO OKEEFE   ASSOCIATES LAW CORP~~
~~26 EXECUTIVE PARK STE 250~~
~~IRVINE~~

PACIFIC PREMIER BANK
CO POLIS   ASSOCIATES   APLC
19800 MACARTHUR BLVD
SUITE 1000
IRVINE   CA 92612-2433

SD INDUSTRIAL TOOL SUPPLY   INC
WRIGHT   FINLAY   ZAK   LLP
4665 MACARTHUR COURT   SUITE 200
NEWPORT BEACH   CA 92665 UNITED STATES
92660-1811

SPAC HOLDINGS I   LLC
254 N LAKE AVE
NO 873
PASADENA   CA 91101-1829

SIEMENS FINANCIAL SERVICES   INC
BUCHALTER   A PROFESSIONAL CORPORATION
ATTN ANTHONY J NAPOLITANO
1000 WILSHIRE BLVD   SUITE 1500
LOS ANGELES   CA 90017-1730

DEBTOR

SPEARMAN AEROSPACE   INC
9215 GREENLEAF AVE
SANTA FE SPRINGS   CA 90670-3028

THE HUNTINGTON NATIONAL BANK
WOMBLE BOND DICKINSON US LLP
400 SPECTRUM CENTER DRIVE SUITE 1700
IRVINE   CA 92618-5015

~~EXCLUDE~~

~~LOS ANGELES DIVISION~~
~~255 EAST TEMPLE STREET~~
~~LOS ANGELES   CA 90012-3332~~

3P PROCESSING
1702 S KNIGHT ST
WICHITA   KS 67213-1304

~~EXCLUDE~~

~~(D)3P PROCESSING   LLC~~
~~1702 S KNIGHT ST~~
~~WICHITA   KS 67213-1304~~

ADP
PO BOX 310011874
PASADENA   CA 91110-1874

ADVANCED MACHINE PRODUCTS INC
13032 PARK ST
SFS   CA 90670-4006

AFCO
PO BOX 2292
GARDENA   CA 90247-0292

ALTEMP ALLOYS   LLC
330 W TAFT AVE
ORANGE   CA 92865-4222

APTEK LABORATORIES INC
28570 LIVINGSTON AVENUE
VALENCIA   CA 91355-4171

ATS SYSTEMS
30222 ESPERANZA
RSM   CA 92688-2121

AUTOMATED MANUFACTURING INC
PO BOX 3771
CHATSWORTH   CA 91313-3771

ACCURATE STEEL TREATING   INC
10008 MILLER WAY
SOUTH GATE   CA 90280-5496

ADVANCED AERO COATINGS   LLC
PO BOX 1724
HURST   TX 76053-1724

ALLIED INLAND EMPIRE
2901 S RIVERSIDE AVE
STE A
COLTON   CA 92324-3336

ALLOY METALS COMPANY LLC
3400 EAST 69TH STREET
LONG BEACH   CA 90805-1811

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| ALLY BANK<br>2911 LAKE VISTA BLVD<br>LEWISVILLE  TX 75067-3801 | (D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALTEMP ALLOYS LLC<br>330 WEST TAFT AVE<br>ORANGE  CA 92865-4222 |
| AMERICAN COMMUNICATION CABLES  EQUIP<br>821 S RAYMOND AVE<br>ALHAMBRA  CA 91803-1546 | AMERICAN COMPRESSOR COMPANY<br>10144 FREEMAN AVE<br>SANTA FE SPRINGS  CA 90670-3450 | AMERICAN EXPRESS<br>80 MINUTEMAN ROAD<br>ANDOVER  MA 01810-1008 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>CO ZWICKER AND ASSOCIATES  PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER  MA 01810-0943 | ASSN COMPANY<br>PO BOX 2576<br>SPRINGFIELD  IL 62708-2576 | BMO BANK<br>1625 W FOUNTAINHEAD PKWY  FL10<br>TEMPE  AZ 85282-2371 |
| BERKSHIRE PRODUCTION SUPPLY LLC<br>PT SOLUTIONS<br>PO BOX 1385<br>WALLED LAKE MI 48390-5385 | BISCO INDUSTRIES<br>PO BOX 68062<br>ANAHEIM  CA 92817-0862 | BODYCOTE  HP DIVISION<br>9921 ROMANDEL AVE<br>SANTA FE SPRINGS  CA 90670-3441 |
| BODYCOTE THERMAL PROCESSING INC<br>BODYCOTE USA INC ATTN ERIC SAGEHORN<br>12750 MERIT DRIVE SUITE 1400<br>DALLAS TX 75251-1248 | BOEING DISTRIBUTION SERVICES  INC<br>88289 EXPEDITE WAY<br>CHICAGO  IL 60695-0001 | BOWMAN PLATING CO<br>PO BOX 5205<br>COMPTON  CA 90224-5205 |
| CH HYDRAULICS<br>1585 MONROVIA AVE<br>NEWPORT BEACH  CA 92663-2806 | CAB ASSIGNEE OF BISCO INDUSTRIES INC<br>4340 FULTON AVENUE  THIRD FL<br>SHERMAN OAKS  CA 91423-3925 | CISCO  INC<br>1702 TOWNSHURST DR<br>HOUSTON  TX 77043-2811 |
| CULLIGAN OF SANTA ANA<br>502 S LYON<br>SANTA ANA  CA 92701-6362 | CYBER AEROSPACE CORP<br>7425 LAMPSON AVE<br>GARDEN GROVE  CA 92841-2903 | CALIFORNIA DEPARTMENT OF TAX  FEE ADMI<br>PO BOX 942879<br>SACRAMENTO  CA 94279-0001 |
| CALIFORNIA METAL  SUPPLY INC<br>10230 FREEMAN AVE<br>SANTA FE SPRINGS  CA 90670-3410 | CASTLE METALS<br>PO BOX 514670<br>LOS ANGELES  CA 90051-4670 | CELTIC CAPITAL CORPORATION<br>23622 CALABAS RD<br>STE 323<br>CALABASAS  CA 91302-1594 |
| CINTAS<br>23 CORPORATE PLAZA DR  STE 150<br>NEWPORT BEACH  CA 92660-7908 | CITIBANK  NA ITS BRANCHES  SUBSIDIARIES AN<br>388 GREENWICH ST<br>10TH FLOOR<br>NEW YORK  NY 10013-2362 | CITY OF SANTA FE SPRINGS WATER<br>PO BOX 2120<br>SANTA FE SPRINGS  CA 90670-0120 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CONTINENTAL HEAT TREATING           CYPRESS LLP                         DANGELO FAMILY TRUST
10643 S NORWALK BLVD                1925 CENTURY PARK EAST              16835 ALGONQUIN ST
SANTA FE SPRINGS   CA 90670-3821    SUITE 1700                          HUNTINGTON BEACH   CA 92649-3810
                                    LOS ANGELES   CA 90067-2740


DAVID BERKLEY                       DIGITAL SERVICE CO                  EAGLE REGISTRATIONS  INC
400 SPECTRUM CENTER DRIVE           3185 AIRWAY AVE                     40 N MAIN STREET
IRVINE   CA 92618-4934              BLDG E                              SUITE 1880
                                    COSTA MESA   CA 92626-4601          DAYTON   OH 45423-1041


EAGLE REGISTRATIONS INC             EDD EMPLOYMENT DEVELOPMENT DEPARTMENT   EDWIN ABRAMIAN
SEBALY SHILLITO + DYER LPA          PO BOX 989061                       645 BALBOA AVE
ATTN NICK J ENDSLEY                 WEST SACRAMENTO   CA 95798-9061     GLENDALE   CA 91206-2417
220 E MONUMENT AVE  STE 500
DAYTON   OH 45402-1267


ELECTROLURGY                        ELLISON TECHNOLOGIES                EMPLOYMENT DEVELOPMENT DEPARTMENT
1121 DURYEA AVE                     P O BOX 880962                      BANKRUPTCY GROUP MIC 92E  PO BOX 82688
IRVINE   CA 92614-5584              LOS ANGELES   CA 90088-0962         SACRAMENTO   CA 95814


FIRSTCITIZENS BANK  TRUST CO (CIT)  FRANCHISE TAX BOARD                 FROG ENVIRONMENTAL
155 COMMERCE WAY                    BANKRUPTCY SECTION MS A 340         965 E WILLOW STREET
PORTSMOUTH   NH 03801-3243          PO BOX 2952                         SIGNAL HILL   CA 90755
                                    SACRAMENTO   CA 95812-2952          LONG BEACH   CA 90755-2738


FASTENAL COMPANY                    FASTENAL COMPANY                    FEDEX
1008 MATTLIND WAY                   2001 THEURER BLVD                   PO BOX 7221
MILFORD   DE 19963-5300             ATTN LEGAL                          PASADENA   CA 91109-7321
                                    WINONA   MN 55987-9902


FINANCIAL AGENT SERVICES            FINE QUALITY METAL FINISHING  INC   (P)FIRST CITIZENS BANK AND TRUST
PO BOX 2576                         524 W 17TH STREET                   COMPANY
SPRINGFIELD   IL 62708-2576         LONG BEACH   CA 90813-1514          10201 CENTURION PARKWAY N STE 100
                                                                        JACKSONVILLE FL 32256-4114


FLAGSTAR BANK                       FORA FINANCIAL                      FORA FINANCIAL WEST  LLC
CORPORATE DRIVE  E2031              1385 BROADWAY FL 15                 CO AUBREY THRASHER  LLC
TROY   MI 48098                     NEW YORK   NY 10018-6015            3050 PEACHTREE ROAD NW
                                                                        SUITE 240
                                                                        ATLANTA   GA 30305-2212


FROG ENVIRONMENTAL                  FUSION CLOUD SERVICES               FUTURA ENERGY INC
965 E WILLOW ST                     PO BOX 51538                        13142 BARTON RD
SIGNAL HILL   CA 90755-2738         LOS ANGELES   CA 90051-5838         WHITTIER   CA 90605-2756
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(D)FUTURA ENERGY INC
13142 BARTON RD
WHITTIER, CA 90605-2756

GREENBAUM LAW GROUP LLP
160 NEWPORT CENTER DR
STE 110
NEWPORT BEACH, CA 92660-6911

H N MACHINE CO
14022 PARSONS PLACE
GARDEN GROVE, CA 92843-3635

H N MACHINE CO
SAM NGUYEN
19701 CLANCY LANE
HUNTINGTON BEACH CA 92646-3654

HADCO
POBOX 788587
PHILADELPHIA, PA 19178-8587

HERRERA WINDOW CLEANING LLC
1000 W 8TH ST
UNIT 5206
LOS ANGELES, CA 90017-5970

HEXAGON MANUFACTURING INTELLIGENCE, INC
LOCKBOX 771742
1742 SOLUTIONS CENTER
CHICAGO, IL 60677-1007

HUNTINGTON BANK, ATTN YOLANDA HUNTER
11100 WAYZATA BOULEVARD, SUITE 700
HOPKINS, MN 55305-5523

INDUSTRIAL FORMULATORS INC
15631 GRAHAM STREET
UNIT E
HUNTINGTON BEACH, CA 92649-1631

INFOR (US), INC
PO BOX 847798
LOS ANGELES, CA 90084-7798

INTECH FUNDING CORP
201 EAST HUNTINGTON DRIVE
STE 201
MONROVIA, CA 91016-8010

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

EXCLUDE
(D)INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN
PO BOX 601002
PASADENA, CA 91189-1002

IRON MOUNTAIN INFORMATION MANAGEMENT LLC
1101 ENTERPRISE DRIVE
ROYERSFORD PA 19468, PA 19468-4201

JASON KHANO
3050 PEACHTREE ROAD NW
SUITE 240
ATLANTA, GA 30305-2212

LASCARIS DELI
14104 LAMBERT RD
WHITTIER, CA 90605-2427

LAND ROVER
PO BOX 78074
PHOENIX, AZ 85062-8074

LEADERSHIP CNC SERVICE INC
7161 EAST AVE
UNIT 24
RANCHO CUCAMONGA, CA 91739-5916

LOCKE LORD LLP
24259 NETWORK PLACE
CHICAGO, IL 60673-1242

LOS ANGELES TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LUCAS HORSFALL ACCOUNTANTS, ADVISORS
299 N EUCLID AVENUE
2ND FLOOR
PASADENA, CA 91101-1582

M L WINTERS CO LLC
8467 LOCH LOMOND DRIVE
PICO RIVERA, CA 90660-2508

MIRA DANGELO
16835 ALGONQUIN ST, 477
HUNTINGTON BEACH, CA 92649-3810

MANUFACTURERS FINANCING SERVICES
10370 SLUSHER DR
STE 10
SANTA FE SPRINGS, CA 90670-6063

MARTIN B GREENBAUM
160 NEWPORT CENTER DR STE 110
NEWPORT BEACH, CA 92660-6911

MCMASTERCARR
PO BOX 7690
CHICAGO, IL 60680-7690

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MCMASTERCARR SUPPLY<br>MCMASTERCARR SUPPLY CO<br>9630 NORWALK BLVD<br>SANTA FE SPRINGS CA 90670-2954 | MENKE MARKING DEVICES<br>PO BOX 2986<br>SANTA FE SPRINGS  CA 90670-0986 | METLIFE<br>PO BOX 804466<br>KANSAS CITY  MO 64180-4466 |
| MIDLAND STATES BANK<br>18400 VON KARMA AVE<br>STE 800<br>IRVINE  CA 92612-0514 | MIDLAND STATES BANK<br>18400 VON KARMAN AVENUE  SUITE 800<br>IRVINE  CA 92612-0514 | MIDLAND STATES BANK<br>CO VALERIE BANTNER PEO ESQ<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 |
| MIDLAND STATES BANK<br>CO VALERIE BANTNER PEO  ESQ<br>BUCHALTER PC<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 | MORRELLS ELECTRO PLATING  INC<br>432 EUCLID AVE<br>COMPTON  CA 90222-2899 | NEU INVESTMENTS<br>2030 MAIN STREET  SUITE 1300<br>IRVINE  CA 92614-7220 |
| ~~EXCLUDE~~<br>~~(D)NEU INVESTMENTS  LLC~~<br>~~2030 MAIN ST~~<br>~~STE 1300~~<br>~~IRVINE  CA 92614-7220~~ | ODK CAPITAL<br>3914 MURPHY CANYON RD A125<br>SAN DIEGO  CA 92123-4499 | ODK CAPITAL LLC<br>4700 W DAYBREAK PKWY  STE 200<br>SOUTH JORDAN  UT 84009-5133 |
| ONGARD METALS  INC<br>8638 CLETA ST<br>DOWNEY  CA 90241-5201 | OMNI METAL FINISHING<br>11665 COLEY RIVER CIRCLE<br>FOUNTAIN VALLEY  CA 92708-4279 | OMNI METAL FINISHING  INC<br>11665 COLEY RIVER CIR<br>FOUNTAIN VALLEY  CA 92708-4279 |
| ORKIN<br>PO BOX 740300<br>CINCINNATI  OH 45274-0300 | PONAM PRECISION GAGES<br>439 W ACACIA AVE<br>GLENDALE  CA 91204-1903 | PT SOLUTIONS<br>PO BOX 670587<br>DETROIT  MI 48267-0587 |
| PACIFIC PREMIER BANK<br>131 W COMMONWEALTH AVENUE<br>FULLERTON  CA 92832-1808 | PACIFIC PREMIER BANK<br>19800 MACARTHUR BLVD<br>STE 1000<br>IRVINE  CA 92612-2433 | PARAGON ENTERPRISES<br>26608 PURPLE MARTIN CT<br>CANYON COUNTRY  CA 91351-5542 |
| PATEL  AYAZ<br>18104 HOFFMAN AVE<br>CERRITOS  CA 90703-2610 | PAYCHEX<br>1175 JOHN ST<br>WEST HENRIETTA  NY 14586-9199 | PITNEY BOWES<br>PO BOX 981022<br>BOSTON  MA 02298-1022 |
| PRECISION ID SPECIALTIES<br>6259 STEARNS ST<br>RIVERSIDE  CA 92504-1733 | PRIDE CARBIDE CUTTING TOOLS<br>14020 SHOEMAKER AVE<br>NORWALK  CA 90650-4536 | PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH  PA 15250-7874 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QA LUBRICANTS  FAR WEST OIL<br>12223 HIGHLAND AVE<br>UNIT 106-372<br>RANCHO CUCAMONGA  CA 91739-2574 | REPUBLIC SERVICES<br>PO BOX 78829<br>PHOENIX  AZ 85062-8829 | REPUBLIC SERVICES  INC<br>12949 TELEGRAPH RD<br>SANTA FE SPRINGS  CA 90670-4049 |
| S  D INDUSTRIAL TOOL SUPPLY<br>4665 MACARTHUR COURT  SUITE 200<br>NEWPORT BEACH  CA 92660-1811 | EXCLUDE<br>~~(D)SD INDUSTRIAL TOOL SUPPLY  INC~~<br>~~4665 MACARTHUR COURT  SUITE 200~~<br>~~NEWPORT BEACH  CA 92660-1811~~ | SMT SMITH MACHINE  TOOL<br>5601 RESEARCH DRIVE<br>HINTINGTON BEACH  CA 92649-1620 |
| SELWAY MACHINE TOOL COMPANY<br>29250 UNION CITY BLVD<br>UNION CITY  CA 94587-1279 | SIEMENS FINANCIAL SERVICES  INC<br>170 WOOD AVE SOUTH<br>ISELIN  NJ 08830-2741 | SIEMENS FINANCIAL SERVICES  INC<br>ATTN  STEPHANIE MITCHELL<br>4800 NORTH POINT PARKWAY<br>ALPHARETTA  GA 30022-3732 |
| SIERRA ALLOYS COMPANY<br>160 NEWPORT CENTER DRIVE STE 110<br>NEWPORT BEACH  CA 92660-6911 | SIGNATURE FINANCIAL AND LEASING LLC<br>225 BROADHOLLOW RD<br>STE 132W<br>MELVILLE  NY 11747-4809 | SKY GEEK<br>30 AIRWAY DRIVE<br>LAGRANGEVILLE  NY 12540-5254 |
| EXCLUDE<br>~~(U)SMITH MACHINE AND TOOL LLC~~ | SNOWLINE ENGINEERING<br>4261 BUSINESS DRIVE<br>CAMERON PARK  CA 95682-7217 | (P)SOUTHERN CALIFORNIA EDISON COMPANY<br>1551 W SAN BERNARDINO ROAD<br>COVINA CA 91722-3407 |
| STAR AUTO CARE INC<br>13028 LOS NIETOS RD<br>SANTA FE SPRINGS  CA 90670-3014 | (P)STATE COMP INS FUND<br>PO BOX 9102<br>PLEASANTON CA 94566-9102 | SUNSHINE METALS<br>PO BOX 8332<br>PASADENA  CA 91109-8332 |
| SUPERIOR HANDFORGE<br>PO BOX 12738<br>NEWPORT BEACH  CA 92658-5073 | THE HOME DEPOT<br>PO BOX 9001030<br>LOUISVILLE  KY 40290-1030 | THE HUNTINGTON NATIONAL BANK<br>CO DAVID BERKLEY<br>400 SPECTRUM CENTER DRIVE<br>IRVINE  CA 92618-4934 |
| TIMEPAYMENT<br>PO BOX 88232<br>MILWAUKEE  WI 53288-8232 | TIMEPAYMENT CORP<br>200 SUMMIT DRIVE SUITE 100<br>BURLINGTON  MA 01803-5274 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL  MN 56258-4099 |
| UPS<br>PO BOX 894820<br>LOS ANGELES  CA 90189-4820 | UPTIME USA<br>3470 MT DIABLO BLVD<br>SUITE A130<br>LAFAYETTE  CA 94549-7123 | US BANK EQUIPMENT FINANCE<br>1210 MADRID ST<br>MARSHALL  MN 56258 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| UNITED STATES TRUSTEE (LA)<br>915 WILSHIRE BLVD  SUITE 1850<br>LOS ANGELES  CA 90017-3560 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN CDMBANKRUPTCY<br>185 ASYLUM STREET - 03B<br>HARTFORD CT 06103-3408 | URIO ZANETTI<br>8500 BURTON WAY 510<br>LOS ANGELES  CA 90048-3393 |
| URIO ZANETTI<br>ZWICKER  ASSOCIATES<br>LOS ANGELES  CA 90048 | VIDEOJET<br>12113 COLLECTION CENTER DR<br>CHICAGO  IL 60693-0121 | ~~EXCLUDE~~<br>~~(U)VALLEY ACQUISITION CORPORATION DBA~~<br>~~VALLEY FO~~ |
| (P)VANACORE ENGINEERING INC<br>9801 LURLINE AVENUE<br>CHATSWORTH CA 91311-4406 | WALKER BROTHERS<br>3839 E CORONADO ST<br>ANAHEIM  CA 92807-1606 | WELLS FARGO<br>PO BOX 030310<br>LOS ANGELES  CA 90030-0310 |
| WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>801 WALNUT STREET MAC F0006052<br>DES MOINES  IA 50309-3606 | WENCOR GROUP<br>416 DIVIDEND DRIVE<br>PEACHTREE CITY  GA 30269-1906 | WRIGHT  FINLAY  ZAK  LLP<br>ATTN ARNOLD L GRAFF  ESQ<br>4665 MACARTHUR COURT  STE 200<br>NEWPORT BEACH  CA 92660-1811 |
| WYNN PRECISION  LLC<br>13862 A BETTER WAY<br>STE 8E<br>GARDEN GROVE  CA 92843-3928 | DYLAN J YAMAMOTO<br>2210 SUNSET BLVD<br>STE 301<br>LOS ANGELES  CA 90026-3002 | M DOUGLAS FLAHAUT<br>ECHO PARK LEGAL  APC<br>2210 W  SUNSET BLVD<br>STE 310<br>LOS ANGELES  CA 90026-3002 |
| ROBERT PAUL GOE (TR)<br>GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>BUILDING D<br>STE 210<br>IRVINE  CA 92614-6840 | | |

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:                                                    7332344421

(U.S. Trustee)
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
represented by:
Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Noreen.Madoyan@usdoj.gov

James S Livermon, III
Womble Bond Dickinson (US) LLP
555 Fayetteville St Suite 1100
Raleigh, NC 27601

(Creditor)
The Huntington National Bank
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive Suite 1700
Irvine, CA 92618United States
represented by:
David A Berkley
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive
Ste 1700
Irvine, CA 92612

david.berkley@wbd-us.com


Dylan J Yamamoto
2210 Sunset Blvd.
Ste #301
Los Angeles, CA 90026

dylan@echoparklegal.com

(Debtor)
Spearman Aerospace, Inc.
9215 Greenleaf Ave,
Santa Fe Springs, CA 90670
Tax ID / EIN: 46-2339219
represented by:
M Douglas Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd.
Ste 310
Los Angeles, CA 90026

df@echoparklegal.com

(Creditor)
Siemens Financial Services, Inc.
Buchalter, A Professional Corporation
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 91030
represented by:
Anthony J Napolitano
Buchalter, A Professional Corporation
1000 Wilshire Blvd, Ste# 1500
Los Angeles, CA 90017-2457

anapolitano@buchalter.com


SPAC Holdings I, LLC
254 N. Lake Ave.
No. 873
Pasadena, CA 91101
(Stockholder)
represented by:
David L Oberg
Oberg Law Group, APC
23679 Calabasas Rd.
Suite 541
Calabasas, CA 91302

david@oberglawapc.com

(Creditor)
S&D Industrial Tool Supply, Inc.
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92665United States
represented by:
Arnold L Graff
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 200
Newport Beach, CA 92660

agraff@wrightlegal.net

(Creditor)
Pacific Premier Bank
c/o Polis & Associates, APLC
19800 MacArthur Blvd.
Suite 1000
Irvine, CA 92612
represented by:
Thomas J Polis
Polis & Associates, APLC
19800 MacArthur Blvd
Ste 1000
Irvine, CA 92612-2433

tom@polis-law.com


(Creditor)
NEU Investments, LLC
C/O OKeefe & Associates Law Corp.
26 Executive Park. Ste. 250
Irvine
represented by:
Sean A OKeefe
OKeefe & Assoc. Law Corp., P.C.
26 Executive Park
Suite 250
Irvine, CA 92614

sokeefe@okeefelc.com

(Creditor)
Midland States Bank
represented by:
Arlen Moradi
Buchalter, APC
425 Market St. Ste. 2900
San Francisco, CA 94105

amoradi@buchalter.com

(Trustee)
Robert Paul Goe (TR)
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614

bktrustee@goeforlaw.com

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:                                                7332344421

| | | |
|---|---|---|
| Echo Park Legal, APC<br>2210 Sunset Blvd. #301<br>Los Angeles, CA 90026<br>(Attorney) | Valerie Bantner Peo<br>Buchalter Nemer<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105<br><br>vbantnerpeo@buchalter.com | Madison B Oberg<br>Oberg Law Group APC<br>23679 Calabasas Rd Ste 541<br>Calabasas, CA 91302<br><br>madison@oberglawapc.com |
| (Interested Party)<br>represented by:<br>Arlen Moradi<br>Buchalter, APC<br>425 Market St. Ste. 2900<br>San Francisco, CA 94105<br><br>amoradi@buchalter.com | (Creditor)<br>American Express National Bank c/o<br>Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-1041<br>represented by:<br>Karen L Belair<br>Zwicker and Associates PC<br>80 Minuteman Road, P.O. Box 9043<br>Andover, MA 01810-1041<br><br>kbelair@zwickerpc.com | (Creditor)<br>Ally Bank c/o AIS Portfolio Services,<br>LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>represented by:<br>Amitkumar Sharma<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave.<br>Dept.Aps<br>Oklahoma City, OK 73118<br><br>amit.sharma@aisinfo.com |