M. Douglas Flahaut (SBN 245558)
Dylan J. Yamamoto (SBN 324601)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd., 301
Los Angeles, CA  90026
Telephone:      310.709.0658
Email:  df@echoparklegal.com
               dylan@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

**FILED & ENTERED**

APR 28 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPEARMAN AEROSPACE, INC.<br><br>　　　Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11<br><br>**THIRD INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL THROUGH AND INCLUDING JULY 31, 2025**<br><br>Continued Hearing:<br>Date:　　April 22, 2025<br>Time:　　1:00 p.m.<br>Location: Courtroom 1639<br>　　　　　 255 East Temple Street<br>　　　　　 Los Angeles, CA 90012 |

　　　At the above time and place, the court held a continued hearing on the "Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral" (the "Motion," Docket No. 3), filed by the above-captioned debtor and debtor-in-possession (the "Debtor").  Appearances were noted on the record.  The court having reviewed and considered the Motion, the "First Day Declaration of Scott Holland" (Docket No. 2) and the proposed budget attached thereto as Exhibit 1, the "Notice of Filing of Updated Cash Collateral Budget and Continued Hearing re: the Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral" (Docket No. 103) with the supporting declaration of Scott Holland and updated budget attached thereto as Exhibit 1 (the "Budget"), the record in this case, and the

arguments of counsel at the hearing, for the reasons stated by the court on the record at the continued hearing,

    IT IS HEREBY ORDERED that the Motion is GRANTED on an interim basis as follows:

1. The Debtor may use cash collateral through and including July 31, 2025, as provided for in the Budget and on the terms set forth in the Motion.

2. The Secured Creditors (as defined in the Motion) are granted Replacement Liens (as defined in the Motion) to the extent of the diminution of value of their collateral, if any, against the Debtor's post-petition assets but excluding any avoidance or turnover actions under chapter 5 of the bankruptcy code and the prepetition retainer provided to Echo Park Legal, APC, with the same validity, priority, and scope as each lender had with its pre-petition lien against property of the Debtor. The Replacement Liens secure diminution in value of the Secured Creditors' interest in collateral, if any, and are in addition to the Secured Creditor's prepetition security interests in the collateral.

3. A continued hearing, if necessary, to consider the Debtor's use of cash collateral beyond July 31, 2025 is set for July 29, 2025, at 1:00 p.m. If cash collateral usage is required after July 31, 2025, the Debtor must file and serve on all secured creditors and the 20 largest unsecured creditors a further proposed budget for the use of cash collateral beyond July 31, 2025 (the "Updated Budget") on or before July 15, 2025,

4. Any opposition to the Debtor's use of cash collateral beyond July 31, 2025 pursuant to the Updated Budget must be filed with the court on or before July 22, 2025. Replies, if any, must be filed by the Debtor on or before July 28, 2025 at noon.

    ###

Date: April 28, 2025

Deborah J. Saltzman
United States Bankruptcy Judge