M. Douglas Flahaut (SBN 245558)
Dylan J. Yamamoto (SBN 324601)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd., 301
Los Angeles, CA 90026
Telephone:     310.709.0658
Email: df@echoparklegal.com
          dylan@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**STATUS REPORT RE DISPUTE WITH PACIFIC PREMIER BANK RE VALUATION MOTION AND EFFORTS TO SCHEDULE A MEDIATION**<br><br><u>**Status Conference:**</u><br><br>**Date:** July 29, 2025<br>**Time:** 1:00 p.m.<br>**Location:**<br>Courtroom 1639<br>255 East Temple<br>Los Angeles, CA 90012 |

1   Spearman Aerospace, Inc, the debtor and debtor-in-possession in the above-captioned
2   Chapter 11 Bankruptcy Case (the "Debtor") hereby submits this Status Report to apprise the Court
3   and interested parties regarding the pending dispute between the Debtor and Pacific Premier Bank
4   related to the Debtor's *Motion for Order Setting Property Value for Purposes of Section 506(a) of*
5   *the Bankruptcy Code and Extinguishing Liens in Excess of Said Value* (the "Motion to Value").
6   While scheduling has been complicated because of vacation schedules, the Debtor and Pacific
7   Premier Bank ("PPB") through their respective counsel have reached out to Judge Bluebond's
8   chambers and are trying to schedule a mediation date that will work for the parties and Judge
9   Bluebond.  The Debtor is hopeful that a date in late August or early September can be agreed upon
10  soon.
11  Based on the foregoing, the Debtor would suggest that the status conference with respect
12  to the pending dispute between the Debtor and PPB be continued to September 9, 2025.

Dated:   July 22, 2025                                    **ECHO PARK LEGAL, APC**

By:  /s/ M. Douglas Flahaut
M. Douglas Flahaut
Dylan J. Yamamoto
Attorneys for the Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Echo Park Legal, APC, 2210 W Sunset Blvd. #301, Los Angeles, CA 90026. A true and correct copy of the foregoing document entitled (*specify*): STATUS REPORT RE DISPUTE WITH PACIFIC PREMIER BANK RE VALUATION MOTION AND EFFORTS TO SCHDULE A MEDIATION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/22/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karen L Belair**   kbelair@zwickerpc.com
- **David A Berkley**   david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **M Douglas Flahaut**   df@echoparklegal.com
- **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Arlen Moradi**   amoradi@buchalter.com
- **Anthony J Napolitano**   anapolitano@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Sean A OKeefe**   sokeefe@okeefelc.com, seanaokeefe@msn.com
- **David L Oberg**   david@oberglawapc.com
- **Madison B Oberg**   madison@oberglawapc.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Dylan J Yamamoto**   dylan@echoparklegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date_), 2025, I *caused to be* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/22/2025 | M. Douglas Flahaut | /s/ M. Douglas Flahaut |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**