**Fill in this information to identify the case:**

Debtor Name: Spearman Aerospace

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July

Line of business: Manufacturing

Date report filed: 08/20/2025 (MM / DD / YYYY)

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Tricia Knopf/CFO

Original signature of responsible party: *(signed)*

Printed name of responsible party: Tricia Knopf

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Spearman Aerospace**          Case number _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 63,778.65

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 69,717.64

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  – $ 70,342.55

22. **Net cash flow**  + $ (624.91)

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.  = $ 63,153.74

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 26,921.21

    *(Exhibit E)*

Debtor Name  Spearman Aerospace                                  Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____15,800_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                _____7_____
27. What is the number of employees as of the date of this monthly report?                                   _____10_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____0_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0_____
30. How much have you paid this month in other professional fees?                                            $ _____0_____
31. How much have you paid in total other professional fees since filing the case?                           $ _____0_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** | − | *Column B* **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 75,000 | − | $ 69,717.64 | = | $ 5,282.36 |
| 33. **Cash disbursements** | $ 110,000 | − | $ 70,342.55 | = | $ 39,607.45 |
| 34. **Net cash flow** | $ 35,000 | − | $ 624.91 | = | $ 34,375.09 |

35. Total projected cash receipts for the next month:                                                        $ _____75,000_____
36. Total projected cash disbursements for the next month:                                                 − $ _____90,000_____
37. Total projected net cash flow for the next month:                                                      = $ _____(15,000)_____

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page **3**

Debtor Name **Spearman Aerospace**              Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [✓] 39. Bank reconciliation reports for each account.

- [✓] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [✓] 41. Budget, projection, or forecast reports.

- [✓] 42. Project, job costing, or work-in-progress reports.

## Updated & Amended
## Disclosure

As previously disclosed, the company's primary customer imposed an involuntary financial disruption upon the company twice in July. The first was a part number "roll" that caused a temporary shutdown of product, and the second incident involved the re-engineering of a complex part where the company incurred substantial costs associated with tool creation, programming, first article and lengthy production trials. The impact to July was more than $250,000 in loss of backlog and August was $150,000 in loss of backlog, bringing the total backlog for the company to less than $110,000 for the remainder of the year, to which none of the orders had programming or associated engineering that would allow the company to produce and bill the customer.

The net result has been extremely costly in human capital (reduction from 10 to 5 employees), dramatic loss of cash flow and forced consolidation of facilities. The company's primary customer did however endeavor diligently to award new business while the company undertook the part number roll, with projected revenue from 10.1.25 to 12.31.25 to be more than $388,000, in addition to directed revenue from the part number expected to materialize in October, resulting in the much-needed stabilization of backlog and monthly revenue.

The company has had some delays in paying its suppliers during the periods but has actively reached out to its critical suppliers and gained concessions as the management team has delivered on all of its prior promises and works closely to keep its critical suppliers / vendors educated about its business. Lastly, the company has reduced its overhead proportionately and used the downtime, albeit with a reduced staff, to undertake preventative maintenance and other similar non-revenue bearing activities.



P.O. BOX 94033, PALATINE, IL 60094-4033
Return Service Requested

How to reach us

bmo.com/contact
888-340-2265

SPEARMAN AEROSPACE INC
DEBTOR-IN-POSSESSION
BK. CASE NO. 2:25-BK-10917-DS
9215 GREENLEAF AVE
SANTA FE SPRINGS CA 90670-3028

Date
July 01, 2025 through
July 31, 2025
Primary Account Number
████6483

EFFECTIVE 6/16/2025: FOR COMBINED STATEMENTS WHERE YOUR CHECKING IS THE PRIMARY ACCOUNT, WE WILL NO LONGER INCLUDE IRA PREMIUM SAVERS OR IRA CDS IN A COMBINED STATEMENT. QUARTERLY STATEMENTS WILL BE MAILED SEPARATELY FOR IRA PREMIUM SAVERS ACCOUNTS. YOU MAY ALSO VIEW YOUR IRA CD DETAILS BY LOGGING ON TO BMO DIGITAL BANKING.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM.

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JULY 31, 2025) |
|---|---|---|
| BMO SIMPLE BUSINESS CKG | ████6483 | $440.84 |

## Account Summary - BMO SIMPLE BUSINESS CKG #████6483

| BEGINNING BALANCE AS OF JUNE 30, 2025 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JULY 31, 2025 |
|---|---|---|---|---|---|---|
| $1,065.75 | 8 | $69,717.64 | 38 | $70,342.55 | $0.00 | $440.84 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

CONTINUED ON NEXT PAGE



NMLS 401052

1 of 4

# BMO

bmo.com/contact
888-340-2265

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | $1,065.75 |
| Jul 01 | POS PURCHASE | -$15.00 |  |  |
|  | RECORD NO. 109304  CARD NO. 0071 |  |  |  |
|  | PARASEC    SACRAMENTO   CA |  |  |  |
| Jul 01 | ACH DEBIT | -$119.99 |  | $930.76 |
|  | CCD  MERCHANT SERVICE MERCH FEE |  |  |  |
| Jul 02 | EDI/EFT CTX CREDIT |  | $3,000.00 |  |
|  | CTX  LOCKHEED 4007   PO/REMIT |  |  |  |
| Jul 02 | POS PURCHASE | -$16.24 |  | $3,914.52 |
|  | RECORD NO. 570094  CARD NO. 0071 |  |  |  |
|  | GOOGLE GSUITE SPEARMAN   MOUNTAIN VIE CA |  |  |  |
| Jul 03 | TELLER DEPOSIT |  | $33,362.00 | $37,276.52 |
| Jul 07 | POS PURCHASE | -$1,000.00 |  |  |
|  | RECORD NO. 009404  CARD NO. 0071 |  |  |  |
|  | CA CHILD SUPPORT SERVI   RANCHO CORDO  CA |  |  |  |
| Jul 07 | POS PURCHASE | -$19.00 |  |  |
|  | RECORD NO. 002656  CARD NO. 0071 |  |  |  |
|  | WF4 CA DCSS SERVICE F   CONCORD    CA |  |  |  |
| Jul 07 | Check 1128 | -$842.50 |  | $35,415.02 |
| Jul 09 | EDI/EFT CTX CREDIT |  | $12,800.00 |  |
|  | CTX  LOCKHEED 4007   PO/REMIT |  |  |  |
| Jul 09 | Check 1127 | -$1,928.39 |  |  |
| Jul 09 | Check 1130 | -$3,350.00 |  | $42,936.63 |
| Jul 10 | TELLER DEPOSIT |  | $7,000.00 |  |
| Jul 10 | PC TRANSFER DEBIT | -$18,658.00 |  |  |
| Jul 10 | Check 1129 | -$387.40 |  | $30,891.23 |
| Jul 11 | POS PURCHASE W/PIN | -$33.73 |  |  |
|  | RECORD NO. 029669  CARD NO. 0071 |  |  |  |
|  | LITTLE CAESARS 5805    WHITTIER    CA |  |  |  |
| Jul 11 | Check 1131 | -$1,350.00 |  | $29,507.50 |
| Jul 14 | Check 1132 | -$625.00 |  | $28,882.50 |
| Jul 15 | TELLER DEPOSIT |  | $5,634.00 |  |
| Jul 15 | REQUESTED WITHDRAWAL | -$1,381.50 |  |  |
| Jul 15 | Check 1137 | -$15,450.00 |  |  |
| Jul 15 | Check 1139 | -$4,000.00 |  | $13,685.00 |
| Jul 16 | EDI/EFT CTX CREDIT |  | $2,250.00 |  |
|  | CTX  LOCKHEED 4007   PO/REMIT |  |  |  |
| Jul 16 | POS PURCHASE | -$970.00 |  |  |
|  | RECORD NO. 018583  CARD NO. 0071 |  |  |  |
|  | CA CHILD SUPPORT SERVI   RANCHO CORDO  CA |  |  |  |
| Jul 16 | POS PURCHASE | -$18.43 |  |  |
|  | RECORD NO. 008659  CARD NO. 0071 |  |  |  |
|  | WF4 CA DCSS SERVICE F   CONCORD    CA |  |  |  |
| Jul 16 | Check 1138 | -$2,161.50 |  | $12,785.07 |
| Jul 17 | Check 1125 | -$312.00 |  | $12,473.07 |
| Jul 18 | Check 1133 | -$1,395.00 |  | $11,078.07 |
| Jul 21 | Check 1134 | -$553.38 |  |  |

CONTINUED ON NEXT PAGE



bmo.com/contact
888-340-2265

## Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Jul 21 | Check 1136 | -$40.00 | | |
| Jul 21 | Check 1140 | -$450.00 | | $10,034.69 |
| Jul 22 | TRANSFER OUT RECORD NO. P0L0CZ ZELLE TO MARIANO VELARDE-ROSAS | -$200.00 | | |
| Jul 22 | ACCT ANALYSIS SERV CHG | -$161.00 | | $9,673.69 |
| Jul 23 | OUTGOING WIRE TRANSFER FED WIRE TRANSFER DEBIT 250723457197 | -$2,114.51 | | $7,559.18 |
| Jul 24 | REQUESTED WITHDRAWAL | -$1,000.00 | | |
| Jul 24 | POS PURCHASE RECORD NO. 406739  CARD NO. 0071 JIMMY JOHNS 3992  WHITTIER  CA | -$96.30 | | $6,462.88 |
| Jul 25 | EDI/EFT CTX CREDIT CTX LOCKHEED 4007  PO/REMIT | | $5,271.64 | |
| Jul 25 | POS PURCHASE RECORD NO. 730382  CARD NO. 0071 KNIGHT INDUSTRIAL SUPP  ONTARIO  CA | -$237.05 | | $11,497.47 |
| Jul 28 | PC TRANSFER DEBIT | -$9,900.00 | | |
| Jul 28 | POS PURCHASE RECORD NO. 930584  CARD NO. 0071 KNIGHT INDUSTRIAL SUPP  ONTARIO  CA | -$181.93 | | $1,415.54 |
| Jul 29 | PC TRANSFER DEBIT | -$325.00 | | |
| Jul 29 | POS PURCHASE RECORD NO. 913186  CARD NO. 0071 B B SOCKET PRODUCTS  SANTA FE SPR CA | -$315.20 | | |
| Jul 29 | Check 1142 | -$165.00 | | |
| Jul 29 | Check 1143 | -$550.00 | | |
| Jul 29 | DELUXE CHECK FEE PPD DELUXE CHECK  CHECK/ACC. | -$4.50 | | $55.84 |
| Jul 30 | PC TRANSFER CREDIT | | $400.00 | |
| Jul 30 | POS PURCHASE RECORD NO. 101433  CARD NO. 0071 PARASEC  SACRAMENTO  CA | -$15.00 | | $440.84 |
| | ENDING BALANCE | | | $440.84 |

# BMO

bmo.com/contact
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows: The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important Information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025

**4** of **4**

Spearman Aerospace
Monthly Operatingf Report
July Reporting Period
7/1/25-7/31/25
Exhibiuts- C, D, E

| | | |
|---|---:|---:|
| Beginning Cash Bank Balance - 6/30/25 | $ 1,065.75 | |
| Total Cash Receipts | $ 69,717.64 | |
| Ending Cash Bank Balance - 7/31/25 | $ 440.84 | |

| | Amount Incurred | Amount Paid |
|---|---:|---:|
| Rent - 9215 | $ 10,250.00 | $ 10,250.00 |
| Rent - 9225 | $ 9,746.00 | $ 9,746.00 |
| Workers Compensation | $ 5,522.00 | $ 5,522.00 |
| CA Choice Insurance | $ 6,808.58 | |
| General Liability / Product Liability | $ 1,275.00 | $ 1,275.00 |
| Power 9215 | $ 4,808.18 | $ - |
| Power 9225 | $ - | $ - |
| Water 9215 | $ - | $ - |
| Water 9225 | $ - | $ 9.00 |
| Payroll - 7/10/25 | $ 18,673.32 | $ 16,509.66 |
| Payroll - 7/25/25 | $ 23,667.48 | $ 18,767.69 |
| IT Contractor | | |
| Contract Labor | $ 8,000.00 | $ 4,000.00 |
| Office Supplies | $ 250.00 | $ 250.00 |
| Banking Fee's | | |
| Raw Materials | $ - | $ - |
| Freight | $ 500.00 | $ 500.00 |
| Outside Processing | $ 2,250.00 | $ - |
| Licensing / Ecostar (LMCO) | $ 220.00 | $ 220.00 |
| Travel / Entertainment | $ - | $ - |
| Packaging | $ - | $ - |
| Professional Fees / Equipment Servicing | $ 5,000.00 | $ 3,000.00 |
| **Total Expenses** | $ 96,970.56 | $ 70,049.35 |
| Revenue | $ 34,837.64 | $ 34,837.64 |
| Reimbursed Expense (Cash) | $ - | $ - |
| Total Revenue | $ 34,837.64 | $ 34,837.64 |
| **Net Operating Income** | $ (62,132.92) | $ (35,211.71) **Cash Deficiency** |