M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA 90026
Telephone:    310.709.0658
Email: df@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**NOTICE OF FILING OF UPDATED CASH COLLATERAL BUDGET AND CONTINUED HEARING RE THE DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL [DKT. NO. 3]**<br><br>**Continued Cash Collateral Hearing:**<br>**Date:** October 28, 2025<br>**Time:** 1:00 p.m.<br>**Location:** Courtroom 1639 (or via Zoom.gov)<br>255 East Temple<br>Los Angeles, CA 90012 |

   **TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

   **PLEASE TAKE NOTICE THAT** on October 28, 2025, at 1:00 p.m. pacific time in Courtroom 1639 the Honorable Deborah Saltzman, United States Bankruptcy Court Judge for the

1 | Central District of California, will hold a continued hearing on the above-captioned debtor's (1)

2 | *Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral* [Dkt.

3 | No. 3] (the "Cash Collateral Motion").  Appearances may be made in person or via Zoom.gov and

4 | Judge Saltzman's instructions for appearing via Zoom.gov at the October 28, 2025 hearing can be

5 | found at http://ecf-ciao.cacb.uscourts.gov/kioskPDF/DS_102825.pdf

6 | **PLEASE TAKE FURTHER NOTICE THAT** A copy of the Debtor's cash collateral

7 | budget for the period from November 1, 2025 through December 31, 2025 is attached to the

8 | following Declaration of Scott Holland as **Exhibit 1** (the "Budget")**.**

9 | **PLEASE TAKE FURTHER NOTICE THAT** pursuant to that certain *Fourth Interim*

10 | *Order Authorizing the Use of Cash Collateral Through and Including October 31, 2025* attached

11 | to the following Declaration of Scott Holland as **Exhibit 3**, any opposition to the Debtor's use of

12 | cash collateral beyond July 31, 2025, pursuant to the Budget must be filed with the Court on or

13 | before October 21, 2025.  Replies, if any, must be filed with the Court on or before October 27,

14 | 2025, at noon.

15 | RESPECTFULLY SUBMITTED,

16 | DATED: October 14, 2025                                    **ECHO PARK LEGAL, APC**

17 | /s/ M. Douglas Flahaut
Counsel for Debtor and Debtor-in-Possession
18 | Spearman Aerospace, Inc.

- 2 -

M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA 90026
Telephone:   310.709.0658
Email: df@echoparklegal.com
Counsel for Debtor and Debtor-in-Possession
Spearman Aerospace, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Spearman Aerospace, Inc.**<br><br>  Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11, Subchapter V<br><br>**DECLARATION OF SCOTT HOLLAND RE CASH COLLATERAL BUDGET FOR NOVEMBER AND DECEMBER 2025**<br><br>**Continued Cash Collateral Hearing:**<br>**Date:** October 28, 2025<br>**Time:** 1:00 p.m.<br>**Location:** Courtroom 1639 (or via Zoom.gov)<br>255 East Temple<br>Los Angeles, CA 90012 |

## DECLARATION OF SCOTT HOLLAND

I, Scott Holland, declare as follows:

   1.   I am over the age of 18 and have knowledge of the facts set forth in this Declaration either from my own personal knowledge or from my review of documents and records of Spearman Aerospace, Inc. (the "Debtor") and/or my discussions with management, attorneys, and/or

1 | employees of the Debtor. I make this declaration in support of the continued use of cash collateral beyond October 31, 2025.

2. On or about February 7, 2025, the Debtor filed my "first day" declaration [Dkt. No. 2], which declaration included as an exhibit thereto a cash collateral budget through April 30, 2025. Subsequently, I filed declarations including as exhibits thereto cash collateral budgets through October 31, 2025.

3. As President of the Debtor, I am intimately familiar with the day-to-day operations of the Debtor's business. I have continued to review the Debtor's cash needs to maintain its operations and thereby preserve value of the estate. In connection therewith, I have assisted with the creation of a further cash collateral budget from November 1, 2025 through December 31, 2025 (the "Budget"). The Budget is attached hereto as **Exhibit 1.** I believe this Budget represents what is necessary to maintain the Debtor's operations through the end of December 2025. Without the requested continued use of cash collateral pursuant to this updated Budget, I believe the value of the Debtor is likely to decrease significantly, thereby harming all creditors and interest holders. Furthermore, I attach as **Exhibit 2** hereto a statement explaining the cash collateral budget included as Exhibit 1.

4. On July 29, 2025, this Court entered an order setting dates and deadlines related to the Debtor's continued use of cash collateral after October 31, 2025. A copy of that entered order is attached as **Exhibit 3** hereto.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 14th day of October in Pasadena, California.

Scott Holland

# EXHIBIT 1

**Spearman Aerospace**
**Cash Collateral Budget**
**Accounting Method - Cash Basis**

| Customer | Oct - Rev | Nov - Rev | Dec - Rev | Total |
|---|---|---|---|---|
| Lockheed | $125,000.00 | $137,000.00 | $145,000.00 | $407,000.00 |
| New Business (Ipeco) | $ - | $ - | $24,000.00 | $24,000.00 |
| *Gross Revenue* | $125,000.00 | $137,000.00 | $169,000.00 | $431,000.00 |
| **Cost of Goods Sold (COGS)** | | | | |
| Raw Materials - LH | $12,500.00 | $13,700.00 | $16,900.00 | $43,100.00 |
| Raw Materials - RSD | | | | $ - |
| Raw Materials - SA | | | | $ - |
| Raw Materials - Ipeco | - | - | $5,000.00 | $5,000.00 |
| Cutting Tools | $250.00 | $250.00 | $240.00 | $740.00 |
| Processing | $6,300.00 | $7,000.00 | $9,200.00 | $22,500.00 |
| Hardware | $750.00 | $1,500.00 | $2,100.00 | $4,350.00 |
| Payroll (Direct) | $6,478.86 | $6,478.86 | $6,478.86 | $19,436.58 |
| 941 & All other Payroll Taxes | $1,814.08 | $1,814.08 | $1,814.08 | $5,442.24 |
| PM - Capital Equipment | $500.00 | $500.00 | $500.00 | $1,500.00 |
| Laser Calibration | $ - | $ - | $ - | $ - |
| Shop Supplies | $250.00 | $250.00 | $250.00 | $750.00 |
| *Total COGS* | $28,842.94 | $31,492.94 | $42,482.94 | $102,818.82 |
| | | | | Total |
| *Gross Margin* | $96,157.06 | $105,507.06 | $126,517.06 | $328,181.18 |
| **Operating Expenses / Overhead** | | | | |
| Rent | $10,750.00 | $10,750.00 | $10,750.00 | $32,250.00 |
| Electricity | $3,000.00 | $3,000.00 | $3,000.00 | $9,000.00 |
| Health Insurance | $1,025.47 | $1,025.47 | $1,025.47 | $3,076.41 |
| Workers Compensation Insurance | $1,875.00 | $1,875.00 | $1,875.00 | $5,625.00 |
| Payroll (Indirect / clerical) | $19,679.20 | $19,679.20 | $19,679.20 | $59,037.60 |
| 941 & all other Payroll Taxes | $5,510.18 | $5,510.18 | $5,510.18 | $16,530.53 |
| General Liability Insurance | $1,025.69 | $1,025.69 | $1,025.69 | $3,077.07 |
| Inspector | $900.00 | $900.00 | $900.00 | $2,700.00 |
| Trash | $580.00 | $580.00 | $580.00 | $1,740.00 |
| Water | $80.00 | $80.00 | $80.00 | $240.00 |
| Property Tax | $215.00 | $215.00 | $215.00 | $645.00 |
| Maintenance | $200.00 | $200.00 | $200.00 | $600.00 |
| Tooling | $2,500.00 | $4,000.00 | $7,000.00 | $13,500.00 |
| IT Services | $1,750.00 | $1,750.00 | $1,750.00 | $5,250.00 |
| ERP Implementation / Upgrade | | | | $ - |
| ERP Infore Visual Software | | | | $ - |
| Vacation Allocation | $2,150.83 | $2,150.83 | $2,150.83 | $6,452.50 |
| Other | $1,500.00 | $1,500.00 | $1,500.00 | $4,500.00 |
| *Total Overhead* | $52,741.37 | $54,241.37 | $57,241.37 | $164,224.11 |
| **Sales General & Admintrative (SGA)** | | | | Total |
| Executive Health Insurance (CFO) | $985.00 | $985.00 | $985.00 | $2,955.00 |
| VP QA | $8,000.00 | $8,000.00 | $8,000.00 | $24,000.00 |
| Engineering / Digital Engineering | $10,000.00 | $12,000.00 | $15,000.00 | $37,000.00 |
| Value Stream Analysis | $0.00 | $0.00 | $0.00 | $0.00 |
| Travel & Entertainment | $100.00 | $100.00 | $100.00 | $300.00 |
| Office Supplies | $2,000.00 | $2,000.00 | $2,000.00 | $6,000.00 |
| *Total SG&A* | $21,085.00 | $23,085.00 | $26,085.00 | $70,255.00 |
| | | | | Total |
| *Operating Income* | $22,330.69 | $28,180.69 | $43,190.69 | $93,702.07 |

# EXHIBIT 2

Spearman Aerospace
Cash Collateral Memorandum
4th Quarter - 2025

---

The debtor has filed a new budget to support its request for use of the cash collateral. There are noticeable differences between the prior budgets and the most recent submittal and this memorandum is designed to explain to the reader the differences and swings in the budgetary line items and subsequent projections.

## Item 1 – Concentration

The debtor has purposefully exited the commercial aerospace market and has elected to focus its efforts with one customer that is 100% focused on military and space. The purpose for this is the administrative costs associated with commercial aerospace are double than military. Subsequently, half of the staff have been reduced from 10 when the company entered bankruptcy to 5 currently. Additionally, the recent imposition of tariffs have impaired the commercial sector whereas the military sector for aerospace (United States Government) has similar tariffs, but the cost of the tariffs are being absorbed by the buyer. Lastly, the attached (customer scorecard) shows the reader via objective empirical data that the strategy is successful as the debtor is performing far better than when the company entered bankruptcy.

## Item 2 – Underlying Credit Risk

One item that typically goes unchecked is the credit risk of a company's customer. When the debtor elected to focus on the military aerospace sector versus commercial aerospace, it was largely driven on the fact that three commercial banks (Citibank, Bank of America and Chase) advised that Boeing was ineligible to be considered in any borrow base due to a credit risk of default (Boeing). The company had yet to file for bankruptcy, but the discussions were had between December of 2024 and January of 2025. Historically the company was very Boeing centric but if the receivable is not eligible for financing, then it's impossible for a small company to carry the paper as the cycle time for receivables for the company is at least 16 weeks. Thus, the company took this into consideration in combination with other factors and elected to focus on the military segment, which does not have the same issues as Boeing commercial does as it underlying credit risk is the United States government. The company, in hindsight, made an exceptional fact-based decision that has the company set up for an uninterrupted future with respect to customer defaults or extended period of time for payment, which ultimately could impact its viability.

## Item 3 – Overhead

By electing to be hyper focused on the military segment the company has built a substantial backlog through performance and more importantly imploring lean initiatives that have resulted in greater contribution margin than if the company stayed in the commercial sector. By way of example, in addition to a reduction in human capital, the company has reduced facilities, outsourced digital engineering and inspectors, each

element greatly contributing to greater projected earnings with less risk. Also, fewer assets are required due to having only one customer and a very specific design theory than managing five design theories when the company serviced the commercial aerospace sector, which is a major cost driver. The debtor also jettisoned one of its facilities as a consequential result of its lean event, reducing overhead by almost 10% on a collective basis (rent, insurance, power, water).

**Item 4 – Future Outlook**
Upon entering bankruptcy, the debtor had little to no backlog with any of its commercial or military customers. Its election to focus on the military segment required flawless execution with its military customer (see scorecard) and since February has built a substantive backlog. Although the debtor produced some periods of less-than-ideal results, it is because the debtor and its primary customer undertook a massive re-engineering of all its flight critical parts, which are manufactured by the debtor. The re-engineering is complete; the backlog is consequentially being filled beyond expectations due to performance and new awards of business. Lastly, all the prior four to six months efforts of "fixing" the business have resulted in a smaller generator of revenue but more profitable and stable company that will be able to exit bankruptcy in due course and show feasibility to meet its obligations in accordance with its plan.

# Supplier Quality Rating Detail Report

Lockheed Martin Aeronautics Company
Supplier Quality Management

**Supplier Rating Detail for the 6 month Period Ending Sep-2025**

| Supplier Information | Lockheed Martin Assignees | |
|---|---|---|
| SPEARMAN AEROSPACE, INC.<br>9215 GREENLEAF AVE<br>SANTA FE SPRINGS, CA 90670-3028 | **Primary SQE:** | Delgadillo, Torrence |
| **D&B Number:** SAPS16041 | **Primary TSM:** | |
| **Supplier Number(s):** S16041 | **Primary Buyer:** | Garcia, Donny |

**Overall Rating (6 Month)**  100.000

The below graph shows the rating trend for the prior 3 months for both overall and by rated program. This rating includes all factors involved including any critical impact applied.



### Data Trend Overall and by Program

| Program | Rating | Normalized Receipts | Factored Rejects | Delq CAR | Critical Impact |
|---|---:|---:|---:|---:|---:|
| Overall | 100.00 | 258 | 0 | 0 | 0 |
| MISC | 100.00 | 258 | 0 | 0 | 0 |

### Receipts by Month (Actual Receipt Quantities)

| Program | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall | | | | | | | | | | | | | 149 | 135 | 42 | 62 | |
| MISC | | | | | | | | | | | | | 149 | 135 | 42 | 62 | |

File Generated: 10/07/2025 20:07:48    Page 1 of 2



**Supplier Performance Diamond Score Detail Report**  Lockheed Martin Aeronautics Company
Supplier Rating Detail for the 12 month Period Ending 9-2025  Supplier Management

| Supplier Information | Lockheed Martin Assignees | |
|---|---|---|
| SPEARMAN AEROSPACE, INC.<br>9215 GREENLEAF AVE<br>SANTA FE SPRINGS, CA 90670-3028 | **Primary SQE:** | Delgadillo, Torrence |
| **D&B Number:** SAPS16041 | **Primary TSM:** | |
| **Supplier Number(s):** S16041 | **Primary Buyer:** | Garcia, Donny |

## Current Monthly Diamond Score

| TOP PERFORMER | PERFORMING | UNDERPERFORMING | UNSATISFACTORY |
|---|---|---|---|

4.00

## Detail Diamond Score Data

| Date | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality | | | | | | | | B | B | B | B | B | 20 |
| Delivery | | | | | | | | B | B | B | B | B | 20 |
| SMI | | | | | | | | | | | | | 0 |

*See supplier Quality, Delivery, and SMI Rating Detail Reports for details
*Detail Diamond Score Data uses 6 Month Score for Quality, Delivery, and for SMI

## Diamond Score Formula
Rating Scale: 1-5

| SCORE | QUAL | DEL | SMI |
|---|---|---|---|
| B | 4 | =100 | =100 | =100 |
| G | 4 | ≥95 | ≥95 | ≥95 |
| Y | 3 | ≥90 | ≥90 | ≥90 |
| R | 1 | <90 | <90 | <90 |



TOP PERFORMER Classification Requirements:

- 12 B (=100) Ratings for Quality and Delivery Each
- No Y or R Ratings for SMI (if applicable)
- Over $500,000 in Receipt Value for the last 12 months

**Score Calculation** (Delivery and SMI Score weighted by unique part number(s)):
For example, 3 Delivery Part Number(s) (75%) and 1 SMI Part Number(s) (25%)



**Additional Factors** (applied after the Score Calculation)
p=Poor Performing Supplier; last 3 months red in both Delivery / SMI and Quality
   • "p" factor will default to **UNSATISFACTORY** level of the diamond
q+- | d+- | s+- = Quality, Delivery and SMI linear trends for the last 4 months (utilizing 1 month ratings)
   • Plus Sign = Trending Up; Minus Sign = Trending Down

**For questions related to the Supplier Performance Diamond, please contact your buyer.**

File Generated: 10/07/2025 20:08:12    Page 1 of 1

| | |
|---|---|
| **Supplier Delivery Rating Detail Report** | **Lockheed Martin Aeronautics Company** |
| Supplier Rating Detail for the 6 month Period Ending 9/2025 | Supply Chain Management |

| Supplier Information | Lockheed Martin Assignees | |
|---|---|---|
| SPEARMAN AEROSPACE, INC.<br>9215 GREENLEAF AVE<br>SANTA FE SPRINGS, CA 90670-3028 | **Primary SQE:** | Delgadillo, Torrence |
| **D&B Number:** SAPS16041 | **Primary TSM:** | |
| **Supplier Number(s):** S16041 | **Primary Buyer:** | Garcia, Donny |



**Detail Performance Data**

| Date | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| On Time | | | | | | | | 5.0 | 9.0 | 7.0 | 15.0 | 3.0 |
| Total Lots | | | | | | | | 5.0 | 9.0 | 7.0 | 15.0 | 3.0 |
| Monthly Rating | | | | | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6 Month Rating | | | | | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

**Detail Data By Program (6 Month Rating)**

| Program | On-Time | Total Lots | Program Rating |
|---|---|---|---|
| MISC | 39.00 | 39.00 | 100.00 |

| | |
|---|---|
| File Generated: 10/08/2025 07:17:13 | Page 1 of 4 |

Case 2:25-bk-10917-DS    Doc 222    Filed 10/14/25    Entered 10/14/25 16:11:51    Desc
Main Document    Page 14 of 19

Supplier Delivery Rating Detail Report — Lockheed Martin Aeronautics Company
Supplier Rating Detail for the 6 month Period Ending 9/2025 — Supply Chain Management

**Delivery Details (Delinquencies are highlighted in red)**

| Purchase Order | Item | Part Number | Receiver Number | Sched Date | Rcpt Date | Rcpt Qty | Prog | Possible Score | Vendor Number |
|---|---|---|---|---|---|---|---|---|---|
| 6580774568 | 00020 | 230J3101-112 | 5028623663 | 09/13/25 | 05/03/25 | 2 | MISC | 1.00 | S16041 |
| 6580790811 | 00010 | 173F0652-101 | 5030068637 | 09/10/25 | 08/20/25 | 3 | MISC | 0.75 | S16041 |
| 6580790811 | 00010 | 173F0652-101 | 5030068903 | 09/10/25 | 08/20/25 | 1 | MISC | 0.25 | S16041 |
| 6580774724 | 00010 | 173F1709-101 | 5030033246 | 09/05/25 | 08/18/25 | 16 | MISC | 1.00 | S16041 |
| 6580937029 | 00020 | 230H0228-133 | 5029956527 | 08/29/25 | 08/12/25 | 22 | MISC | 1.00 | S16041 |
| 6580820376 | 00020 | 230M1404-103 | 5030048753 | 08/22/25 | 08/19/25 | 3 | MISC | 1.00 | S16041 |
| 6580745303 | 00150 | 230H1328-225 | 5029957445 | 08/21/25 | 08/12/25 | 2 | MISC | 1.00 | S16041 |
| 6580745303 | 00040 | 230H1328-127 | 5029818153 | 08/15/25 | 08/01/25 | 2 | MISC | 1.00 | S16041 |
| 6580790614 | 00020 | 230H1328-225 | 5029957313 | 08/15/25 | 08/12/25 | 3 | MISC | 1.00 | S16041 |
| 6580774724 | 00020 | 173F1709-103 | 5029728810 | 08/15/25 | 07/26/25 | 3 | MISC | 1.00 | S16041 |
| 6580774568 | 00180 | 230J3101-136 | 5029668030 | 08/15/25 | 07/22/25 | 5 | MISC | 1.00 | S16041 |
| 6580774568 | 00170 | 230J3101-135 | 5029668077 | 08/15/25 | 07/22/25 | 5 | MISC | 1.00 | S16041 |
| 6580774724 | 00030 | 23J3779-219 | 5029958718 | 08/14/25 | 08/12/25 | 4 | MISC | 1.00 | S16041 |
| 6580820376 | 00050 | 230R0111-207 | 5029666654 | 08/08/25 | 07/22/25 | 1 | MISC | 1.00 | S16041 |
| 6580937029 | 00010 | 230H0228-131 | 5029487378 | 08/08/25 | 07/09/25 | 4 | MISC | 1.00 | S16041 |
| 6580812203 | 00010 | 23W1197-101 | 5029818742 | 08/07/25 | 08/01/25 | 6 | MISC | 1.00 | S16041 |
| 6580774568 | 00050 | 230J3101-119 | 5029476376 | 08/01/25 | 07/08/25 | 5 | MISC | 1.00 | S16041 |
| 6580774568 | 00070 | 230J3101-121 | 5029490516 | 08/01/25 | 07/09/25 | 5 | MISC | 1.00 | S16041 |
| 6580774568 | 00080 | 230J3101-122 | 5029490435 | 08/01/25 | 07/09/25 | 5 | MISC | 1.00 | S16041 |
| 6580781286 | 00010 | 173F1714-101 | 5029728747 | 07/31/25 | 07/26/25 | 9 | MISC | 1.00 | S16041 |
| 6580774568 | 00160 | 230J3101-134 | 5029352174 | 07/11/25 | 06/28/25 | 5 | MISC | 1.00 | S16041 |
| 6580774568 | 00150 | 230J3101-133 | 5029352309 | 07/11/25 | 06/28/25 | 4 | MISC | 1.00 | S16041 |
| 6580812007 | 00010 | 23W1170-104 | 5029260891 | 07/11/25 | 06/21/25 | 20 | MISC | 1.00 | S16041 |
| 6580812007 | 00020 | 23W1170-103 | 5029260980 | 07/11/25 | 06/21/25 | 20 | MISC | 1.00 | S16041 |
| 6580774568 | 00130 | 230J3101-128 | 5029169514 | 07/04/25 | 06/13/25 | 12 | MISC | 1.00 | S16041 |
| 6580746498 | 00010 | 230J3107-103 | 5028888871 | 07/02/25 | 05/23/25 | 9 | MISC | 1.00 | S16041 |
| 6580738967 | 00010 | 23W1178-203 | 5029260977 | 06/26/25 | 06/21/25 | 1 | MISC | 1.00 | S16041 |
| 6580744952 | 00040 | 230E6078-207 | 5028888673 | 06/26/25 | 05/23/25 | 3 | MISC | 1.00 | S16041 |
| 6580774568 | 00120 | 230J3101-127 | 5029040130 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00110 | 230J3101-125 | 5029040086 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00100 | 230J3101-124 | 5029040003 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00090 | 230J3101-123 | 5029040393 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00040 | 230J3101-118 | 5029040285 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00140 | 230J3101-131 | 5029040177 | 06/15/25 | 06/04/25 | 12 | MISC | 1.00 | S16041 |
| 6580774568 | 00030 | 230J3101-114 | 5028878407 | 06/09/25 | 05/22/25 | 24 | MISC | 1.00 | S16041 |
| 6580746498 | 00010 | 230J3107-103 | 5028888871 | 05/30/25 | 05/23/25 | 5 | MISC | 1.00 | S16041 |
| 6580744952 | 00020 | 230E6093-201 | 5028616201 | 05/30/25 | 05/02/25 | 2 | MISC | 1.00 | S16041 |
| 6580774568 | 00020 | 230J3101-112 | 5028623663 | 05/26/25 | 05/03/25 | 2 | MISC | 1.00 | S16041 |
| 6580774568 | 00010 | 230J3101-111 | 5028888677 | 05/22/25 | 05/23/25 | 4 | MISC | 1.00 | S16041 |
| 6580774724 | 00040 | 23J3779-220 | 5028795113 | 05/15/25 | 05/16/25 | 5 | MISC | 1.00 | S16041 |

Case 2:25-bk-10917-DS    Doc 222    Filed 10/14/25    Entered 10/14/25 16:11:51    Desc
Main Document    Page 15 of 19

**Supplier Delivery Rating Detail Report**　　　**Lockheed Martin Aeronautics Company**
Supplier Rating Detail for the 6 month Period Ending 9/2025　　　Supply Chain Management

Case 2:25-bk-10917-DS    Doc 222    Filed 10/14/25    Entered 10/14/25 16:11:51    Desc
Main Document    Page 16 of 19

Supplier Delivery Rating Detail Report — Lockheed Martin Aeronautics Company
Supplier Rating Detail for the 6-month Period Ending 9/2025 — Supply Chain Management

# 2025 AERONAUTICS SUPPLIER PERFORMANCE ENHANCEMENTS

Implementation Date: January 2025

## DELIVERY FORMULA

Program Delivery Rating = Lots On-Time / Scheduled Lots × 100

**Delivery Performance Ratio** - The delivery performance ratio is the sum of the lots on-time divided by the total lots scheduled for delivery within the 6-month performance window.

Delivery performance is based on PO items with production quality requirements and is determined on the basis of lots. Suppliers receive credit in the rating for partial shipments that are received on time within the delivery window. These are indicated by Lot Scores less than 1 and greater than zero. Lots not considered on time are:
- Identified in the online Supplier Rating system
- Received more than 30 days prior to the PO contractual schedule AND returned to vendor (RTV) for early shipment (RTV quantity > zero)

**Definition:** For purposes of the delivery rating, "Lot" is defined as a purchase order contractual schedule for a specific quantity of items.

## RATING THRESHOLDS

← 90 → 95 → 100   QUALITY
← 90 → 95 → 100   DELIVERY

Please note the rating threshold and performance period range changes displayed to the left.

## RATING PERFORMANCE PERIODS

|  | QUALITY | DELIVERY |
|---|---|---|
| 1-month | ✓ | ✓ |
| 6-month | ✓ | ✓ |

# EXHIBIT 3

| | |
|---|---|
| M. Douglas Flahaut (SBN 245558)<br>Dylan J. Yamamoto (SBN 324601)<br>**ECHO PARK LEGAL, APC**<br>2210 Sunset Blvd., 301<br>Los Angeles, CA  90026<br>Telephone:       310.709.0658<br>Email:  df@echoparklegal.com<br>            dylan@echoparklegal.com<br>Counsel for Debtor and Debtor-in-Possession<br>Spearman Aerospace, Inc. | **FILED & ENTERED**<br><br>JUL 29 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPEARMAN AEROSPACE, INC.<br><br>      Debtor and Debtor-in-Possession | Case No. 2:25-bk-10917-DS<br><br>Chapter 11 (Subchapter V)<br><br>**FOURTH INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL THROUGH AND INCLUDING OCTOBER 31, 2025**<br><br>Continued Hearing:<br>Date: July 29, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

A continued hearing was held at the above time and place on the "Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral" (the "Motion," Docket No. 3) filed debtor Spearman Aerospace, Inc. (the "Debtor").  Appearances were excused by the court.  The Court having reviewed and considered the Motion, the "First Day Declaration of Scott Holland" (Docket No. 2) and the proposed budget attached thereto as Exhibit 1, the "Notice of Filing of Updated Cash Collateral Budget and Continued Hearing Re: the Debtor's Emergency Motion for Interim and Final Orders Authorizing the Use of Cash Collateral" (Docket No. 170) with the supporting declaration of Scott Holland and updated budget attached thereto as Exhibit 1 (the "Budget"), and the record in this case, and good cause appearing,

/ / /

IT IS HEREBY ORDERED that the Motion is granted on an interim basis as follows:

1. The Debtor may use cash collateral through and including October 31, 2025, as provided for in the Budget and on the terms set forth in the Motion.

2. The Secured Creditors (as defined in the Motion) are granted Replacement Liens (as defined in the Motion) to the extent of the diminution of value of their collateral, if any, against the Debtor's post-petition assets but excluding any avoidance or turnover actions under chapter 5 of the bankruptcy code and the prepetition retainer provided to Echo Park Legal, APC, with the same validity, priority, and scope as each lender had with its pre-petition lien against property of the Debtor. The Replacement Liens secure diminution in value of the Secured Creditors' interest in collateral, if any, and are in addition to the Secured Creditor's prepetition security interests in the collateral.

3. A continued hearing, if necessary, to consider the Debtor's use of cash collateral beyond October 31, 2025 is set for October 28, 2025, at 1:00 p.m. If cash collateral usage is required after October 31, 2025, the Debtor must file and serve on all secured creditors and the 20 largest unsecured creditors a further proposed budget for the use of cash collateral beyond October 31, 2025 (the "Updated Budget") on or before October 14, 2025,

4. Any opposition to the Debtor's use of cash collateral beyond October 31, 2025 pursuant to the Updated Budget must be filed with the Court on or before October 21, 2025. Replies, if any, must be filed by the Debtor on or before October 27, 2025 at noon.

###

Date: July 29, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

- 2 -