**FILED & ENTERED**

**JAN 13 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SPEARMAN AEROSPACE, INC.,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:25-bk-10917-DS<br><br>Chapter 11<br><br>**ORDER CONVERTING CASE TO CHAPTER 7**<br><br>Status Conference:<br>Date:  January 13, 2026<br>Time:  1:00 p.m.<br>Place: Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

A status conference was held at the above time and place in the case of Spearman Aerospace, Inc. Appearances were noted on the record. For the reasons stated by the court on the record at the status conference,

IT IS HEREBY ORDERED that this case is converted from chapter 11 to chapter 7, and the United States Trustee must appoint a chapter 7 trustee forthwith.

###

Date: January 13, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge