Raffi Khatchadourian, Esq. (SBN 193165)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
E-mail: ccrowell@hrhlaw.com

Attorneys for Secured Creditor
U.S. BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SPEARMAN AEROSPACE, INC.,<br><br>    Debtor. | Case No. 2:25-10917-DS<br><br>Chapter 7 [converted]<br><br>SECURED CREDITOR U.S. BANK, NATIONAL ASSOCIATION'S JOINDER TO COLUMBIA BANK'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE<br><br>Hearing<br>Date:  January 22, 2026<br>Time: 1:00 p.m.<br>Courtroom: 1639<br>Address: 255 E. Temple Street, Los Angeles, CA<br>Judge: Hon. Deborah J. Saltzman |

Secured creditor U.S. BANK, NATIONAL ASSOCIATION ("Creditor"), joins the Opposition by Columbia Bank to the Trustee's Motion to Dismiss the instant case.

Creditor holds a claim against debtor Spearman Aerospace, Inc. ("Debtor") in the amount of $331,773.45 as of the Petition Date [Claims Dkt. 34.]  Creditor's claim is secured by highly valuable and sensitive machinery ("Collateral"), by virtue of duly-filed UCC-1 Financing Statements and underlying Security Agreements.

As set forth in detail in the Opposition by Columbia Bank, dismissal of the instant case is not in the best interest of the creditors of this case, and would result in a plethora of state court actions against the Debtor to recover their respective assets.  On the other hand, the Trustee is in the best position to administer and sell Debtor's assets, with creditors agreeing to reasonable carve-outs in

1  connection with such an orderly sale.

## CONCLUSION

Creditor respectfully requests that the Court <u>not</u> dismiss this case so the Trustee can orderly administer and liquidate Debtor's assets.

Dated: January 21, 2026                     HEMAR, ROUSSO & HEALD, LLP

By: /s/ Raffi Khatchadourian
RAFFI KHATCHADOURIAN
Attorneys for Secured Creditor
U.S. BANK, NATIONAL ASSOCIATION

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15910 Ventura Boulevard, Twelfth Floor, Encino, CA 91436.

A true and correct copy of the foregoing document described as **SECURED CREDITOR U.S. BANK, NATIONAL ASSOCIATION'S JOINDER TO OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 21, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Debtor's counsel M. Douglas Flahaut, Esq. df@echoparklegal.com
Debtor's counsel Dylan J. Yamamoto, Esq. dylan@echoparklegal.com
U.S. Trustee's counsel Noreen A. Madoyan, Esq.  Noreen.Madoyan@usdoj.gov
Trustee Elissa Miller, Esq.   millertrustee@gmlaw.com,
MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
Thomas J Polis, Esq.,   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL**:
On **January 21, 2026**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Spearman Aerospace, Inc., 9215 Greenleaf Avenue, Santa Fe Springs, CA 90670

**III. SERVED BY MESSENGER**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 21, 2026**. I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple Street, Bin outside Suite 1634, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 21, 2026     __DENISE O. PAUFF__    __/s/ Denise O. Pauff__
**Date**                         **Type Name**                **Signature**