Elissa D. Miller
  elissa.miller@gmlaw.com
Chapter 7 Trustee
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

**FILED & ENTERED**

**JAN 22 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakabab    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-10917-DS |
| SPEARMAN AEROSPACE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING EMERGENCY MOTION OF CHAPTER 7 TRUSTEE FOR ORDER DISMISSING CASE EFFECTIVE IMMEDIATELY UPON ENTRY OF THE ORDER PURSUANT TO 11 U.S.C. 707(a)** |
| | <u>Hearing</u><br>Date:   January 22, 2026<br>Time:  1:00 pm.<br>Place:  Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

     A hearing was held at the above time and place on the "Emergency Motion of Chapter 7 Trustee for Order Dismissing Case Effective Immediately Upon Entry of the Order Pursuant to 11 U.S.C. 707(a)" (the "Motion," Docket No. 304) filed by Elissa D. Miller, the duly appointed, authorized, and acting chapter 7 trustee of the estate of Spearman Aerospace, Inc. (the "Debtor ").  Appearances were noted on the record.

     The court having considered the Motion, the oppositions to the motion (Docket Nos. 309, 310, and 312), the record in this case, and the arguments of counsel at the hearing, and for the reasons stated by the court on the record at the hearing,

      IT IS HEREBY ORDERED that the Motion is granted.  The bankruptcy case is dismissed effective immediately.

      IT IS FURTHER ORDERED that notwithstanding the dismissal of this case, the court retains jurisdiction to enforce the following orders, which remain binding and effective:

    a.    "Order Granting Motion for Order Compelling Debtor to Surrender Possession of Formerly Leased Premises Pursuant to 11 U.S.C. § 365(d)(4) (Docket. No. 294); and

    b.    "Order on Application for Payment of Interim Fees and/or Expenses (11 U.S.C. § 331)" with regard to Echo Park Legal, APC (Docket No. 278).

###

Date: January 22, 2026

Deborah J. Saltzman
United States Bankruptcy Judge